**LEWIS BRISBOIS BISGAARD & SMITH LLP**
WILLIAM E. PALLARES, SB# 187740
 E-Mail: William.Pallares@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KYLE MALAND, SB# 292210
 E-Mail: Kyle.Maland@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants, eXp Realty, LLC,
eXp World Holdings, Inc., and Glenn Sanford

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS,<br><br>             Plaintiff,<br><br>      vs.<br><br>eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10,<br><br>             Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**DEFENDANTS eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., AND GLENN SANFORD'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Trial Date:       None Set |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Please take notice that on April 12, 2024 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Andre Birotte, Jr., located at the First Street Courthouse, 350 W. 1st Street, Courtroom 7B, 7th Floor, Los Angeles, California 90012, Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD ("Defendants") will and hereby do

move this Court for an order dismissing all counts pled against Defendants in Plaintiff's Complaint, with prejudice, for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6).

Defendant's motion is supported by this Notice of Motion, the Memorandum of Points and Authorities, any Reply Memorandum Defendants may file, any arguments of counsel, and any other matter the Court deems appropriate.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on Wednesday February 14, 2024, and again through follow up written correspondence. Both sides had an opportunity to discuss in detail the central issues of Defendants' motion. The parties concluded by agreeing to disagree, thereby necessitating the filing of this motion.

DATED: March 11, 2024　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Kyle Maland___
KYLE MALAND
Attorneys for Defendants, eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford



137319695.1　　　　4　　　　Case No. 2:23-cv-10492
DEFENDANTS EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT