UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 23-10492-AB (AGRx) | Date: | September 20, 2024 |
| Title: | Anya Roberts v. eXp Realty, LLC et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | Suzanne Mckennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrea S. Hirsch; Brooke F. Cohen | William Edward Pallares; Richard A Schonfeld; Peter K Levine; George M. Morris; David Anthony Poull; Andrew Brettler; Jake Camara |

**Proceedings:**   STATUS CONFERENCE - ZOOM

The Court and Counsel confer. For the reasons stated on the record, the matter shall remain under submission until the Court issues a ruling.

                                                                                                                                                             :   5

CV-90 (12/02)                                            **CIVIL MINUTES - GENERAL**                                 Initials of Deputy Clerk DTA