Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

*Attorneys for PLAINTIFFS*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANYA ROBERTS,** | CASE NO. 2:23-cv-010492-AB-AGR |
| Plaintiffs, | |
| | **JOINT DISCOVERY REPORT** |
| v. | |
| | DATE: OCTOBER 8, 2024 |
| **EXP REALTY, LLC, ET AL.,** | TIME: 11:00 a.m. |
| | |
| Defendants. | |

146841918.1

1

STATUS REPORT

**TO THE HON. ALICIA G. ROSENBERG, THE COURT, AND TO ALL PARTIES**:

The Parties submit the following JOINT DISCOVERY REPORT to the Hon. Alicia G. Rosenberg, United States Magistrate Judge in compliance with the Court's Scheduling Notice [Dkt. 193]:

## Entry of Protective Order

All of the parties, except for Defendant Emily Keenan, have agreed to enter into the same Protective Order that was entered into in *Acevedo v. eXp,* Case No. 2:23-cv-01304.

Date: October 7, 2024

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com
Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiffs