## DECLARATION OF JENNIFER A. LENZE

I, Jennifer A. Lenze, declare as follows:

I am one of the attorneys of record for Plaintiff in an action styled, *Anya Roberts v. eXp Realty, LLC, et al*, Case Number 2:23-cv-10492-AB-AGR.  Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness, I could and would be competent to testify as follows:

1.   In early November it became clear that due to counsel's schedules, including trial schedules (in both November and December of Counsel for Defendant Bjorkman and Defendant Golden) there was only one date in December for a deposition, December 16th, 2024. Plaintiff noticed the continuation of Defendant eXp's 30(b)(6) for that available date.

2.  The Parties have met and conferred multiple times related to scheduling and stipulating to a modification to the Scheduling Order in the *Acevedo* matter and *Roberts* matter. I was informed by Defendant Golden's counsel related to the to those discussions that he was not able to consent to the stipulation given an ongoing Declaratory Judgment action.

3.  To date, eight (8) depositions have taken place in this action, including two (partial) 30(b)(6) depositions; two (2) exp witnesses, one (1)former Board member of eXp World Holdings, Inc.; and (2)third party witnesses.

4.  Plaintiffs noticed the Depositions of Defendant Gove, Defendant Sanford, and Defendant Golden but has delayed them due to discovery issues.

5. The Parties have met and conferred regularly related to scheduling depositions and discovery issues including requesting February and March availability for depositions.

6. Plaintiffs received Defendant Golden's phone via a hard drive; delivered it to our ESI vendor. This discovery represents hundreds of thousands of documents to review.

7. Plaintiffs have requested multiple custodial files from Defendant eXp Realty, LLC, these include emails and messaging tools used by the company, including Facebook Workplace chats. Counsel continues to meet and confer related to the additional productions.

8. Attached hereto as **Exhibit A** is a proposed scheduling order circulated to all counsel.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 5th day of February, at Ladera Ranch.


/s/ Jennifer Lenze
[Jennifer A. Lenze]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| Trial and Final Pretrial Conference Dates | Court Ordered Dates | Proposed New Dates |
|---|---|---|
| Trial | April 28, 2025 | September 18, 2025 |
| Final Pretrial Conference | April 4, 2025 | September 1, 2025 |
| Last Day to conduct settlement conference | February 27, 2025 | June 23, 2025 |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | December 6, 2024 | May 6, 2025 |
| Expert Disclosures (Initial) | December 6, 2024 | May 6, 2025 |
| Expert Disclosures (Rebuttal) | December 20, 2024 | May 19, 2025 |
| Expert Discovery Cut-Off | January 20, 2025 | June 9, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | February 21, 2025 | June 9, 2025 |
| Trial Filing (First Round) | March 14, 2025 | August 11, 2025 |
| Trial Filing (Second round) | March 21, 2025 | August 20, 2025 |

DECLARATION OF JENNIFER A. LENZE