1  Jennifer A. Lenze, Esq., CA Bar No. 246858
2  LENZE LAWYERS, PLC
   999 Corporate Drive, Suite 100
3  Ladera Ranch, California 92694
4  Tel: (310) 322-8800 F: (310) 322-8811
   jlenze@lenzelawyers.com
5  Attorney for Plaintiff

6
   Brooke F. Cohen, Esq., TX Bar No. 24007019
7  Andrea S. Hirsch, Esq., GA Bar No. 666557
8  COHEN HIRSCH, LP
   5256 Peachtree Road, Suite 195-E
9  Atlanta, Georgia 30341
10 Tel: (678) 268-4683
   brooke@cohenhirsch.com
11 andrea@cohenhirsch.com
12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>   Plaintiffs,<br><br>   v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1-10,<br><br>   Defendants. | Case No. 2:23-CV-10492-AB-AGR<br><br>**[PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER** |

# [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

Pursuant to Plaintiff's *Ex Parte* Application to Modify the Scheduling Order, the court finds as follows:

GOOD CAUSE APPEARING, the Court Modifies the Scheduling Order as follows:

| Trial and Final Pretrial Conference Dates | Court Ordered Dates | Proposed New Dates |
|---|---|---|
| Trial | June 20, 2025 | September 18, 2025 |
| Final Pretrial Conference | June 3, 2025 | September 1, 2025 |
| Last Day to conduct settlement conference | March 25, 2025 | June 23, 2025 |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | February 5, 2025 | May 6, 2025 |
| Expert Disclosures (Initial) | February 5, 2025 | May 6, 2025 |
| Expert Disclosures (Rebuttal) | February 18, 2025 | May 19, 2025 |
| Expert Discovery Cut-Off | March 11, 2025 | June 9, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | March 11, 2025 | June 9, 2025 |
| Trial Filing (First Round) | May 13, 2025 | August 11, 2025 |
| Trial Filing (Second round) | May 20, 2025 | August 20, 2025 |

IT IS SO ORDERED:

Date: _____     _____
                                                                       UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 10th day of February 2025.

                                    /s/   Jennifer A. Lenze
                                    JENNIFER A. LENZE