UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:23-CV-10492-AB-AGR<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER** |

## ORDER

Having reviewed Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford's Ex Parte Application to Modify the Scheduling Order, and good cause appearing, the Court GRANTS the modification request and modifies the Scheduling Order as follows:

| Trial and Final Pretrial Conference Date | Court Ordered | New Modified Dates |
|---|---|---|
| Trial | September 22, 2025 | November 25, 2025 |
| Final Pretrial Conference | September 5, 2025 | November 7, 2025 |
| Deadline to Complete Settlement Conference | June 23, 2025 | August 22, 2025 |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | May 6, 2025 | July 7, 2025 |
| Expert Disclosures (Initial) | May 6, 2025 | July 7, 2025 |
| Expert Disclosures (Rebuttal) | May 19, 2025 | July 18, 2025 |
| Expert Discovery Cut-Off | June 9, 2025 | August 8, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | June 9, 2025 | August 8, 2025 |
| Trial Filing (First Round) | August 11, 2025 | October 10, 2025 |
| Trial Filing (Second Round) | August 20, 2025 | October 20, 2025 |

**IT IS SO ORDERED.**

Dated: April 28, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE