UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS, | Case No. 2:23-CV-10492-AB-AGR |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER |
| vs. | |
| eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10, | Trial Date:  November 25, 2025 |
| Defendants. | |

# ORDER

Having reviewed Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford's Ex Parte Application to Modify the Scheduling Order (Dkt. No. 120), the Court finds good cause to GRANT the modification request[1] and hereby modifies the Scheduling Order as follows:

| Trial and Final Pretrial Conference Date | New Modified Dates |
| --- | --- |
| Trial | March 2, 2026 at 8:30 a.m. |
| Final Pretrial Conference | February 13, 2026 at 11:00 a.m. |
| Deadline to Complete Settlement Conference | December 5, 2025 |
| Last Day to Amend Pleadings and add parties | N/A |
| Non-Expert Discovery Cut-Off | October 17, 2025 |
| Expert Disclosures (Initial) | October 17, 2025 |
| Expert Disclosures (Rebuttal) | November 7, 2025 |
| Expert Discovery Cut-Off | November 21, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | November 21, 2025 |
| Trial Filing (First Round) | January 23, 2026 |
| Trial Filing (Second Round) | January 30, 2026 |

IT IS SO ORDERED.

Dated: July 28, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Parties are reminded that pursuant to the Court's Standing Order, "Proposed Orders … must not include attorney information on the caption page, a footer, a watermark, or any text after the lines for the Judge's signature on the last page." A Proposed Order template is available on the Court's webpage.