UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV-23-10492-AB (AGRx)                                   Date: December 5, 2025

Title  Anya Roberts v. eXp Realty, LLC., et. al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 12/05/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrea Solomon Hirsch | Daniel J. Wadley |
| Brooke F. Cohen | Ivy A. Wang |
| | William Edward Pallares |
| | Richard A Schonfeld |
| | David Anthony Poull |
| | Peter K Levine |
| | George M. Morris |

**Proceedings: MINUTES & ORDER RE: VIDEO DISCOVERY CONFERENCE**

  Case is called. Counsel state their appearances. The court and counsel conferred as stated on the record regarding the Joint Agenda filed on December 4, 2025 (Dkt. No. 131). Counsel for Plaintiff Roberts notified the court and counsel that Plaintiff Roberts does not have any further documents to produce in response to the Document Requests listed in the Joint Agenda. Counsel will attempt to provide a declaration or affidavit from Plaintiff Roberts' therapist in Costa Rica to confirm that the therapist does not have responsive documents.

  After the court's extensive discussion with counsel, IT IS ORDERED that:

1. Plaintiff Roberts is ordered to appear for deposition by remote means on December 11, 2025 to be taken by defense counsel for Defendants Golden and Bjorkman.

2. Plaintiff Roberts is ordered to appear for deposition by remote means on December 12, 2025 to be taken by defense counsel for Defendant Gove for up to 1.5 hours.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-10492-AB (AGRx)                                    Date: December 5, 2025

Title    Anya Roberts v. eXp Realty, LLC., et. al.

3. Third party witness Ms. Madden is ordered to appear for deposition by remote means on December 12, 2025 after the conclusion of Plaintiff Roberts' deposition.

4. Defense counsel will confirm as soon as possible that the designated Rule 30(b)(6) witness is available for deposition on December 15, 2025 at a location and time to be mutually agreed among counsel.

                                                                                   0:45
                                                    **Initials of Preparer**    kl