Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV Admitted
Andrea Hirsch, Esq., GA Bar No. 666557 PHV Admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE,<br><br>    Defendants. | Case No. 2:23-CV-10492-AB-AGR<br><br>Hon. Andrea Birotte, Jr.<br><br>**NOTICE OF PARTIAL SETTLEMENT (AS TO DEFENDANT GOVE ONLY)** |

PLEASE TAKE NOTICE that Plaintiff and Defendant Brent Gove have reached a confidential settlement fully and finally resolving all claims asserted by Plaintiff against Defendant Brent Gove only.

This Notice concerns Defendant Gove only. The action remains pending as to all other Defendants, and Plaintiff intends to proceed with the litigation against the non-settling Defendants.

The parties request that the Court retain jurisdiction for purposes of enforcing the settlement.

The parties anticipate filing the appropriate dismissal papers as to Defendant Brent Gove pursuant to Fed. R. Civ. P. 41 within 45 days, or as otherwise ordered by the Court.

Date: January 9, 2026            By: /s/ Jennifer A. Lenze
                                 Jennifer A. Lenze (CA No 246858)
                                 LENZE LAWYERS, PLC
                                 999 Corporate Drive, Suite 100
                                 Ladera Ranch, California 92694
                                 Telephone (310) 322-8800
                                 jlenze@lenzelawyers.com


                                 Brooke F. Cohen TX 24007019 PHV Adm
                                 Andrea S. Hirsch, GA 666557 PHV Adm
                                 COHEN HIRSCH, LP
                                 5256 Peachtree Road, Suite 195-E
                                 Atlanta, Georgia 30341
                                 Tel: (678) 268-4683
                                 brooke@cohenhirsch.com
                                 andrea@cohenhirsch.com

                                 Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 9th day of January 2026.

/s/ Andrea S Hirsch
Andrea S Hirsch

NOTICE OF PARTIAL SETTLEMENT