WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS, <br><br> Plaintiff, <br><br> vs. <br><br> eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10, <br><br> Defendants. | Case No. 2:23-CV-10492-AB-AGR <br><br> **EX PARTE APPLICATION FOR LEAVE OF ADDITIONAL PAGES REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Trial Date:   August 31, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants") hereby apply, ex parte, pursuant to Local Rule 7-19, for an order granting leave to exceed the page limit set forth in Section 12(c) of the Court's Civil Standing Order concerning motions for summary judgment. The eXp Defendants request leave for ten (10) additional pages, exclusive of tables of contents and authorities in support of the motions for summary judgment.

This application is made on the grounds that good cause exists to exceed the standard page limits due to the complexity of the factual record, the number of claims at issue, and the breadth of legal issues that must be addressed to fully inform the Court's decision.

eXp Defendants seek ex parte relief pursuant to this Application, the Memorandum of Points and Authorities, the Declaration of William E. Pallares, and all pleadings on file.

Respectfully submitted,

DATED: March 6, 2026        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William Pallares
WILLIAM E. PALLARES
Attorneys for Defendants, eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD

## 1. INTRODUCTION

Pursuant to 12(c) of the Court's Civil Standing Order, which outlines the rules for Motions, "[m]emoranda of points and authorities in support of or in opposition to motions must not exceed 25 pages." Further, "[o]nly for good cause will the Court grant an application to extend these page limits."

The eXp Defendants respectfully request leave to file two memoranda not to exceed thirty-five (35) pages exclusive of tables of contents and authorities in support of their motions for summary judgment. Both eXp Realty, LLC and eXp World Holdings, Inc. will be filing respective Rule 56 motions.

## 2. LEGAL STANDARD

Courts have discretion to grant leave to exceed page limits upon a showing of good cause. *See, e.g., Swanson v. U.S. Forest Serv.*, 87 F.3d 339, 345 (9th Cir. 1996). Courts in this District routinely grant such applications where parties face unusually complex or voluminous records, multiple legal theories, or factually intensive claims.

## 3. GOOD CAUSE EXISTS TO GRANT THIS REQUEST

The eXp Defendants submit to this Court that there is good cause and extraordinary circumstances exist for the requested leave that exceeds the Court's twenty-five (25) page limit for Motions for Summary Judgment and Opposing papers for the following reasons:

First, this matter is extremely complex. While there are only two counts alleged against the eXp Defendants, the analysis of these counts requires extensive briefing given the facts at hand. The violation of 18 U.S.C. § 1595 claim requires a thorough assessment of a highly nuanced statute. In addition, the Negligent Hiring, Retention, and Supervision claim requires a fact-intensive analysis with many moving parts.

Second, there have been dozens of depositions taken and thousands of documents produced in the related but separate matter *Acevedo v. eXp Realty, et al.*

The parties have agreed that discovery in the *Acevedo* case may be utilized in this case. As a result, the Motions for Summary Judgment will require legal analysis of extensive, relevant facts produced in discovery.

## 4. PLAINTIFF'S POSITION

On March 6, 2026, the eXp Defendants' attorney William Pallares notified Plaintiff's counsel Andrea Hirsch, Jennifer Lenze, and Brooke Cohen of the eXp Defendants' intent to file this ex parte application. Attorney Hirsch responded the same day that Plaintiff did not object to this application. (See Declaration of William E. Pallares at ¶2.)

## 5. CONCLUSION

For the foregoing reasons, the eXp Defendants respectfully request that the Court grant leave to file two memoranda of points and authorities in support of the motion for summary judgment not to exceed 35 pages, exclusive of exhibits, tables of contents, and authorities.

Respectfully submitted,

DATED: March 6, 2026         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William Pallares
WILLIAM E. PALLARES
Attorneys for Defendants, eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2026, I electronically filed the foregoing DEFENDANTS eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., AND GLENN SANFORD'S EX PARTE APPLICATION FOR LEAVE OF ADDITIONAL PAGES REGARDING THEIR MOTIONS FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES with the Clerk of the Court using the CM/ECF system.

/s/ *Debbie Wilhelm*

Debbie Wilhelm