WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS,<br><br>         Plaintiff,<br><br>    vs.<br><br>eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10,<br><br>         Defendants. | Case No. 2:23-CV-10492-AB-AGR<br><br>**DECLARATION OF WILLIAM E. PALLARES IN SUPPORT OF EX PARTE APPLICATION FOR ADDITIONAL PAGES TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:       August 31, 2026 |

## DECLARATION OF WILLIAM E. PALLARES

I, William E. Pallares, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for eXp Realty, LLC, eXp World Holdings, Inc. and Glenn Sanford ("eXp Defendants"). The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Counsel for the parties have met and conferred regarding leave to extend the page limits on the eXp Defendants motions for summary judgment to thirty-five (35) pages due to the complexity of the facts and issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 6th day of March, 2026, at Los Angeles, California.

/s/ William E. Pallares
William E. Pallares



**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2026, I electronically filed the foregoing DECLARATION OF PALLARES ISO EX PARTE APPLICATION FOR LEAVE OF ADDITIONAL PAGES REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system.

/s/ *Debbie Wilhelm*
Debbie Wilhelm