UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC,<br>eXp WORLD HOLDINGS, INC.,<br>MICHAEL L. BJORKMAN,<br>DAVID S. GOLDEN,<br>BRENT GOVE,<br>EMILY KEENAN,<br>GLENN SANFORD,<br>MICHAEL SHERRARD, and<br>DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL BJORKMAN'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL RELATED TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge: Hon. André Birotte Jr.** |

The Court has reviewed Defendant Michael Bjorkman's Application for Leave to File Documents Under Seal pursuant to Local Rule 79-5, the supporting declaration, and the record in this action.

The Court finds that compelling reasons exist to permit filing under seal of certain materials submitted in connection with Defendant Bjorkman's Motion for Summary Judgment. The materials sought to be sealed contain deposition testimony and information that fall within the scope of the Joint Stipulated Protective Order

entered in this action and include sensitive personal information and confidential discovery materials.

The Court further finds that the request is narrowly tailored and that the limited sealing of the identified materials is appropriate to protect the confidentiality interests implicated by the Protective Order while allowing the Court to consider the merits of the Motion for Summary Judgment.

Accordingly, IT IS HEREBY ORDERED that Defendant Michael Bjorkman's Application for Leave to File Documents Under Seal is GRANTED.

IT IS FURTHER ORDERED that the following documents may be filed under seal:

1. The Unredacted Memorandum of Points and Authorities in Support of Defendant Michael Bjorkman's Motion for Summary Judgment;

2. The Unredacted Statement of Uncontroverted Facts in Support of Defendant Michael Bjorkman's Motion for Summary Judgment;

3. Exhibit B to the Declaration of Robert Z. DeMarco in Support of Defendant Michael Bjorkman's Motion for Summary Judgment, consisting of the Unredacted Volume II of the Deposition of Plaintiff Anya Roberts (November 18, 2025).

IT IS FURTHER ORDERED that the Clerk of Court shall maintain these materials under seal unless and until further order of the Court.

**IT IS SO ORDERED.**

DATED: _____, 2026.

                                            **HON. ANDRÉ BIROTTE JR.**
                                            **United States District Judge**