

Case 2:23-cv-10492-AB-AGR   Document 142   Filed 03/12/26   Page 1 of 5   Page ID #:1171

CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ. (SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ. (admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant Michael Bjorkman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC,<br>eXp WORLD HOLDINGS, INC.,<br>MICHAEL L. BJORKMAN,<br>DAVID S. GOLDEN, BRENT GOVE,<br>EMILY KEENAN, GLENN SANFORD,<br>MICHAEL SHERRARD, and DOES 1-10<br><br>Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**DEFENDANT MICHAEL BJORKMAN'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 17, 2026<br>Time: 10:00 a.m.<br>Courtroom: 7B<br>Judge: Hon. André Birotte Jr. |

TO:  PLAINTIFFS AND THEIR COUNSEL OF RECORD;

TO:  DEFENDANTS AND THEIR COUNSEL OF RECORD;

TO:  ANY OTHER INTERESTED PARTY

1

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on April 17, 2026 at 10 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7B of the above-entitled Court, located at 350 West First Street, Los Angeles, California, before the Honorable André Birotte Jr., United States District Judge, Defendant Michael Bjorkman will and hereby does move for summary judgment pursuant to Federal Rule of Civil Procedure 56 on all claims asserted against him.

Defendant Bjorkman seeks summary judgment on the grounds that there is no genuine dispute as to any material fact and Bjorkman is entitled to judgment as a matter of law. As demonstrated by Plaintiff's own testimony and the undisputed evidence in the record, there is no evidence that Bjorkman engaged in any sexual contact with her and that her belief that an assault occurred was based solely on her interpretation of a comment allegedly made after he entered a bathroom while she was showering. Because the essential elements of Plaintiff's claims cannot be established, summary judgment must be entered in Bjorkman's favor.

This Motion is made following the conference of all parties' counsel pursuant to L.R. 7-3 which took place on March 9, 2026. During that conference all parties had an opportunity to discuss in detail the central issues of the Defendant's Motion. The parties concluded the conference without being able to reach an agreement related to the issues raised herein, thereby necessitating the filing of this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Statement of Uncontroverted Facts, the Declarations and Exhibits submitted in support thereof, the pleadings and records on file in this action, and upon such further evidence and argument as may be presented at the hearing on this Motion.

Dated this 12th day of March, 2026

                      Respectfully Submitted:

                      CHESNOFF & SCHONFELD

                      /s/ Robert Z. DeMarco
                      RICHARD A. SCHONFELD, ESQ.
                      (SBN 202182)
                      ROBERT Z. DEMARCO, ESQ.
                      (admitted *pro hac vice*)
                      Attorneys for Defendant
                      Michael Bjorkman

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 12th day of March 2026, I served a true and correct copy of the foregoing, electronically via email to the following:

Andrea Hirsch — Cohen Hirsch
andrea@cohenhirsch.com

Jennifer Lenze — Lenze Lawyers
jlenze@lenzelawyers.com

Brooke Cohen — Cohen Hirsch
brooke@cohenhirsch.com

William Pallares — Lewis Brisbois Bisgaard & Smith LLP
william.pallares@lewisbrisbois.com

Peter Levine — The Law Offices of Peter Levine
peter@peterlawfirm.com

David A. Poull — Cannon & Nelms
dpoull@cannonnelms.com

Daniel J. Wadley — Greenberg Traurig LLP
wadleyd@gtlaw.com

Garrett W. Messerly — Greenberg Traurig LLP
garrett.messerly@gtlaw.com

Ivy A. Wang — Greenberg Traurig LLP
ivy.wang@gtlaw.com

Joseph M. Dietrich — Greenberg Traurig LLP
joe.dietrich@gtlaw.com

Shauna E. Imanaka — Greenberg Traurig LLP

imanakas@gtlaw.com

Kyle R. Maland — Lewis Brisbois Bisgaard & Smith LLP
kyle.maland@lewisbrisbois.com

/s/ Robert Z. DeMarco
Employee of Chesnoff & Schonfeld