UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC,<br>eXp WORLD HOLDINGS, INC.,<br>MICHAEL L. BJORKMAN,<br>DAVID S. GOLDEN,<br>BRENT GOVE,<br>EMILY KEENAN,<br>GLENN SANFORD,<br>MICHAEL SHERRARD, and<br>DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. André Birotte Jr. |

The Court having granted Defendant Michael Bjorkman's Motion for Summary Judgment, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Michael Bjorkman and against Plaintiff Anya Roberts on all claims asserted against Defendant Michael Bjorkman in the First Amended Complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall take nothing by way of her claims against Defendant Michael Bjorkman.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Michael Bjorkman shall recover his costs of suit as permitted by law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that because claims remain pending against other defendants, the Court finds that there is no just reason for delay and expressly directs entry of judgment in favor of Defendant Michael Bjorkman pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** pursuant to Federal Rule of Civil Procedure 58, the Clerk shall enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: _____, 2026.

**HON. ANDRÉ BIROTTE JR.**
**United States District Judge**