CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ. (SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ. (admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425

Attorneys for Defendant Michael Bjorkman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>     Plaintiff,<br>v.<br><br><br><br>eXp REALTY, LLC,<br>MICHAEL L. BJORKMAN,<br>DAVID S. GOLDEN,<br>BRENT GOVE,<br>EMILY KEENAN,<br>GLENN SANFORD,<br>MICHAEL SHERRARD, and<br>DOES 1-10<br><br>     Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**DECLARATION OF ROBERT Z. DEMARCO, ESQ. AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT** |

///

1

DECLARATION OF ROBERT Z. DEMARCO, ESQ., AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant MICHAEL BJORKMAN, and hereby submits this Declaration of Robert Z. DeMarco and Appendix of Exhibits in Support of his Motion for Summary Judgment.

**DECLARATION OF ROBERT Z. DEMARCO IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT**

I, Robert Z. DeMarco, declare as follows:

1. I am an attorney duly admitted pro hac vice before this Court and co-counsel for Defendant Michael Bjorkman in this action. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Defendant Michael Bjorkman's Motion for Summary Judgment and the accompanying Statement of Uncontroverted Facts filed pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1 of the United States District Court for the Central District of California.

3. The exhibits attached to this declaration consist of true and correct excerpts from the deposition testimony of Plaintiff Anya Roberts, including Volumes I through IV of her deposition, as well as excerpts from the deposition of Plaintiff's retained expert, Chitra Raghavan. These materials are cited in Defendant Bjorkman's Statement of Uncontroverted Facts.

4. For ease of reference, only those deposition pages relevant to the facts cited in Defendant's Statement of Uncontroverted Facts are included in the attached exhibits.

5. Attached hereto as Exhibit A are true and correct excerpts from the deposition of Plaintiff Anya Roberts, Volume I, taken on November 14, 2025.

6. Attached hereto as Exhibit B are true and correct redacted excerpts from the deposition of Plaintiff Anya Roberts, Volume II, taken on November 18, 2025. The unredacted version is being filed UNDER SEAL.

7. Attached hereto as Exhibit C are true and correct excerpts from the deposition of Plaintiff Anya Roberts, Volume III, taken on December 11, 2025.

8. Attached hereto as Exhibit D are true and correct excerpts from the deposition of Plaintiff Anya Roberts, Volume IV, taken on December 12, 2025.

DECLARATION OF ROBERT Z. DEMARCO, ESQ., AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

9. Attached hereto as Exhibit E are true and correct excerpts from the deposition of Plaintiff's retained expert, Chitra Raghavan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 12th day of March, 2026

/s/ Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.

## APPENDIX OF EXHIBITS

**Exhibit A:**

Deposition of Anya Roberts, Volume I (Nov. 14, 2025)
Relevant Excerpts

**Exhibit B:**

Deposition of Anya Roberts, Volume II (Nov. 18, 2025)
Relevant Excerpts
Redacted – The unredacted version is being filed UNDER SEAL.

**Exhibit C:**

Deposition of Anya Roberts, Volume III (Dec. 11, 2025)
Relevant Excerpts

**Exhibit D:**

Deposition of Anya Roberts, Volume IV (Dec. 12, 2025)
Relevant Excerpts

**Exhibit E:**

Deposition of Plaintiff's Expert, Chitra Raghavan
Relevant Excerpts

DECLARATION OF ROBERT Z. DEMARCO, ESQ., AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 12th day of March 2026, I served a true and correct copy of the foregoing, electronically via email to the following:

Andrea Hirsch — Cohen Hirsch
andrea@cohenhirsch.com

Jennifer Lenze — Lenze Lawyers
jlenze@lenzelawyers.com

Brooke Cohen — Cohen Hirsch
brooke@cohenhirsch.com

William Pallares — Lewis Brisbois Bisgaard & Smith LLP
william.pallares@lewisbrisbois.com

Peter Levine — The Law Offices of Peter Levine
peter@peterlawfirm.com

David A. Poull — Cannon & Nelms
dpoull@cannonnelms.com

Daniel J. Wadley — Greenberg Traurig LLP
wadleyd@gtlaw.com

Garrett W. Messerly — Greenberg Traurig LLP
garrett.messerly@gtlaw.com

Ivy A. Wang — Greenberg Traurig LLP
ivy.wang@gtlaw.com

DECLARATION OF ROBERT Z. DEMARCO, ESQ., AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

Joseph M. Dietrich — Greenberg Traurig LLP
joe.dietrich@gtlaw.com

Shauna E. Imanaka — Greenberg Traurig LLP
imanakas@gtlaw.com

Kyle R. Maland — Lewis Brisbois Bisgaard & Smith LLP
kyle.maland@lewisbrisbois.com

/s/ Robert Z. DeMarco
Employee of Chesnoff & Schonfeld

DECLARATION OF ROBERT Z. DEMARCO, ESQ., AND APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BJORKMAN'S MOTION FOR SUMMARY JUDGMENT