```
1  CHESNOFF & SCHONFELD
2  RICHARD A. SCHONFELD, ESQ. (SBN 202182)
   Email: rschonfeld@cslawoffice.net
3  ROBERT Z. DEMARCO, ESQ. (admitted pro hac vice)
4  Email: rdemarco@cslawoffice.net
   520 S. 4th Street
5  Las Vegas, NV 89101
6  Telephone: 702-384-5563
   Facsimile: 702-598-1425
7  Attorneys for Defendant Michael Bjorkman
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>  Plaintiff,<br><br>v.<br><br>eXp REALTY, LLC,<br>MICHAEL L. BJORKMAN,<br>DAVID S. GOLDEN,<br>BRENT GOVE,<br>EMILY KEENAN,<br>GLENN SANFORD,<br>MICHAEL SHERRARD, and<br>DOES 1-10<br><br>  Defendants. | Case No. 2:23-cv-10492-AB-AGR<br><br>**DEFENDANT MICHAEL BJORKMAN'S NOTICE OF MOTION AND MOTION TO SEVER FROM EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD**<br><br>Date: April 17, 2026<br>Time: 10:00 a.m.<br>Courtroom: 7B<br>Judge: Hon. André Birotte Jr. |

**TO: PLAINTIFF AND HER COUNSEL OF RECORD;**

**TO: DEFENDANTS AND THEIR COUNSEL OF RECORD;**

**TO: ANY OTHER INTERESTED PARTY**

1

**PLEASE TAKE NOTICE** that on April 17, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable André Birotte Jr., United States District Judge, of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Defendant Michael Bjorkman will and hereby does move to sever from eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford.

Defendant Bjorkman seeks severance on the grounds that Plaintiff, by necessity, must introduce evidence of Mr. Bjorkman's prior alleged conduct involving people other than Ms. Roberts in order to support her claims against eXp, with said evidence being inadmissible against Mr. Bjorkman under Federal Rules of Evidence 401, 403, and 404. While the evidence adduced at depositions and in expert witness opinions may be necessary to pursue Plaintiff's claims against eXp, this evidence is not relevant, not admissible, and highly prejudicial as it relates to Mr. Bjorkman.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 9, 2026. On March 9, 2026, counsel for all parties participated in a meet and confer regarding the anticipated motions by Defendants Michael Bjorkman and David Golden to sever their trial from that of Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively, the "eXp Defendants").

During that meet and confer, Plaintiff's counsel indicated that Plaintiff opposes severance. Following the meet and confer, counsel for the eXp Defendants, Ivy Wang, confirmed the position of the eXp Defendants in writing. Specifically, Ms. Wang stated:

> "Following our meet and confer this morning, we want to make clear that the eXp entities and Glenn Sanford (the 'eXp Defendants') do not oppose defendant Golden and Bjorkman's motions for severance in this case, so long as the severed trial(s) of Golden and Bjorkman precede the eXp Defendants' trial, given that the eXp Defendants' alleged liability on plaintiff's claims are derivative of Golden and Bjorkman's purported liability. In our view, plaintiff is the only party opposing the anticipated severance motions."

Defendant Bjorkman appreciates the eXp Defendants' position that severance is appropriate. However, Defendant Bjorkman believes that it is premature to determine which Defendant(s) would proceed to trial first. Accordingly, Defendant Bjorkman does not agree that if he is severed from the eXp Defendants that his trial should proceed prior to any eXp Defendant trial. Those matters should be addressed after the Court rules on the Motion to Sever.

///

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF MOTION AND MOTION TO SEVER FROM EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Exhibits submitted in support thereof, the pleadings and records on file in this action, and upon such further evidence and argument as may be presented at the hearing on this Motion.

Dated this 13th day of March, 2026.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Robert DeMarco
RICHARD A. SCHONFELD, ESQ.
(SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ.
(admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant
Michael Bjorkman

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 13th day of March 2026, I served a true and correct copy of the foregoing, electronically via email to the following:

Andrea Hirsch — Cohen Hirsch
andrea@cohenhirsch.com

Jennifer Lenze — Lenze Lawyers
jlenze@lenzelawyers.com

Brooke Cohen — Cohen Hirsch
brooke@cohenhirsch.com

William Pallares — Lewis Brisbois Bisgaard & Smith LLP
william.pallares@lewisbrisbois.com

Peter Levine — The Law Offices of Peter Levine
peter@peterlawfirm.com

David A. Poull — Cannon & Nelms
dpoull@cannonnelms.com

Daniel J. Wadley — Greenberg Traurig LLP
wadleyd@gtlaw.com

Garrett W. Messerly — Greenberg Traurig LLP
garrett.messerly@gtlaw.com

Ivy A. Wang — Greenberg Traurig LLP
ivy.wang@gtlaw.com

Joseph M. Dietrich — Greenberg Traurig LLP
joe.dietrich@gtlaw.com

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF MOTION AND MOTION TO SEVER FROM EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD

1 | Shauna E. Imanaka — Greenberg Traurig LLP
2 | imanakas@gtlaw.com

3 | Kyle R. Maland — Lewis Brisbois Bisgaard & Smith LLP
4 | kyle.maland@lewisbrisbois.com

/s/ Robert DeMarco
An Employee of Chesnoff & Schonfeld