# EXHIBIT 2

1

1               UNITED STATES DISTRICT COURT

2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4

5    ANYA ROBERTS,              Case No. 2:23-cv-10492-AB-AGR

6              Plaintiff,

7         v.

8    eXp REALTY, LLC; eXp WORLD HOLDINGS,
     INC.; MICHAEL L. BJORKMAN;
9    DAVID S. GOLDEN; BRENT GOVE; AND
     GLENN SANFORD; and DOES 1-10
10   inclusive,

11             Defendants.
     _____/

12

13

14                      VOLUME I

15           VIDEO DEPOSITION OF ANYA ROBERTS

16                NOVEMBER 14, 2025

17                    9:41 a.m.

18

19         650 Town Center Drive, Suite 1400

20              Costa Mesa, California

21

22   REPORTED BY:

23   Kristi Caruthers

24   CSR No. 10560

25   Job No. J13651942

2

1

2

3              November 14, 2025

4              Costa Mesa, California

5

6

7              VIDEO DEPOSITION OF ANYA ROBERTS, held

8    at Lewis Brisbois, 650 Town Center Drive, Suite

9    1400, Costa Mesa, California, taken pursuant to

10   notice before Kristi Caruthers, a California Shorthand

11   Reporter of the State of California.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1    APPEARANCES:

 2

 3         For Plaintiff:

 4              COHEN HIRSCH, LP
                BY:   ANDREA SOLOMON HIRSCH, ESQ.
 5                    BROOKE F. COHEN, ESQ.
                5256 Peachtree Road
 6              Suite 195-E
                Atlanta, Georgia 30341
 7              678.268.4683
                andrea@cohenhirsch.com
 8              brooke@cohenhirsch.com

 9              --- AND ---

10              LENZE LAWYERS, PLC
                BY:  JENNIFER A. LENZE, ESQ.
11              999 Corporate Drive
                Suite 100
12              Ladera Ranch, California 92694
                jlenze@lenzelawyers.com

13

14
           For Defendants eXp REALTY, LLC; eXp WORLD
15         HOLDINGS, INC.; and GLENN SANFORD:

16              GREENBERG TRAURIG, LLP
                BY:   IVY ANN WANG, ESQ.
17              1840 Century Park East
                Suite 1900
18              Los Angeles, California 90067-2121
                310.586.7700
19              ivy.wang@gtlaw.com

20              --- AND ---

21              LEWIS BRISBOIS BISGAARD AND SMITH LLP
                BY:  WILLIAM EDWARD PALLARES, ESQ.
22              633 West 5th Street
                Suite 4000
23              Los Angeles, California 90071
                714.545.9200
24              william.pallares@lewisbrisbois.com

25
```

4

```
 1    APPEARANCES (CONTINUED):

 2

 3         For Defendant DAVID S. GOLDEN:

 4              PETER K. LEVINE LAW OFFICES
                BY:  PETER K. LEVINE, ESQ.
 5              5455 Wilshire Boulevard
                Suite 1250
 6              Los Angeles, California 90036
                323.934.1234
 7              peter@peterlawfirm.com

 8              --- AND ---

 9              CANNON AND NELMS PC
                BY:  DAVID ANTHONY POULL, ESQ.
10              160 South Old Springs Road
                Suite 200
11              Anaheim, California 92808
                714.637.4400
12              dpoull@cannonnelms.com

13

14         For Defendant BRENT GOVE:

15              PHILLIPS, SPALLAS AND ANGSTADT LLP
                BY:  GEORGE M. MORRIS, ESQ.
16              560 Mission Street
                Suite 1010
17              San Francisco, California 94105
                415.278.9400
18              gmorris@psalaw.net

19

20         For Defendant MICHAEL L. BJORKMAN:

21              CHESNOFF AND SCHONFELD
                BY:  RICHARD A. SCHONFELD, ESQ.
22              520 South 4th Street
                Las Vegas, Nevada 89101-6593
23              702.598.1425
                rschonfeld@cslawoffice.net
24

25
```

5

1    APPEARANCES (CONTINUED):

2

3        Also Present:

4            Michael Bjorkman

5            Fabiola Acevedo

6            Lee Hammer, Esq., eXp Realty

7            Alexander Doan, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

```
1          INDEX TO EXAMINATION

2          WITNESS:  ANYA ROBERTS

3

4     EXAMINATION                 PAGE

5     By Ms. Wang                 11

6         (AFTERNOON SESSION)     128

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO EXHIBITS

 2                      ANYA ROBERTS

 3              Friday, November 14, 2025

 4              Kristi Caruthers, CSR 10560

 5

 6    EXHIBIT:           DESCRIPTION:          PAGE:

 7   Exhibit 1    First Amended Complaint for    18
                  Damages
 8
     Exhibit 2    Independent Contractor         50
 9                Agreement

10   Exhibit 3    Text messages                  65

11   Exhibit 4    Text messages                  68

12   Exhibit 5    Text messages                  70

13   Exhibit 6    Independent Contractor        102
                  Agreement
14
     Exhibit 7    Photograph                    115
15
     Exhibit 8    Document with subject "Ask    121
16                For Adderall" dated
                  September 3, 2020
17
     Exhibit 9    Photograph                    140
18
     Exhibit 10   Text messages                 214
19
     Exhibit 11   Document with subject "Short  217
20                Recruiting Chat" dated
                  February 18, 2020
21
     Exhibit 12   Document with subject "City   235
22                View 2 Queens"

23   Exhibit 13   Text messages                 284

24

25
```

8

```
 1                    INDEX TO EXHIBITS

 2                      ANYA ROBERTS

 3              Friday, November 14, 2025

 4            Kristi Caruthers, CSR 10560

 5

 6      EXHIBIT:          DESCRIPTION:         PAGE:

 7    Exhibit 14        Text messages          287

 8    Exhibit 15        Text messages          288

 9    Exhibit 16        Text messages          289

10    Exhibit 17        Text messages          294

11    Exhibit 18        Text messages          299

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

9

```
1                    COSTA MESA, CALIFORNIA

2                FRIDAY, NOVEMBER, 14, 2025

3                        9:41 A.M.

4                        ---o0o---

5

6           THE VIDEOGRAPHER:  Good morning.  Here

7   begins Media Number One of the deposition of Anya

8   Roberts, Volume I, in the matter of "Anya Roberts

9   versus eXp Realty, LLC, et al."  This case is in

10  Superior -- this case is the United States District

11  Court for the Central District of California, and

12  the case number is 2:23-cv-10492-AB-AGR.

13          Today's date is November 14, 2025 and

14  the time is 9:41 a.m. Pacific time.  This

15  deposition is taking place at 650 Town Center

16  Drive, Suite 1400, Costa Mesa, California 92626.

17          The videographer is Alexander Doan

18  appearing on behalf of The Sullivan Group of Court

19  Reporters.

20          Would counsel please identify themselves

21  and then state whom you represent.

22          MS. WANG:  Ivy Wang on behalf of

23  Defendant eXp Realty LLC, Defendant eXp World

24  Holdings, Incorporated, and Defendant Glenn

25  Sanford.
```

10

1          MR. PALLARES:  William Pallares on

2   behalf of the eXp entities and Glenn Sanford.

3          MS. HIRSCH:  Andrea Hirsch here on

4   behalf of the plaintiffs, and I see we have one of

5   our other plaintiffs online, Fabiola Acevedo.

6          And joining me is Brooke Cohen and

7   Jennifer Lenze, also on behalf of the plaintiff.

8          MR. SCHONFELD:  Richard Schonfeld on

9   behalf of Defendant Michael Bjorkman.  Michael

10  Bjorkman is also monitoring via Zoom.

11          MR. LEVINE:  Good morning.  Peter Levine

12  on behalf of Defendant David Golden.  I do not see

13  him on Zoom.

14          MR. POULL:  Good morning.  David Poull

15  also on behalf of Defendant David Golden.

16          MR. MORRIS:  Good morning.  George

17  Morris on behalf of Defendant Brent Gove.

18          MR. PALLARES:  Go ahead and represent

19  that in-house counsel Lee Hammer is also observing

20  for eXp.

21          THE VIDEOGRAPHER:  The reporter today

22  will introduce herself and then swear in the

23  witness.

24          THE COURT REPORTER:  I'm Kristi

25  Caruthers, CSR 10560.

11

```
 1                    ANYA ROBERTS,

 2          called as a deponent and sworn in by

 3            the court reporter, was examined

 4              and testified as follows:

 5

 6          THE COURT REPORTER:  Please raise your

 7   right hand.

 8          Do you solemnly swear that the testimony

 9   you are about to give in this matter shall be the

10   truth, the whole truth, and nothing but the truth,

11   so help you God?

12          THE WITNESS:  Yes.

13          THE COURT REPORTER:  Please commence.

14

15                   EXAMINATION

16   BY MS. WANG:

17      Q.   Good morning, Ms. Roberts.  Could you

18   state your full name.

19      A.   Anya Roberts.

20          MS. HIRSCH:  Before we start, I just

21   wanted to say something about production.  While we

22   were preparing, we saw that there was not a lot of

23   text messages, and we had sent Ms. Roberts' phone

24   to our provider, and what we produced is what they

25   pulled.
```

231

```
1          Q.    When you excused yourself, were there

2    multiple people at the table?

3          A.    Yes.

4          Q.    When was the next time you saw

5    Mr. Golden?

6          A.    Flagler Beach.

7          Q.    Okay.

8          A.    Oh, sorry.  Are you asking after Vegas?

9          Q.    Yes.

10         A.    Yes, Flagler Beach.

11         Q.    Do you recall when you were in

12   Flagler Beach?

13         A.    I don't recall those dates.

14         Q.    Was it in March of 2020?

15         A.    I'm not positive.

16         Q.    Do you recall how soon after the Grant

17   Cardone event was?

18         A.    All of this that we're discussing today

19   happened in a time period that didn't exceed three

20   to four weeks, so I would make the assumption it

21   was closely after the Grant Cardone event.

22         Q.    Okay.  How did you end up going to

23   Flagler Beach?  Did someone invite you to

24   Flagler Beach?

25         A.    Yes.
```

232

1        Q.    Who invited you?

2        A.    David invited me to Flagler Beach.

3        Q.    Okay.   And what did he say about

4   Flagler Beach?

5        A.    He invited Holly and I to watch the way

6   that David Golden and Mike Bjorkman run events for

7   agents that are a part of their downline.

8        Q.    Did they -- did Mr. Golden tell you that

9   this was to assist any particular agent?

10        A.    It was my understanding that he was

11   there to assist his agent -- an agent in his

12   downline and Mike's downline named Megan

13   Farrell-Nelson.

14        Q.    Okay.   Prior to this invitation by

15   Mr. Golden, did you know Megan Farrell-Nelson?

16        A.    No.

17        Q.    Had you heard anything about her?

18        A.    No.   I didn't have any recollection of

19   meeting her prior to that.

20        Q.    Did you know Michael Bjorkman prior to

21   this invitation?

22        A.    I had seen him on a facetime phone call

23   or a Marco Polo phone call before with David Golden

24   but never met him in person, that I recall.

25        Q.    When you say you saw him on Marco Polo,

234

1          THE WITNESS:  They had a history in the

2     REO business.

3     BY MS. WANG:

4          Q.   Okay.  Did Mr. Golden invite Holly to

5     Flagler Beach as well?

6          A.   Yes.

7          Q.   And did she decide to go?

8          A.   Yes.

9          Q.   Did you decide to go?

10         A.   Yes.

11         Q.   Okay.  Did you guys make plans -- did

12    you and Holly make plans to stay together at

13    Flagler Beach?

14         A.   No.

15         Q.   What did -- what plans did you make in

16    terms of lodging at Flagler Beach?

17         A.   Holly had her own room, and it was my

18    understanding that I would be staying in a room

19    with David Golden.

20         Q.   And what was your understanding based

21    on?

22         A.   Conversations with David Golden and

23    Holly.

24         Q.   Where did you stay in Daytona -- did you

25    stay in Daytona Beach?

236

1        A.    So there was where we were staying in

2   Daytona Beach at the hotel, and now -- now that I'm

3   reading this, I'm realizing that Megan's event --

4   Megan -- Megan was doing an event that Mike and

5   David were assisting her with.   I think that's what

6   was in Flagler Beach.

7        Q.    I see.   But that was all part of the

8   same trip?

9        A.    Correct.

10       Q.    Okay.   It looks like here the subject

11  line says City View 2 Queens - Hard Rock Hotel

12  Daytona Beach.

13       A.    Uh-huh.

14       Q.    And it says there's a start date of

15  March 10th, 2020 and an end date of March 12th,

16  2020.

17            It then has -- is that your E-mail

18  address under Required Attendees?

19       A.    Yes.

20       Q.    Anya@robertsmadden.com?

21       A.    Uh-huh.

22       Q.    And then the other E-mail address,

23  holly@robertsmadden.com, is that Holly Madden's

24  E-mail address?

25       A.    Yes.

238

1    Daytona Beach?

2         A.   We both attended the event in Daytona

3    and Flagler; however, it's my recollection that we

4    drove separately.

5         Q.   Okay.  And what happened after you

6    arrived in Daytona Beach?

7         A.   We went to check into the hotel room.

8         Q.   Okay.  And was this a hotel room under

9    your name or David's name?

10        A.   I should say my first memory is checking

11   into the hotel room with -- with -- or going to the

12   hotel room and Michael Bjorkman arriving.  This is

13   David's hotel room.

14        Q.   Did you check in?

15        A.   I don't have a specific memory of that.

16        Q.   Okay.  So your recollection is that you

17   went to the room?

18        A.   Yeah, that -- went to the room, and I

19   think that night there was a concert, and I

20   remember Michael Bjorkman arriving at the room with

21   his luggage.

22        Q.   Before or after the concert?

23        A.   This was before.  I -- I think this was

24   before.

25             And I remember being shocked that

239

```
 1    Michael Bjorkman was staying in the same room as

 2    David and I.  I remember being upset by that.

 3         Q.   What kind of room were you and

 4    Mr. Golden staying in?

 5         A.   My recollection is the room was in the

 6    interior part of the hotel.  There were two queen

 7    beds, and I remember the -- there was a balcony of

 8    the hotel that looked out over the main area which

 9    had a stage, and that's where the concert occurred.

10         Q.   Okay.  So when you say there was a

11    balcony, was that a balcony that was attached to

12    the room?

13         A.   Yeah.

14         Q.   Okay.  Was there only one bedroom?

15         A.   There was only one bedroom.

16         Q.   It was not a suite?

17         A.   I don't know what the classification was

18    but both the beds were in the same room.

19         Q.   Was there a separate living area or

20    common area?

21         A.   Not that I recall.

22         Q.   So your recollection is you enter the

23    room and it's just one --

24         A.   One larger area with two beds.

25         Q.   With two beds.  And how many bathrooms?
```

240

1        A.    One.

2        Q.    Okay.

3        A.    And this is my best estimate.  I

4   don't -- I don't have a perfect memory of the way

5   that the bedroom was structured.

6        Q.    Do you recall approximately what time

7   you arrived at the room?

8        A.    I don't.

9        Q.    Do you recall approximately what time

10  Michael Bjorkman arrived?

11       A.    No.

12       Q.    When you arrived in the room, was

13  Mr. Golden in the room?

14       A.    I don't remember the sequence of events

15  there.

16       Q.    When Mr. Bjorkman arrived in the room,

17  was Mr. Golden also in the room?

18       A.    I remember David and I were in the room

19  and Michael Bjorkman showed up at the door to

20  present himself, and he had a -- he came right in

21  with his luggage and indicated he was staying in

22  the room also.

23       Q.    Did you ask Mr. Golden what was going

24  on?

25       A.    Yeah.

260

1    Oh, sorry.  No, that's not what I remember next.

2              MS. HIRSCH:  Let me take that.

3              THE WITNESS:  Turn the phone off,

4    please.  My son has a habit of, if I don't pick up,

5    he calls and calls and calls.

6    BY MS. WANG:

7         Q.   I understand.

8         A.   So the next memory I have is taking a

9    shower.  It was the next day.  And I remember

10   Michael Bjorkman coming into the bathroom fully

11   naked.

12        Q.   Was the door closed when you were taking

13   a shower?

14        A.   Yes.

15        Q.   Did you lock the door?

16        A.   Not that I recall.

17        Q.   Do you normally lock the bathroom door

18   when you take a shower?

19        A.   No.

20        Q.   Was there a shower curtain?

21        A.   I don't remember specifically, but -- I

22   don't remem- -- I don't remember.

23        Q.   Okay.  How did you know that

24   Mr. Bjorkman was naked?

25        A.   I don't recall if it was a glass shower

342

```
1    State of California    )
                            ) ss
2    County of Orange       )

3

4            I, KRISTI CARUTHERS, a Certified Shorthand

5    Reporter duly licensed and qualified in and for the

6    State of California, do hereby certify that there

7    came before me on the 14th day of November, 2025 at 650

8    Town Center Drive, Suite 1400, Costa Mesa, California,

9    the following named person, to-wit:

10           Anya Roberts, who was duly sworn to

11   testify the truth, the whole truth, and nothing but

12   the truth of knowledge touching and concerning the

13   matters in controversy in this cause; and that he

14   was thereupon examined under oath and his

15   examination reduced to typewriting under my

16   supervision; that the deposition is a true record of the

17   testimony given by the witness.

18           I further certify that pursuant to FRCP Rule

19   30(e)(1) that the signature of the deponent:

20       (X)  was requested by the deponent or a

21   party before the completion of the deposition;

22       ( )  was not requested by the deponent

23   or a party before the completion of the deposition.

24           I further certify that I am neither

25   attorney or counsel for, nor related to or
```

343

1    employed by any of the parties to the action in

2    which this deposition is taken, and further that I

3    am not a relative employee of any attorney or

4    counsel employed by the parties hereto, or

5    financially interested in the action.

6              CERTIFIED TO BY ME on this 30th day

7    of November, 2025.

8

9

                    _____
10                       KRISTI CARUTHERS
                         CSR NO. 10560
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25