# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.:   2:23-cv-10492-AB (AGRx)

ANYA ROBERTS,

    Plaintiff,

vs.

EXP REALTY, LLC.; EXP WORLD HOLDINGS, INC.;
MICHAEL L. BJORKMAN; DAVID S. GOLDEN;
BRENT GOVE; EMILY KEENAN; GLENN SANFORD;
MICHAEL SHERARD, and DOES 1-10,

    Defendants.
_____/

VOLUME 1
REMOTE VIDEOTAPED REALTIME
DEPOSITION PROCEEDINGS OF
HOLLY MADDEN

| | |
|---|---|
| DATE: | FRIDAY, DECEMBER 12, 2025 |
| TIME: | 11:54 A.M. - 3:35 P.M. |
| PLACE: | VIA VIDEOCONFERENCING TECHNOLOGY |
| STENOGRAPHICALLY REPORTED BY: | JAZZMIN A. MUSRATI, RPR, CRR<br>Registered Professional Reporter<br>Certified Realtime Reporter |



Page 2

A P P E A R A N C E S: (REMOTE APPEARANCES)

On behalf of the Plaintiff:

ANDREA SOLOMON HIRSCH, ESQUIRE
Cohen Hirsch, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
678-362-4444
Andrea@cohenhirsch.com
BROOKE F. COHEN, ESQUIRE
Cohen Hirsch LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
214-384-0537
Brooke@cohenhirsch.com

JENNIFER A. LENZE, ESQUIRE
Lenze Lawyers, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
310-322-8800
Jlenze@lenzelawyers.com

On behalf of the Defendants:
PETER K. LEVINE, ESQUIRE
Peter K. Levine Law Offices
5455 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90036
325-934-1234
Peter@peterlawfirm.com

GARRETT W. MESSERLY, ESQUIRE
Greenberg Traurig, LLP
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
801-478-6927
Garrett.messerly@gtlaw.com



Page 3

A P P E A R A N C E S: (REMOTE APPEARANCES) (cont'd)

GEORGE M. MORRIS, ESQUIRE
Phillips, Spallas and Angstadt LLP
560 Mission Street, Suite 1010
San Francisco, CA 94105
415-248-9400
Gmorris@psalaw.net

DAVID ANTHONY POULL, ESQUIRE
Cannon and Nelms, PC
160 South Old Springs Road, Suite 200
Anaheim, CA 92808
714-637-4400
DPoull@cannonnelms.com

RICHARD A. SCHONFELD, ESQUIRE
Chesnoff and Schonfeld
520 South Fourth Street
Las Vegas, NV 89101-6593
702-384-5563
Rschonfeld@cslawoffice.net

Also Present:

John Vitali, Videographer

Megan Farrell-Nelson

Anya Roberts

David Golden

Tami Sims



Page 4

C O N T E N T S

TESTIMONY OF HOLLY MADDEN                                    PAGE

    DIRECT EXAMINATION                                        6
BY MR. SCHONFELD
    CERTIFICATE OF OATH                                     144
    CERTIFICATE OF REPORTER                                 145
    ERRATA SHEET                                            146
    READ AND SIGN LETTER                                    147


DEFENSE EXHIBITS

EXHIBIT                                                      PAGE

Exhibit 1....................................... 100
   3/10/2020 to 3/21/2020 Calendar Entry
Exhibit 2....................................... 110
   Text Message String
Exhibit 3....................................... 114
   Video



```
                                                            Page 5
 1              P R O C E E D I N G S
 2                    * * * * * * * *
 3         (Whereupon, the proceedings began at
 4   11:54 a.m.)
 5         THE VIDEOGRAPHER:  We are back on record.  This
 6   marks the beginning of Media Number 3.  This is
 7   videotape number one in the deposition of Holly
 8   Madden.  The presence of all parties will be noted on
 9   the stenographic record from earlier.
10         Will the court reporter please swear in the
11   witness.  The time is 11:54 a.m.
12         MR. SCHONFELD:  I think for purposes of the
13   record, because this will be a separate transcript,
14   we should probably make our appearances.  So I'll
15   start.
16         Richard Schonfeld on behalf of defendant,
17   Michael Bjorkman.
18         MR. LEVINE:  Good morning, Peter Levine on
19   behalf of David Golden.  I'm appearing by Zoom, and I
20   believe Mr. Golden is on Zoom as well.
21         MR. MORRIS:  George Morris on behalf of
22   defendant, Brent Gove.
23         MR. MESSERLY:  This is Garrett Messerly on
24   behalf of defendant, eXp Realty, LLC, eXp World
25   Holdings and Glenn Sanford.
```



```
                                                              Page 6
 1          MS. HIRSCH:  Andrea Hirsch.  I am here
 2     representing Ms. Madden for the purposes -- well, I
 3     represent Ms. Madden and for this deposition.  And I
 4     also represent the plaintiff, Anya Roberts.  And I
 5     believe on Zoom is Megan Farrell-Nelson, who is one
 6     of the plaintiffs in the consolidated action, for
 7     purposes of discovery.  And I will let my co-counsel
 8     introduce themselves.
 9          MS. LENZE:  Jennifer Lenze for Plaintiff.
10          MS. COHEN:  Brooke Cohen here also on behalf of
11     the plaintiff and Ms. Madden.
12                    DIRECT EXAMINATION
13  BY MR. SCHONFELD:
14     Q.  Okay.  Ms. Madden, can you state and spell your
15  name for the record?
16     A.  Holly Madden; H-O-L-L-Y, M-A-D-D-E-N.
17     Q.  Ms. Madden, do you understand that the oath you
18  just took is the same oath that you would take in a
19  court of law?
20     A.  Yes, sir.
21     Q.  And therefore, it requires you to tell the truth.
22         You understand that?
23     A.  Yes, sir.
24     Q.  And you understand that if you made a knowingly
25  false statement, it could subject you to the penalties
```



Page 79

1  this lawsuit in relation to whether or not she should
2  file a lawsuit?
3      A.  I don't specifically remember.
4      Q.  Are you familiar with an individual named Michael
5  Bjorkman?
6      A.  Yes, sir.
7      Q.  When did you first become familiar with Michael
8  Bjorkman?
9      A.  Prior to Flagler, a small amount of time prior to
10 Flagler.
11     Q.  And how did you become familiar with Michael
12 Bjorkman?
13     A.  David had invited Anya and I to go to the event
14 and said that Michael -- you know, explained the events,
15 said that Michael Bjorkman was going to be there.
16     Q.  And when you say the event, you're referring to
17 the Flagler, Florida event that took place between
18 March 10th, 2020, and March 12th, 2020?
19     A.  Yes.
20     Q.  Had you ever met Michael Bjorkman prior to going
21 to the Flagler event?
22     A.  No, sir.
23     Q.  I'm going to come back to Michael Bjorkman, but I
24 want to put it in context, because you said David Golden
25 had informed you.  When did you first become familiar



Page 98

1    A.   I believe they met over Marco Polo.  So Marco
2    Polo was an app that David and Michael liked to use.
3    It's another version of, you know, FaceTime.  So, like,
4    you're talking, you feel like you're talking to the
5    person.  I believe that there were Marco Polos between
6    them.
7    Q.   Do you have any knowledge as to where Anya
8    Roberts would have had the information with which to
9    have conveyed those things about Mr. Bjorkman to you?
10   A.   It would have had to have been from David.
11   Q.   Okay.  All right.  So you guys planned for the
12   Flagler trip.  What was your understanding as to what
13   the purpose of the trip was?
14   A.   So the purpose of the trip was to see how David
15   and Mike ran an event.  Because ultimately, we were
16   trying to align ourselves with David because -- and, you
17   know, Mike.  But David, specifically, as an upline,
18   because of their success and their willingness to help
19   teach us the ways to be more successful.
20        So the Flagler event was to watch Michael do an
21   event and come with the understanding of -- like I came
22   with the understanding of taking notes.  I recorded a
23   lot, like write down to, like, what recorder, what --
24   you know, what projector did he use?  What was his slide
25   dec?  How did they invite people?  What was the format?



Page 145

```
 1                    CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA:
 3   COUNTY OF ORANGE:
 4
 5      I, Jazzmin A. Musrati, RPR, CRR, Notary Public, State
 6   of Florida, certify that I was authorized to and did
 7   stenographically report the deposition of HOLLY MADDEN;
 8   that a review of the transcript was requested; and that
 9   the foregoing transcript, Pages 1 through 147, is a true
10   and accurate record of my stenographic notes.
11      I further certify that I am not a relative, employee,
12   or attorney, or counsel of any of the parties, nor am I
13   a relative or employee of any of the parties' attorneys
14   or counsel connected with the action, nor am I
15   financially interested in the action.
16
17                 DATED:  December 18, 2025.
18
19
20                 _Jazzmin A. Musrati_____
                   Jazzmin A. Musrati, RPR, CRR
21                 Registered Professional Reporter
                   Certified Realtime Reporter
22
23
24
25
```

