# EXHIBIT 4
# REDACTED

```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ANYA ROBERTS,                  )
                                    )
 5              Plaintiff,          )
                                    )
 6        vs.                       )   No. 2:23-CV-10492-AB-AGR
                                    )
 7   EXP REALTY, LLC; EXP WORLD     )
     HOLDINGS, INC.; MICHAEL L.     )
 8   BJORKMAN; DAVID S. GOLDEN;     )
     BRENT GROVE; and GLENN         )
 9   SANFORD; and DOES 1-10,        )
     inclusive,                     )
10                                  )
                Defendants.         )
11   _____)

12

13

14

15             VIDEOTAPED DEPOSITION OF

16                  ANYA ROBERTS

17               IRVINE, CALIFORNIA

18               NOVEMBER 18, 2025

19

20

21

22

23
     Reported by:
24   LINDSAY JAGICH,
     CSR NO. 13889
25   JOB NO. J13652056
```

```
 1                 UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3


 4
    ANYA ROBERTS,                    )
 5                                   )
                Plaintiffs,          )
 6                                   )
        vs.                          )
 7                                   ) No. 2:23-CV-10492-AB-AGR
                                     )
 8  EXP REALTY, LLC; EXP WORLD       )
    HOLDINGS, INC.; MICHAEL L.       )
 9  BJORKMAN; DAVID S. GOLDEN;       )
    BRENT GROVE; and GLENN           )
10  SANFORD; and DOES 1-10,          )
    inclusive,                       )
11                                   )
                Defendants.          )
12  _____)

13

14

15

16        VIDEOTAPED DEPOSITION OF ANYA ROBERTS,

17     a Plaintiff herein, taken on behalf of the

18     Defendants at 18565 Jamboree Road, Suite

19     500, Irvine, California, at 9:15 a.m. on

20     Tuesday, November 18, 2025, before Lindsay

21     N. Jagich, CSR No. 13889.

22

23

24

25
```

THE SULLIVAN GROUP OF COURT REPORTERS

2

```
 1   APPEARANCES OF COUNSEL:

 2
     For the PLAINTIFF, ANYA ROBERTS:
 3
             LENZE LAWYERS, PLC
 4           BY:   JENNIFER A. LENZE
             999 Corporate Drive, Suite 100
 5           Ladera Ranch, California 92694
             (310) 322-8800
 6           Jlenze@lenzelawyers.com

 7           COHEN HIRSCH, LP
             BY:   ANDREA SOLOMON HIRSCH (VIA VIDEOCONFERENCE)
 8                 BROOKE F. COHEN (VIA VIDEOCONFERENCE)
             5256 Peachtree Road, Suite 195-E
 9           Atlanta, Georgia 30341
             Andrea@cohenhirsch.com
10           Brooke@cohenhirsch.com

11
     For the DEFENDANTS, EXP REALTY, LLC; EXP WORLD HOLDINGS,
12   INC.; and GLENN SANFORD:

13           GREENBERG TRAURIG, LLP
             BY:   IVY ANN WANG
14                 DANIEL WADLEY (VIA VIDEOCONFERENCE)
             1840 Century Park East, Suite 1900
15           Los Angeles, California 90067
             (310) 586-7700
16           Ivy.wang@gtlaw.com
             Wadleyd@gtlaw.com
17
     For the DEFENDANT, MICHAEL J. BJORKMAN:
18
             CHESNOFF AND SCHONFELD
19           BY:   RICHARD A. SCHONFELD (VIA VIDEOCONFERENCE)
             520 South 4th Street
20           Las Vegas, Nevada 89101
             (702) 384-5563
21           Rschonfeld@cslawoffice.net

22

23

24

25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2
     For the DEFENDANT, DAVID S. GOLDEN:
 3
             CANNON & NELMS, P.C.
 4           BY:  DAVID ANTHONY POULL (VIA VIDEOCONFERENCE)
             160 South Old Springs Road, Number 200
 5           Anaheim, California 92808
             (714) 637-4400
 6           (714) 637-4444 Fax
             Dpoull@cannonnelms.com
 7
             PETER K. LEVINE, APLC
 8           BY:  PETER K. LEVINE (VIA VIDEOCONFERENCE)
             5455 Wilshire Boulevard, Suite 1250
 9           Los Angeles, California 90036
             (323) 934-1234
10           Peter@peterlawfirm.com

11   For the DEFENDANT, BRENT GOVE:

12           PHILLIPS, SPALLAS & ANGSTADT, LLP
             BY:  GEORGE MORRIS (VIA VIDEOCONFERENCE)
13           560 Mission Street, Suite 1010
             San Francisco, California 94105
14           (415) 278-9400
             Gmorris@psalaw.net
15
     THE VIDEOGRAPHER:
16
             BRANDON DELGADO
17           THE SULLIVAN GROUP OF COURT REPORTERS

18   ALSO PRESENT:

19           DAVID GOLDEN (VIA VIDEOCONFERENCE)
             TAMI SIMS (VIA VIDEOCONFERENCE)
20           MICHAEL BJORKMAN (VIA VIDEOCONFERENCE)
             MEGAN FARRELL-NELSON (VIA VIDEOCONFERENCE)
21           LEE HAMMER (VIA VIDEOCONFERENCE)
             AMANDA COHEN (VIA VIDEOCONFERENCE)
22

23

24

25
```

```
 1                        I N D E X

 2     EXAMINATION BY:                                       PAGE

 3          MS. WANG                                            9

 4          MR. SCHONFELD                                     192

 5

 6                        E X H I B I T S

 7                                                           PAGE

 8
       Exhibit 23 -    Screen shot                             39
 9
       Exhibit 24 -    Facebook post                           72
10
       Exhibit 25 -    Facebook post                           74
11
       Exhibit 26 -    Facebook post                           78
12
       Exhibit 27 -    Facebook post                           81
13
       Exhibit 28 -    Facebook post                           83
14
       Exhibit 29 -    Facebook post                           86
15
       Exhibit 30 -    Video                                   97
16
       Exhibit 31 -    Text messages                           98
17
       Exhibit 32 -    Video                                  219
18
       Exhibit 33 -    Text messages                          219
19
       Exhibit 34 -    Video                                  227
20
       Exhibit 35 -    Text messages                          241
21
       Exhibit 36 -    Text messages                          241
22

23

24

25
```

```
```

INDEX
(CONTINUED)

INSTRUCTIONS NOT TO ANSWER
| PAGE | LINE |
| --- | --- |
| 31 | 9 |
| 48 | 3 |
| 68 | 19 |

```
                    1       Irvine, California; Tuesday, November 18, 2025
                    2                         -o0o-
                    3
                    4
09:15:08            5       THE VIDEOGRAPHER:  Good morning.
                    6            Here begins Media Number 1 of the deposition of
                    7   Anya Roberts in the matter of Anya Roberts v. eXp Realty,
                    8   LLC, et al.  This case is in the United States District
                    9   Court for the Central District of California, Case Number
09:15:25           10   2:23-CV-10492-AB-AGR.
                   11            Today's date is November 18th, 2025.  The time
                   12   is 9:15 a.m. Pacific time.
                   13            This deposition is taking place at 18565
                   14   Jamboree Road, Suite 500, Irvine, California 92612.
09:15:55           15            My name is Brandon Delgado.  I'm the
                   16   videographer, appearing on behalf of The Sullivan Group
                   17   of Court Reporters.
                   18            Would counsel present please identify yourselves
                   19   and state whom you represent, beginning with the noticing
09:16:08           20   attorney.
                   21       MS. WANG:  Good morning.  My name is Ivy Wang.
                   22   I represent the defendants, eXp Realty, LLC; eXp World
                   23   Holdings Incorporated; and Glenn Sanford.
                   24            My colleague Dan Wadley is also appearing on
09:16:21           25   Zoom, as well as Client Representative Amanda Cohen.
```

```
09:16:37    1          MS. LENZE:  Good morning.  Jennifer Lenze on
            2    behalf of the plaintiff.
            3          We also have appearing remotely Brooke Cohen on
            4    behalf of the plaintiff and Andrea Hirsch on behalf of
            5    the plaintiff, and also plaintiffs present via Zoom are
            6    currently Tami Simms.
            7          THE VIDEOGRAPHER:  Will the reporter please
            8    introduce themselves and swear in the witness.
            9          MS. WANG:  Oh, we have other defense counsel.
09:16:52   10          MR. LEVINE:  We have others here.
           11          Good morning.  This is Peter Levine on Zoom.  I
           12    represent Defendant David S. Golden, who is also
           13    appearing by Zoom.
           14          MR. POULL:  Good morning.  David Poull, also on
09:17:04   15    behalf of Defendant David Golden.
           16          MR. SCHONFELD:  Richard Schonfeld, appearing on
           17    behalf of Defendant Michael Bjorkman.
           18          He is also present monitoring by Zoom.
           19          MR. MORRIS:  And we have George Morris on behalf
09:17:15   20    of Defendant Brent Gove.
           21          THE REPORTER:  Is that everyone?
           22          MS. LENZE:  Yes.
           23          THE REPORTER:  Good morning.  My name is Lindsay
           24    Jagich, CSR Number 13889.
           25          Would you please raise your right hand to be
```

```
                          1    sworn.

                          2    ///

                          3                    ANYA ROBERTS,

                          4    a Plaintiff herein, having been duly sworn, was examined
09:17:35                  5    and testified as follows:

                          6              THE WITNESS:  Yes.

                          7              THE REPORTER:  Thank you.

                          8    ///

                          9                    -EXAMINATION-
09:17:36                 10    BY MS. WANG:

                         11         Q    Good morning, Ms. Roberts.

                         12         A    Morning.

                         13         Q    Do you remember the admonitions from Friday?

                         14         A    I do.
09:17:42                 15         Q    Do you need me to repeat any of them?

                         16         A    It's your call.

                         17         Q    I think you -- do you understand, you know, not

                         18    speaking over each other, asking for breaks when you need

                         19    one, answering verbally, estimate -- estimates versus
09:18:05                 20    guesses, and giving us your best testimony?

                         21         A    Yes.

                         22         Q    Okay.  All right.

                         23              MR. LEVINE:  I'm sorry to interrupt, but is the

                         24    videographer -- are we able to see her directly?
09:18:19                 25              We just have a side angle, unless I'm looking at
```

```
             1   BY MR. SCHONFELD:
             2       Q    And you testified that Mr. Bjorkman came into
             3   the bathroom naked, and you said "what are you doing";
             4   correct?
15:44:53     5       A    Yes.
             6       Q    Is that accurate?
             7            MS. LENZE:  There was a "yes."
             8            MR. SCHONFELD:  Oh, okay.
             9   BY MR. SCHONFELD:
15:45:04    10       Q    And that occurrence, that interaction right
            11   there is what led you to the conclusion at that very
            12   moment that you had been sexually assaulted; true?
            13            MS. LENZE:  Object to form.
            14            THE WITNESS:  Yes.
15:45:19    15   BY MR. SCHONFELD:
            16       Q    And then Mr. Bjorkman went and used the toilet,
            17   going pee; correct?
            18       A    I can't say with certainty what he was doing,
            19   but the toilet did flush.
15:45:32    20       Q    Did you see him standing in front of the toilet?
            21       A    I don't recall.
            22       Q    Did you see him sitting on the toilet?
            23       A    I don't recall.
            24       Q    So the only thing that you recall is
15:45:45    25   Mr. Bjorkman walking in naked and you saying "what are
```

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
|          | 1  | you doing"; him responding, "Oh, now you're shy"; true?            |
|          | 2  | A    True.                                                         |
|          | 3  | Q    Mr. Bjorkman did not attempt to touch you while               |
|          | 4  | he was in the bathroom and you were in the shower;                 |
| 15:46:06 | 5  | correct?                                                           |
|          | 6  | A    Correct.                                                      |
|          | 7  |      MS. LENZE:  Object to form.                                   |
|          | 8  | BY MR. SCHONFELD:                                                  |
|          | 9  | Q    Am I correct?                                                 |
| 15:46:09 | 10 | A    Yes.                                                          |
|          | 11 | Q    He did not proposition you for any type of                    |
|          | 12 | sexual activity while you were in the shower and he was            |
|          | 13 | standing in the bathroom naked; correct?                           |
|          | 14 | A    Correct.                                                      |
| 15:46:22 | 15 | Q    And you never brought up your concerns related                |
|          | 16 | to that interaction with Mr. Bjorkman to David Golden;             |
|          | 17 | correct?                                                           |
|          | 18 | A    Correct.                                                      |
|          | 19 | Q    That's going to read messy on a transcript, so                |
| 15:46:35 | 20 | I'm going to rephrase it.                                          |
|          | 21 |      You never brought up to David Golden your                     |
|          | 22 | concerns related to the interaction you had with                   |
|          | 23 | Mr. Bjorkman while you were in the shower and he was               |
|          | 24 | naked; correct?                                                    |
| 15:46:48 | 25 | A    Not that I recall.                                            |

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I, LINDSAY JAGICH, a Certified Shorthand Reporter
 4   of the State of California, do hereby certify:
 5          That the foregoing proceedings were taken before
 6   me at the time and place herein set forth; that any
 7   witnesses in the foregoing proceedings, prior to
 8   testifying, were administered an oath; that a record of
 9   the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction; that
11   the foregoing transcript is a true record of the
12   testimony given.
13          Further, that if the foregoing pertains to the
14   original transcript of a deposition in a federal case,
15   before completion of the proceedings, review of the
16   transcript [  ] was [  ] was not requested.
17          I further certify I am neither financially
18   interested in the action nor a relative or employee of
19   any attorney or any party to this action.
20          IN WITNESS WHEREOF, I have this date subscribed
21   my name.
22
23   DATED:   DECEMBER 5, 2025
24                                _____
                                  LINDSAY JAGICH, CSR No. 13889
25
```

THE SULLIVAN GROUP OF COURT REPORTERS

247