# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4
         FABIOLA ACEVEDO, JANE DOE 1, JANE    )
 5       DOE 2, JANE DOE 3, AND JOHN DOE 1,   )
                                              )
 6                      PLAINTIFFS,           )
                                              ) CASE NO.
 7                                            ) 2:23-CV-01304
                   VS.                        ) AB-AGR
 8                                            )
         EXP REALTY, LLC, EXP WORLD            )
 9       HOLDINGS, INC., MICHAEL L.            )
         BJORKMAN; DAVIS S. GOLDEN; GLENN      )
10       SANFORD; BRENT GOVE; AND DOES 1-10,  )
                                              ) VOLUME I
11                      DEFENDANTS.           )
                                              )
12       -------------------------------------
13
14
15
16           VIDEOTAPED DEPOSITION OF DEBBIE PENNY
17                  THURSDAY, MAY 29, 2025
18
19
20
21       FILE NO. 7392997
22       REPORTED BY:  MONICA T. CORLEY, CSR NO. 8803
23
24
25
                                                    Page 1
```

```
 1        VIDEOTAPED DEPOSITION OF DEBBIE PENNY, THE WITNESS,
 2        TAKEN ON BEHALF OF THE PLAINTIFFS, AT 10:23 A.M.,
 3        THURSDAY, MAY 29, 2025, AT 74-830 HIGHWAY 111,
 4        INDIAN WELLS, CALIFORNIA, BEFORE MONICA T. CORLEY,
 5        CMR, CRR, CSR NO. 8803.
 6
 7
 8        APPEARANCES OF COUNSEL
 9
10        FOR PLAINTIFFS:
11              LENZE LAWYERS, PLC
                BY:  JENNIFER A. LENZE, ESQ.
12              999 CORPORATE DRIVE
                SUITE 100
13              LADERA RANCH, CALIFORNIA 92694
                (310) 322-8800
14              JLENZE@LENZELAWYERS.COM
15           -AND-
16              COHEN HIRSCH, LP
                BY:  BROOKE F. COHEN, ESQ. (VIA ZOOM)
17              BY:  ANDREA S. HIRSCH, ESQ. (VIA ZOOM)
                5256 PEACHTREE ROAD
18              SUITE 195-E
                ATLANTA, GEORGIA 30341
19              (678) 268-4683
                BROOKE@COHENHIRSCH.COM
20
21
22
23
24
25
```

```
 1          APPEARANCES (CONTINUED)
 2
 3     FOR DEFENDANTS EXP REALTY, LLC; EXP WORLD HOLDINGS,
       INC.; GLENN SANFORD; AND THE WITNESS:
 4
                LEWIS BRISBOIS
 5              BY:  WILLIAM E. PALLARES, ESQ.
                633 WEST 5TH STREET
 6              SUITE 4000
                LOS ANGELES, CALIFORNIA 90071
 7              (213) 580-6339
                WILLIAM.PALLARES@LEWISBRISBOIS.COM
 8
            -AND-
 9
                LEE G. HAMMER, ESQ. (VIA ZOOM)
10              EXP REALTY, LLC
                2219 RIMLAND DRIVE
11              SUITE 301
                BELLINGHAM, WASHINGTON 98226
12              (360) 419-5271
                LEE.HAMMER@EXPREALTY.NET
13
14
       FOR DEFENDANT MICHAEL L. BJORKMAN:
15
                CHESNOFF & SCHONFELD
16              BY:  RICHARD A. SCHONFELD, ESQ. (VIA ZOOM)
                520 SOUTH 4TH STREET
17              SUITE 200
                LAS VEGAS, NEVADA 89101
18              (702) 384-5563
                RSCHONFELD@CSLAWOFFICE.NET
19
20
       FOR DEFENDANT DAVID S. GOLDEN:
21
                PETER K. LEVINE, APLC
22              BY:  PETER K. LEVINE, ESQ. (VIA ZOOM)
                5455 WILSHIRE BOULEVARD
23              SUITE 1250
                LOS ANGELES, CALIFORNIA 90036
24              (323) 934-1234
                PETER@PETERLAWFIRM.COM
25
```

Page 3

```
 1        APPEARANCES (CONTINUED)
 2
 3
          FOR DEFENDANT DAVID S. GOLDEN:
 4
                   CANNON & NELMS, PC
 5                 BY:  DAVID A. POULL, ESQ. (VIA ZOOM)
                   160 SOUTH OLD SPRINGS ROAD
 6                 SUITE 200
                   ANAHEIM, CALIFORNIA 92808
 7                 (714) 637-4400
                   DPOULL@CANNONNELMS.COM
 8
 9        FOR DEFENDANT BRENT GOVE:
10                 PHILLIPS, SPALLAS & ANGSTADT
                   BY:  GEORGE M. MORRIS, ESQ. (VIA ZOOM)
11                 560 MISSION STREET
                   SUITE 1010
12                 SAN FRANCISCO, CALIFORNIA 94105
                   (415) 278-9400
13                 GMORRIS@PSALAW.NET
14
15        ALSO PRESENT:
16                 STEVEN VALLE, VIDEOGRAPHER
17
18        ALSO PRESENT REMOTELY:
19                 FABIOLA ACEVEDO
                   ANYA ROBERTS
20                 CHRISTY LUNDY
                   TAMI SIMS
21                 MEGAN FARRELL-NELSON
                   MIKE BJORKMAN
22                 LEE WEST
23
24
25
```

Page 4

```
 1                        I N D E X
 2   WITNESS              EXAMINATION                  PAGE
 3   DEBBIE PENNY
 4                        BY MS. LENZE                   11
 5                        (P.M. SESSION)                105
 6
 7
 8
 9
10                        E X H I B I T S
11   NO.      PAGE        DESCRIPTION
12
     EXHIBIT 1  12  PLAINTIFFS' NOTICE TO TAKE
13                  DEPOSITION OF DEBBIE PENNY
14   EXHIBIT 2  12  PLAINTIFFS' CROSS NOTICE
                    TO TAKE DEPOSITION OF
15                  DEBBIE PENNY
16   EXHIBIT 3  83  EXP REALTY U.S. POLICIES
                    AND PROCEDURES MANUAL
17
     EXHIBIT 4  107 EXP REALTY CA AGENT
18                  RESOURCE GUIDE
19   EXHIBIT 5  121 EMAIL STRING, BEGINNING
                    WITH 7-23-18 EMAIL TO
20                  SANFORD, ET AL., FROM GOVE
21   EXHIBIT 6  129 EMAIL STRING, BEGINNING
                    WITH 7-26-19 EMAIL TO
22                  NUTH, ET AL., FROM GOVE
23   EXHIBIT 7  137 CHATS PRINTOUT, BEGINNING
                    WITH 7-31-19 CHAT FROM
24                  GOVE
25   EXHIBIT 8  143 NOTES FROM PENNY FROM 2020
```

```
 1          EXHIBITS (CONTINUED)
 2          NO.       PAGE      DESCRIPTION
 3
            EXHIBIT 9  144 NOTES PRINTOUT, BEGINNING
 4                         WITH 11-28-23 CHAT FROM
                           SCHNEIDER
 5
            EXHIBIT 10 156 CHAT DATED 1-2-20
 6                         BETWEEN HAYS AND PENNY
 7          EXHIBIT 11 161 CHAT DATED 9-27-20  FROM
                            DASS
 8
            EXHIBIT 12 162 CHAT DATED 10-29-20
 9                         BETWEEN PENNY AND
                           LUNDQUIST
10
            EXHIBIT 13 165 CHAT DATED 12-17-20
11                         BETWEEN PENNY AND TUFTE
12          EXHIBIT 14 168 CHAT DATED 11-30-21
                           BETWEEN TRYON AND PENNY
13
            EXHIBIT 15 173 CHAT DATED 3-30-20 AND
14                         3-31-20 BETWEEN 23 PEOPLE
15          EXHIBIT 16 177 9-26-19 EMAIL TO CONORD
                           FROM DARRAH
16
            EXHIBIT 17 181 FIRST AMENDED ACCUSATION
17                         FILED 8-9-22
18          EXHIBIT 18 220 CHAT DATED 9-2-20
                           BETWEEN 6 PEOPLE
19
            EXHIBIT 19 224 CHATS DATED 9-29-20 AND
20                         9-30-20 BETWEEN 6 PEOPLE
21          EXHIBIT 20 231 7-16-18 TEXT MESSAGE TO
                           SIMS FROM BJORKMAN
22
            EXHIBIT 21 232 6-13-18 TEXT MESSAGE TO
23                         SIMS FROM BJORKMAN
24          EXHIBIT 22 237 EMAIL STRING, BEGINNING
                           WITH 10-8-18 EMAIL TO
25                         PENNY FROM RODRIGUEZ


                                              Page 6
```

```
 1         EXHIBITS (CONTINUED)
 2       NO.    PAGE       DESCRIPTION
 3
         EXHIBIT 23  247  CHATS DATED 9-18-20 AND
 4                       9-19-20 BETWEEN 96
                              PEOPLE
 5
 6
 7
 8
                    QUESTIONS INSTRUCTED NOT TO ANSWER
 9
                            PAGE   LINE
10
                             151    4
11                           184   16
                             185    7
12                           185   24
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1                  INDIAN WELLS, CALIFORNIA;
 2              THURSDAY, MAY 29, 2025, 10:23 A.M.
 3
 4             THE VIDEOGRAPHER:  Good morning.  We are
 5      going on the record.  The time is 10:23 a.m., on
 6      May 29, 2025.
 7             Please note that this deposition is being
 8      conducted virtually.  The quality of recording
 9      depends on the quality of camera and internet
10      connection of participants.  What is seen from the
11      witness and heard on screen is what will be
12      recorded.  The audio and video recording will
13      continue to take place unless all parties agree to
14      go off the record.
15             This is Media Unit 1 of the video recorded
16      deposition of Debbie Penny, taken by counsel for
17      plaintiff, in the matter of Fabiola Acevedo, et
18      al., versus eXp Realty, LLC, et al., filed in the
19      United States District Court, Central District of
20      California.  Case No. 2:23-CV-01304-AB-AGR.
21             The deposition is being conducted remotely
22      using virtual technology.  There are in-person
23      appearances at 74-830 Highway 113 (sic), Suite 200,
24      Indian Wells, California 92210.
25             My name is Steven Valle representing
```

```
 1        Veritext.  I am the videographer.  The court
 2        reporter is Monica T. Corley from the firm
 3        Veritext.  I am not related to any party in this
 4        action, nor am I financially interested in the
 5        outcome.  If there are any objections to
 6        proceeding, please state them at the time of your
 7        appearance.
 8                Will Counsel please identify yourself for
 9        the record, beginning with the noticing attorney.
10                MS. LENZE:  Good morning.  Jennifer Lenze
11        on behalf of the plaintiffs.
12                MS. HIRSCH:  Andrea Hirsch on behalf of
13        plaintiffs.
14                MS. COHEN:  Good morning.  Brooke Cohen
15        also here on behalf of the plaintiffs.
16                MR. PALLARES:  Good morning.  William
17        Pallares on behalf of eXp Realty, LLC; eXp World
18        Holdings, Inc.; Glenn Sanford; and I'll be
19        defending Ms. Penny for her deposition as an
20        employee.
21                MR. SCHONFELD:  Richard Schonfeld
22        appearing on behalf of defendant Michael Bjorkman.
23                MR. LEVINE:  Peter Levine on behalf of the
24        defendant David Golden.
25                MR. POULL:  Good morning.  David Poull
```

Page 9

```
 1         also on behalf of defendant David Golden.
 2                 MR. MORRIS:  And George Morris on behalf
 3         of defendant Brent Gove.
 4                 MS. LENZE:  Also present for the record
 5         are in-house attorney Lee Hammer for eXp.
 6                 MR. PALLARES:  Oh, yes.
 7                 MS. LENZE:  Plaintiffs Tami Sims,
 8         plaintiff Megan Farrell-Nelson, plaintiff Christy
 9         Lundy, and defendant Michael Bjorkman, all
10         appearing remotely.
11                 THE VIDEOGRAPHER:  Thank you.
12                 And will the court reporter please
13         introduce yourself and administer the oath.
14                 THE COURT REPORTER:  My name is Monica
15         Corley, CSR No. 8803.
16                 (Witness sworn.)
17                 THE VIDEOGRAPHER:  Thank you.  Counsel,
18         please proceed.
19                 MS. LENZE:  Thank you.
20                 Before we begin this morning, I just want
21         to state for the record plaintiffs' inability to
22         conclude this deposition today given the lack of
23         full production of Ms. Penny's custodial file.
24                 At 5:15 on May 27, 2025, defendants
25         produced another 1200-or-so doc- -- pages of
```

```
 1        broker of record, has the ultimate responsibility
 2        for the transactional regulatory.  My role as a
 3        managing broker was to assist in those day-to-day
 4        questions that agents brought in regarding their
 5        transactions, issues in transactions, contract
 6        questions, teaching the contract class, those kinds
 7        of things.  Because as we grew, we needed the extra
 8        assistance.
 9        BY MS. LENZE:
10            Q    When did you become a designated broker of
11        California for eXp Realty of California, Inc.?
12            A    I found out about it -- it was officially
13        posted with the Department of Real Estate in
14        February of 2019, but the paperwork had been
15        submitted and so the date was around December 26 of
16        '18.
17            Q    When did you have an understanding that
18        you were going to take on that role?
19            A    November of 2018.  At that point, though,
20        it was as an interim.
21            Q    From approximately November of 2018 until
22        February of 2019, you were the interim designated
23        broker?
24            A    Correct.
25            Q    Okay.  Now, we talked a little bit about
```

```
1      STATE OF CALIFORNIA      )
2      COUNTY OF RIVERSIDE      )  ss.
3
4              I, MONICA T. CORLEY, RMR, CRR, CSR No. 8803,
5      in and for the State of California, do hereby certify:
6              That, prior to being examined, the witness
7      named in the foregoing deposition was by me duly sworn
8      to testify the truth, the whole truth and nothing but
9      the truth;
10             That said deposition was taken down by me in
11     shorthand at the time and place therein named and
12     thereafter reduced to typewriting under my direction,
13     and the same is a true, correct and complete transcript
14     of said proceedings;
15              That if the foregoing pertains to the original
16     transcript of a deposition in a Federal Case, before
17     completion of the proceedings, review of the transcript
18     {XX} was {  } was not required.
19              I further certify that I am not interested in
20     the event of the action.
21              Witness my hand this June 11, 2025.
22
23
24     Certified Shorthand Reporter
25     for the State of California
```

Page 258