# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   FABIOLA ACEVEDO, JANE DOE 1,    )

 5   JANE DOE 2, JANE DOE 3, and     ) Case No.

 6   JOHN DOE 1,                     ) 2:23-CV-01304-AB-AGR

 7             Plaintiffs,           )

 8        vs.                        )

 9   EXP REALTY, LLC, EXP WORLD      )

10   HOLDINGS, INC., MICHAEL L.      )

11   BJORKMAN; DAVID S. GOLDEN;      )

12   GLENN SANFORD; BRENT GOVE; and  )

13   DOES 1-10,                      )

14             Defendants.           )

15   -------------------------------)

16

17        VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

18                     DEBBIE PENNY

19                TUESDAY, JULY 29, 2025

20                      10:17 A.M.

21

22   REPORTED BY:

23   SUSAN NELSON, C.S.R. No. 3202

24   JOB NO. 7511422

25   PAGES: 259-494
```

Page 259

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   FABIOLA ACEVEDO, JANE DOE 1,    )
 5   JANE DOE 2, JANE DOE 3, and     ) Case No.
 6   JOHN DOE 1,                     ) 2:23-CV-01304-AB-AGR
 7              Plaintiffs,          )
 8         vs.                       )
 9   EXP REALTY, LLC, EXP WORLD      )
10   HOLDINGS, INC., MICHAEL L.      )
11   BJORKMAN; DAVID S. GOLDEN;      )
12   GLENN SANFORD; BRENT GOVE; and  )
13   DOES 1-10,                      )
14              Defendants.          )
15   -------------------------------)
16
17         Videoconference videotaped deposition of
18   DEBBIE PENNY, the witness taken on behalf of
19   Plaintiff, commencing at 10:17 A.M., on TUESDAY,
20   JULY 29, 2025, at Lewis Brisbois Bisgaard & Smith,
21   74830 Highway 111, Suite 200, Indian Wells,
22   California, before SUSAN NELSON, C.S.R. No. 3202.
23
24
25
```

Page 260

```
 1   APPEARANCES OF COUNSEL APPEARING
 2   FOR PLAINTIFFS:
 3            LENZE LAWYERS, PLC
 4            BY:  JENNIFER A. LENZE, ESQ.
 5            999 Corporate Drive, Suite 100
 6            Ladera Ranch, California 92694
 7            (310) 322-8800
 8            jlenze@lenzelawyers.com
 9                -- and --
10            COHEN HIRSCH, LP
11            BY:  BROOKE F. COHEN, ESQ. (Via Zoom)
12                 ANDREA S HIRSCH, ESQ. (Via Zoom)
13            5256 Peachtree Road, Suite 195-E
14            Atlanta, Georgia 30341
15            (678) 268-4683
16            brooke@cohenhirsch.com
17            andrea@thehirschlawfirm.com
18   FOR DEFENDANTS EXP REALTY, LLC; EXP WORLD HOLDINGS,
19   INC., GLENN SANFORD; AND THE WITNESS:
20            LEWIS BRISBOIS BISGAARD & SMITH LLP
21            BY:  WILLIAM E. PALLARES, ESQ.
22            633 West 5th Street, Suite 4000
23            Los Angeles, California 90071
24            (213) 580-6339
25            william.pallares@lewisbrisbois.com
```

Page 261

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR DEFENDANT MICHAEL L. BJORKMAN:
 3          CHESNOFF & SCHONFELD
 4          BY:  RICHARD A. SCHONFELD, ESQ. (Via Zoom)
 5          520 South 4th Street, Suite 200
 6          Las Vegas, Nevada 89101
 7          (702) 384-5563
 8          rschonfeld@cslawoffice.net
 9
10   FOR DEFENDANT DAVID S. GOLDEN:
11          PETER K. LEVINE, APLC
12          BY:  PETER K. LEVINE, ESQ. (Via Zoom)
13          5455 Wilshire Boulevard, Suite 1250
14          Los Angeles, California 90036
15          (323) 934-1234
16          peter@peterlawfirm.com
17             -- and --
18          CANNON &  NELMS, PC
19          BY:  DAVID A. POULL, ESQ., (Via Zoom)
20          160 South Old Springs Road, Suite 200
21          Anaheim, California 92808
22          (714) 637-4400
23          dpoull@cannonnelms.com
24
25
```

Page 262

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2
 3   FOR DEFENDANT BRENT GOVE:
 4          PHILLIPS SPALLAS & ANGSTADT, LLC
 5          BY:  GEORGE M. MORRIS, ESQ. (Via Zoom)
 6          560 Mission Street, Suite 1010
 7          San Francisco, California 94105
 8          (415) 278-9400
 9          gmorris@psalaw.net
10
11   ALSO PRESENT
12          FABIOLA ACEVEDO (Via Zoom)
13          MICHAEL BJORKMAN (Via Zoom)
14          ROBERT DEMARCO (Via Zoom)
15          MEGAN FARRELL-NELSON (Via Zoom)
16          LEE HAMMER (Via Zoom)
17          TAMAR SIMS (Via Zoom)
18          STEVEN VALLE, VIDEOGRAPHER
19
20
21
22
23
24
25
```

Page 263

```
 1                         I N D E X
 2   WITNESS          EXAMINATION                  PAGE
 3   DEBBIE PENNY
 4             By Ms. Lenze                    269, 449
 5             (P.M. Session)                  367
 6             By Mr. Schonfeld                410
 7             By Mr. Levine                   419, 482
 8
 9
10         QUESTIONS INSTRUCTED TO NOT ANSWER
11                     PAGE/LINE
12                      447/19
13                      447/23
14                      466/11
15                      477/14
16
17
18
19
20
21
22
23
24
25
                                               Page 264
```

```
 1                    E X H I B I T S
 2   NO.           PAGE      DESCRIPTION
 3   Exhibit 24    302       October 23-24 2020
 4                           Text Messages
 5                           (eXp-PEN_000010-0012)
 6   Exhibit 25    316       March 8-9 2021
 7                           Text Messages
 8                           (eXp-HAG_001856-1847)
 9   Exhibit 26    322       March 8-9 2021
10                           Text Messages
11                           (eXp-HAG_001486-1488)
12   Exhibit 27    347       March 11-12 2021
13                           Text Messages
14                           (eXp-PEN_000029)
15   Exhibit 28    352       March 22-23 2021
16                           Text Messages
17                           (eXp-HAG_000030)
18   Exhibit 29    357       U.S. Compliance Committee
19                           Packet
20                           (2eXp_004245-4356)
21   Exhibit 30    379       May 11-21 2021
22                           Text Messages
23                           (eXp-PEN_000034)
24
25
```

```
 1                    E X H I B I T S
 2   NO.            PAGE      DESCRIPTION
 3   Exhibit 31     381       May 14-15 2021
 4                            Text Messages
 5                            (eXp-PEN_000038)
 6   Exhibit 32     386       July 6-7 2021
 7                            Text Messages
 8                            (eXp-PEN_000026-0027)
 9   Exhibit 33     390       July 6-7 2021
10                            Text Messages
11                            (eXp-HAG_001789)
12
13
14              PREVIOUSLY REFERRED EXHIBIT
15                REFERRED TO, NOT ATTACHED
16   NO.            PAGE      DESCRIPTION
17   Exhibit 23     285       Text Messages
18                            (eXp-HAG_0008190-0834)
19
20
21
22
23
24
25
                                              Page 266
```

|   |   |   |
|---|---|---|
| 1 | INDIAN WELLS, CALIFORNIA; | |
| 2 | TUESDAY, JULY 29, 2025; | |
| 3 | 10:17 A.M. | |
| 4 | | |
| 5 | THE VIDEOGRAPHER:  Good morning.  We're | 10:17:14 |
| 6 | going on the record.  The time is 10:17 a.m. on | 10:17:14 |
| 7 | July 29th, 2025.  Please note that the microphones | 10:17:20 |
| 8 | are sensitive and may pick up whispering and private | 10:17:24 |
| 9 | conversations.  Please mute your phones at this time. | 10:17:27 |
| 10 | Audio and video recording will continue to take place | 10:17:30 |
| 11 | unless all parties agree to go off the record. | 10:17:33 |
| 12 | This is media unit one of Volume 2 of the | 10:17:37 |
| 13 | video-recorded deposition of Debbie Penny taken by | 10:17:41 |
| 14 | counsel for Plaintiff in the matter of | 10:17:44 |
| 15 | Fabiola Acevedo, et al., versus eXp Realty LLC, | 10:17:48 |
| 16 | et al., filed in the United States District Court, | 10:17:55 |
| 17 | Central District of California, Case Number | 10:17:57 |
| 18 | 2:23-CV-01304-AB-AGR.  The location of the deposition | 10:18:04 |
| 19 | is 74830 Highway 111, Suite 200, Indian Wells, | 10:18:10 |
| 20 | California 92210. | 10:18:18 |
| 21 | My name is Steven Valle, representing | 10:18:20 |
| 22 | Veritext.  I'm the videographer.  The court reporter | 10:18:24 |
| 23 | is Susan Nelson from the firm Veritext.  I am not | 10:18:26 |
| 24 | related to any party in this action, nor am I | 10:18:29 |
| 25 | financially interested in the outcome. | 10:18:32 |

Page 267

| | | |
|---|---|---|
| 1 | If there are any objections to proceeding, | 10:18:34 |
| 2 | please state them at the time of your appearance. | 10:18:36 |
| 3 | Will counsel please introduce yourself for | 10:18:38 |
| 4 | the record, beginning with the noticing attorney. | 10:18:40 |
| 5 | MS. LENZE: Good morning. Jennifer Lenze on | 10:18:42 |
| 6 | behalf of the plaintiffs. | 10:18:45 |
| 7 | MR. PALLARES: Good morning. William | 10:18:45 |
| 8 | Pallares on behalf of eXp Realty, LLC; eXp World | 10:18:47 |
| 9 | Holdings, Inc.; Glenn Sanford, and representing | 10:18:52 |
| 10 | Ms. Debra Penny for her deposition. | 10:18:56 |
| 11 | MS. HIRSCH: Andrea Hirsch here appearing | 10:19:00 |
| 12 | remotely on behalf of the plaintiffs. | 10:19:01 |
| 13 | MS. COHEN: Good morning. This is | 10:19:03 |
| 14 | Brooke Cohen, also appearing remotely on behalf of | 10:19:05 |
| 15 | the plaintiffs. | 10:19:07 |
| 16 | MR. LEVINE: Good morning. Peter Levine | 10:19:08 |
| 17 | appearing remotely on behalf of Defendant David | 10:19:10 |
| 18 | Golden. | 10:19:14 |
| 19 | MR. POULL: Good morning. David Poull also | 10:19:15 |
| 20 | on behalf of Defendant David Golden. | 10:19:17 |
| 21 | THE VIDEOGRAPHER: Thank you. And will the | 10:19:23 |
| 22 | court reporter please introduce yourself and | 10:19:25 |
| 23 | administer the oath. | |
| 24 | THE REPORTER: Susan Nelson, California CSR | |
| 25 | License Number 3202. | |

Page 268

```
 1            And if you'll raise your right hand, please,
 2     I will swear you in.
 3
 4                         DEBBIE PENNY,
 5              having been first duly sworn, was
 6          examined and testified further as follows:
 7
 8            THE REPORTER:  Thank you.  Please proceed.
 9            MS. LENZE:  Thank you so much.
10
11                    EXAMINATION (RESUMED)
12
13     BY MS. LENZE:
14         Q.  Good morning, Ms. Penny.                     10:19:47
15         A.  Good morning.                                10:19:48
16         Q.  We've met one time previously in May of this 10:19:48
17     year.  Correct?                                     10:19:53
18         A.  Correct.                                    10:19:54
19         Q.  Are you comfortable proceeding without the  10:19:54
20     admonitions we discussed last time, or would you like 10:19:58
21     me to go over kind of the rules and protocol for a  10:20:00
22     deposition before we begin here?                    10:20:04
23         A.  I'm comfortable proceeding without them.    10:20:05
24         Q.  Wonderful.  Thank you so much.              10:20:07
25             Let me start this morning, Ms. Penny, by    10:20:10
```

Page 269

```
 1        A.   No.                                               13:57:10
 2        Q.   Had you ever asked to look at any files           13:57:12
 3   related to Defendant Bjorkman?                              13:57:19
 4            MR. PALLARES:  Objection.  Form.                   13:57:22
 5            THE WITNESS:  Not that I recall.                   13:57:25
 6   BY MS. LENZE:                                               13:57:26
 7        Q.   Were you, Ms. Penny, personally involved in       13:57:26
 8   the vetting process of Defendant Bjorkman when he           13:57:32
 9   joined eXp?                                                 13:57:36
10            MR. PALLARES:  Objection.  Form.                   13:57:36
11            THE WITNESS:  No.                                  13:57:37
12   BY MS. LENZE:                                               13:57:38
13        Q.   Now, you were part of the brokerage team          13:57:46
14   with -- strike that.                                        13:57:52
15            What month and date did you join eXp?              13:57:53
16        A.   June of 2018.                                     13:57:59
17        Q.   And you joined as -- under a state broker by      13:58:01
18   the name of Ray Marquez.  Correct?                          13:58:08
19        A.   Correct.                                          13:58:10
20        Q.   And your role back in June of 2018 was in         13:58:11
21   what capacity?                                              13:58:19
22        A.   Managing broker.                                  13:58:20
23        Q.   And you did, in fact, learn in June of 2018       13:58:23
24   that Michael Bjorkman was joining eXp as well.              13:58:28
25   Correct?                                                    13:58:33
```

| | | |
|---|---|---|
| 1 | MR. PALLARES: Objection. Form. | 13:58:33 |
| 2 | THE WITNESS: I don't recall. | 13:58:34 |
| 3 | BY MS. LENZE: | 13:58:35 |
| 4 | Q. Do you have a recollection of when you | 13:58:41 |
| 5 | learned Michael Bjorkman was joining eXp? | 13:58:45 |
| 6 | MR. PALLARES: Objection. Form. | 13:58:48 |
| 7 | THE WITNESS: No, I do not. | 13:58:49 |
| 8 | BY MS. LENZE: | 13:58:50 |
| 9 | Q. Ms. Penny, do you have a recollection of -- | 13:58:58 |
| 10 | strike that. | 13:59:03 |
| 11 | Do you have a recollection of | 13:59:04 |
| 12 | Defendant Bjorkman reaching out to you around the | 13:59:09 |
| 13 | time he joined eXp? | 13:59:11 |
| 14 | A. I do not recall. | 13:59:14 |
| 15 | Q. As a managing broker of eXp back in June of | 13:59:15 |
| 16 | 2018, did you have a role in vetting of new potential | 13:59:33 |
| 17 | agents? | 13:59:39 |
| 18 | A. No, I did not. | 13:59:39 |
| 19 | Q. Who in the brokerage department had a role | 13:59:40 |
| 20 | in the vetting of new potential agents back in June | 13:59:44 |
| 21 | of 2018? | 13:59:47 |
| 22 | MR. PALLARES: Objection. Form. | 13:59:48 |
| 23 | THE WITNESS: Define "vetting." | 13:59:53 |
| 24 | BY MS. LENZE: | 13:59:55 |
| 25 | Q. You and I had discussed in your previous | 13:59:56 |

| | | |
|---|---|---|
| 1 | BY MS. LENZE: | 14:01:12 |
| 2 | Q.  And you testified back in May of 2025 that a | 14:01:12 |
| 3 | consideration in the vetting process, to your | 14:01:23 |
| 4 | understanding, required things in writing.  Correct? | 14:01:28 |
| 5 | MR. PALLARES:  Objection.  Form. | 14:01:30 |
| 6 | THE WITNESS:  Please reask. | 14:01:33 |
| 7 | BY MS. LENZE: | 14:01:35 |
| 8 | Q.  Sure.  Well, well, let me -- let me ask it | 14:01:35 |
| 9 | this way. | 14:01:40 |
| 10 | In June of 2018, who did you work with in | 14:01:41 |
| 11 | the brokerage department that had any role in the | 14:01:49 |
| 12 | vetting of new agents? | 14:01:54 |
| 13 | MR. PALLARES:  Objection.  Form. | 14:01:55 |
| 14 | THE WITNESS:  Ray Marquez. | 14:01:58 |
| 15 | BY MS. LENZE: | 14:01:59 |
| 16 | Q.  In your role as a managing broker, you | 14:02:10 |
| 17 | supported Ray Marquez in his role as the California | 14:02:13 |
| 18 | state broker.  Correct? | 14:02:18 |
| 19 | MR. PALLARES:  Objection.  Objection.  Form. | 14:02:19 |
| 20 | THE WITNESS:  Say it again. | 14:02:26 |
| 21 | BY MS. LENZE: | 14:02:27 |
| 22 | Q.  In -- well, you're currently the California | 14:02:27 |
| 23 | state broker.  Correct? | 14:02:30 |
| 24 | A.  For eXp Realty of California, yes. | 14:02:31 |
| 25 | Q.  And Ray Marquez was the California state | 14:02:33 |

Page 371

```
1    STATE OF CALIFORNIA    )
2    COUNTY OF LOS ANGELES )  ss.
3         I, SUSAN NELSON, C.S.R. 3202, in and for the
4    State of California, do hereby certify:
5         That, prior to being examined, the witness named
6    in the foregoing deposition was by me duly sworn to
7    testify the truth, the whole truth and nothing but
8    the truth; that said virtual videoconference
9    videotaped deposition was taken down by me
10   stenographically at the time and place therein named
11   to the best of my ability, and thereafter transcribed
12   via computer-aided transcription under my direction,
13   and the same is a true, correct and complete
14   transcript of said proceedings;
15            Before completion of the deposition, review
16   of the transcript [x] was [ ] was not requested.  If
17   requested, any changes made by the deponent (and
18   provided to the reporter) during the period allowed
19   are appended hereto.
20        I further certify that I am not interested in
21   the event of the action.
22           Witness                               st, 2025.
23
                     Susan Nelson, C.S.R. No. 3202
24                   Certified Shorthand Reporter
                     State of California
25
```