WILLIAM E. PALLARES, SB# 187740
   Email: William.Pallares@lewisbrisbois.com
MACK H. REED, (*Pro Hac Vice* to be submitted)
   E-Mail: Mack.Reed@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

IVY A. WANG, SB# 224899
   Email: Ivy.Wang@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

DANIEL J. WADLEY, (*Admitted Pro Hac Vice*)
   Email: wadleyd@gtlaw.com
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: 801.478.6900
Facsimile: 801.994.9041

Attorneys for Defendants,
eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS, | Case No. 2:23-CV-10492-AB-AGR |
| Plaintiff, | **eXp REALTY, LLC'S [Proposed] JUDGMENT** |
| vs. | |
| eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10, | |
| Defendants. | sTrial Date:   August 31, 2026 |

1  The motion for summary judgment of Defendant eXp Realty, LLC, came on regularly for hearing on _____, 2026 in the above-entitled Court, the Honorable André Birotte, Jr., presiding.

After considering all the pleadings, evidence, objections, and oral argument offered, the Court granted the Motion in its entirety in favor of eXp Realty, LLC and against Plaintiff Anya Roberts ("Plaintiff").

**IT IS ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Defendant eXp Realty, LLC against Plaintiff on all of the claims, causes of action, and damages alleged in her lawsuit;

2. Plaintiff's First Amended Complaint against eXp Realty, LLC is dismissed on the merits;

3. Plaintiff shall recover nothing on her First Amended Complaint against eXp Realty, LLC; and

4. eXp Realty shall recover costs of suit from Plaintiff.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE ANDRÉ BIROTTE, JR.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing [PROPOSED] JUDGMENT with the Clerk of the Court using the CM/ECF system.

/s/ *Debbie Wilhelm*
_____
Debbie Wilhelm

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW