Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
Mack Reed (*Pro Hac Vice* forthcoming)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com
Mack.Reed@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; eXp World Holdings, Inc.; and Glenn Sanford

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>    Plaintiff,<br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>    Defendants. | CASE NO. 2:23-cv-10492-AB-AGR<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**DECLARATION OF IVY A. WANG IN SUPPORT OF DEFENDANTS eXp WORLD HOLDINGS, INC., eXp REALTY, LLC, AND GLENN SANFORD'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: April 17, 2026<br>Time: 10:00 AM<br>Place: Courtroom 7B, 7th Floor<br><br>Action Filed: December 14, 2023 |

I, Ivy A. Wang, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California and before this Court. I am a shareholder at Greenberg Traurig, LLP, counsel for Defendants eXp Realty, LLC ("eXp Realty"), eXp World Holdings, Inc. ("World Holdings"), and Glenn Sanford (collectively, "eXp Defendants"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto.

2. Pursuant to Civil Local Rule 7-3, the parties met and conferred on March 9, 2026. During that conference, counsel for the eXp Defendants informed Plaintiff Anya Roberts's ("Plaintiff") counsel of the eXp Defendants' intent to move for summary judgment on each cause of action asserted against them, Count 3 (violation of 18 U.S.C. § 1595) and Count 7 (Negligent Hiring, Retention, and Supervision), and explained the bases for their motions. Plaintiff's counsel disagreed with the eXp Defendants' positions. The parties are unable to resolve the issues, and the eXp Defendants therefore file the present motions for summary judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of March, 2026 in Irvine, California.

       *Ivy A. Wang*
       Ivy A. Wang