PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230
EMAIL: peter@peterlawfirm.com

Attorney for Defendant David S. Golden

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>         Plaintiff,<br><br>    vs.<br><br>EXP REALTY, LLC.; EXP WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERARD, and DOES 10,<br><br>         Defendants. | **CASE NO. 2:23-cv-10492-AB (AGRx)**<br><br>**DECLARATION OF PETER K. LEVINE (COUNSEL FOR DEFENDANT DAVID GOLDEN) JOINING IN DEFENDANT MICHAEL BJORKMAN'S MOTION TO SEVER FROM EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD**<br><br>**Date:** April 17, 2026<br>**Time:** 10:00 a.m.<br>**Courtroom:** 7B<br>**Judge:** Hon. Andre Birotte Jr. |

**DECLARATION OF PETER K. LEVINE**

I, Peter K. Levine, declare as follows:

1.  I am counsel of record for Defendant David Golden in this action.  I make this declaration in support of Defendant David Golden's joinder in the Motion of Defendant Michael Bjorkman to sever the claims asserted against him from the claims asserted against

1

eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford.  I have personal knowledge of the matters set forth herein and, if called, will testify competently thereto.

2. I have reviewed the Motion to Sever filed by Defendant Michael Bjorkman and the supporting memorandum and authorities.  Defendant Golden joins in that motion.

3. The claims asserted against Defendant Golden arise from alleged conduct that is distinct from, and not necessary to the adjudication of, the claims asserted against eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford.

4. Trying the claims against Defendant Golden together with the claims asserted against the corporate defendants and Mr. Sanford would risk substantial prejudice to Defendant Golden.  The claims against the corporate defendants involve broader allegations regarding corporate policies, practices, and conduct that are unrelated to the specific allegations asserted against Mr. Golden.

5. Severance will therefore promote judicial economy and fairness by allowing the claims against Defendant Golden to be adjudicated without the introduction of evidence that is irrelevant and prejudicial to him.

6. Severance will also avoid the risk that evidence relating to the corporate defendants' alleged conduct could improperly influence the jury's consideration of the claims against Defendant Golden.

7. Defendant Golden therefore joins in Defendant Bjorkman's Motion to Sever.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 13, 2026 at Los Angeles, Calif.

    /s/ Peter K. Levine
_____
Peter K. Levine
Attorney for Defendant David S. Golden

2007-golden-roberts\mtn to sever\decl of pkl joinder mtn sever 101.docx

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via electronic mail on this 13th day of March 2026.

                                                    /s/ Roberto C. Segovia
                                                    Roberto C. Segovia

DECLARATION OF PETER K. LEVINE