PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant David S. Golden

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>        Plaintiffs,<br><br>   vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; et. al., GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>        Defendants. | **CASE NO. 2:23-CV-10492-AB-AGR**<br><br>**DEFENDANT DAVID GOLDEN'S  NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:**      **APRIL 17, 2026**<br>**TIME:**      **10:00 A.M.**<br>**Ctrm.:**     **7B**<br>**Judge:**    **HON. ANDRÉ BIROTTE, JR.** |

**TO:    PLAINTIFFS AND THEIR COUNSEL OF RECORD;**

**TO:    DEFENDANTS AND THEIR COUNSEL OF RECORD;**

**TO:    ANY OTHER INTERESTED PARTY**

    **PLEASE TAKE NOTICE** that on April 17, 2026 at 10 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7B of the above-entitled Court, located at 350 West First Street, Los Angeles, California, before the Honorable André Birotte Jr., United States District Judge, Defendant David Golden will and hereby does move for summary judgment pursuant to Federal Rule of Civil Procedure 56 on all claims asserted against him.

DEFENDANT GOLDEN'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

1

Defendant GODLEN seeks summary judgment on the grounds that there is no genuine dispute as to any material fact and is entitled to judgment as a matter of law. Because the essential elements of Plaintiff's claims cannot be established, summary judgment must be entered in Golden's favor.

This Motion is made following the conference of all parties' counsel pursuant to L.R. 7-3 which took place on March 9, 2026.  During that conference all parties had an opportunity to discuss in detail the central issues of the Defendant's Motion.  The parties concluded the conference without being able to reach an agreement related to the issues raised herein, thereby necessitating the filing of this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Statement of Uncontroverted Facts, the Declarations and Exhibits submitted in support thereof, the pleadings and records on file in this action, and upon such further evidence and argument as may be presented at the hearing on this Motion.

Dated:  March 13, 2026

/s/Peter K. Levine

_____

Peter K. Levine, Esq.
Attorney for Defendant Golden

new/2007-golden-roberts/summary judgment/golden/p&a/final/final 102.docx

DEFENDANT GOLDEN'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via electronic mail on this 13th day of March 2026.

/s/Roberto Segovia

_____
Roberto Segovia

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPPORT OF MOTION

2