Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV Admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV Admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>       **Plaintiff,**<br><br>v.<br><br>**EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE, GLENN SANFORD, and DOES 1-10,**<br><br>       **Defendants.** | **CASE NO. 2:23-cv-10492-AB-AGR**<br><br><br><br>**STIPULATION OF AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT BRENT GOVE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff and Defendant Brent Gove, by and through their respective counsel of record, hereby stipulate and request that the Court dismiss all claims asserted against Defendant Brent Gove in this action with prejudice.

1

Stipulation of and Request for Dismissal with Prejudice

The parties have reached a confidential settlement resolving Plaintiff's claims against Defendant Brent Gove.  This dismissal applies to Defendant Brent Gove and does not affect Plaintiff's claims against any remaining defendants.

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 18, 2026                    By:  /s/ Jennifer A. Lenze
                                              Jennifer A. Lenze, Esq.
                                              LENZE LAWYERS, PLC
                                              999 Corporate Drive, Suite 100
                                              Ladera Ranch, California 92694

                                              Brooke F. Cohen TX 24007019 PHV Adm
                                              Andrea S. Hirsch, GA 666557 PHV Adm
                                              COHEN HIRSCH, LP
                                              5226 Peachtree Road, Suite 195-E
                                              Atlanta, Georgia 30341

                                              *Attorneys for Plaintiff*

Dated: March 18, 2026                    By: /s/ George Morris
                                              George Morris, Esq.
                                              Elisa Marcaletti, Esq.
                                              PHILLIPS SPALLAS & ANGSTADT
                                              560 Mission Street, Suite 1010
                                              San Francisco, CA 94105
                                              *Attorneys for Defendant Brent Gove*

2

Stipulation of and Request for Dismissal with Prejudice