CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ. (SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ. (admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant Michael Bjorkman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS, | ) |
| | ) Case No. 2:23-cv-10492-AB-AGR |
| | ) |
| Plaintiff, | ) **DEFENDANT MICHAEL** |
| v. | ) **BJORKMAN'S NOTICE OF** |
| | ) **JOINDER TO DEFENDANTS** |
| | ) **EXP REALTY, LLC, EXP** |
| eXp REALTY, LLC, | ) **WORLD HOLDINGS, INC.** |
| eXp WORLD HOLDINGS, INC., | ) **AND GLENN SANFORD'S** |
| MICHAEL L. BJORKMAN, | ) **MOTION IN LIMINE TO** |
| DAVID S. GOLDEN, BRENT GOVE, | ) **EXCLUDE EXPERT** |
| EMILY KEENAN, GLENN SANFORD, | ) **TESTIMONY OF** |
| MICHAEL SHERRARD, and DOES 1-10 | ) **LAWRENCE JACOBSON** |
| | ) |
| Defendants. | ) **Judge: Hon. André Birotte Jr.** |
| _____ | ) |

**TO:  PLAINTIFF AND HER COUNSEL OF RECORD;**

**TO:  DEFENDANTS AND THEIR COUNSEL OF RECORD;**

**TO:  ANY OTHER INTERESTED PARTY**

1

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF JOINDER IN DEFENDANTS EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON

Defendant Michael Bjorkman hereby joins in Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford's Motion in Limine to Exclude Expert Testimony of Lawrence Jacobson (Dkt. 156).

As set forth in that Motion, Mr. Jacobson's opinions are based on factual assumptions that are contradicted by the undisputed record and are not grounded in reliable methodology or specialized knowledge.

Defendant Bjorkman specifically joins in Sections IV.A and IV.B of the Motion (Dkt. 156 at pp. 4–6), which demonstrate that: (1) Mr. Jacobson's opinions rely on assumptions inconsistent with the evidentiary record; and (2) his opinions concern matters within the common understanding of a lay jury and therefore do not constitute proper expert testimony.

These deficiencies apply with equal or greater force to Plaintiff's claims against Defendant Bjorkman. Plaintiff's claims against Bjorkman depend in substantial part on the types of assumptions and inferences advanced by Mr. Jacobson, and exclusion of this testimony is therefore warranted.

In particular, as set forth in Sections IV.A and IV.B of the Motion (pp. 4–6), Mr. Jacobson's opinions rely on assumptions that are inconsistent with Plaintiff's own testimony and the evidentiary record, and his opinions consist of matters within the common understanding of a lay jury rather than proper expert analysis.

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF JOINDER IN DEFENDANTS EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON

Mr. Bjorkman has filed a Motion to Sever from the eXp Defendants. If that Motion is granted, Mr. Jacobson's testimony would not be relevant or admissible at his severed trial. However, Mr. Bjorkman joins in the instant Motion in the event that he is not severed from the eXp Defendants, as the testimony of Mr. Jacobson should be excluded on the grounds raised in said Motion.

This limited joinder is made solely for purposes of judicial efficiency and does not waive, and is not inconsistent with, Defendant Bjorkman's Motion to Sever, which he respectfully submits should be granted. *See* Dkt. 148-150.

Dated this 24th day of March, 2026

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Robert Z. DeMarco
RICHARD A. SCHONFELD, ESQ.
(SBN 202182)
ROBERT Z. DEMARCO, ESQ.
(admitted *pro hac vice*)
Attorneys for Defendant
Michael Bjorkman

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 24th day of March, 2026, I served a true and correct copy of the foregoing, electronically via email to the following:

Andrea Hirsch — Cohen Hirsch
andrea@cohenhirsch.com

Jennifer Lenze — Lenze Lawyers
jlenze@lenzelawyers.com

Brooke Cohen — Cohen Hirsch
brooke@cohenhirsch.com

William Pallares — Lewis Brisbois Bisgaard & Smith LLP
william.pallares@lewisbrisbois.com

Peter Levine — The Law Offices of Peter Levine
peter@peterlawfirm.com

David A. Poull — Cannon & Nelms
dpoull@cannonnelms.com

Daniel J. Wadley — Greenberg Traurig LLP
wadleyd@gtlaw.com

Garrett W. Messerly — Greenberg Traurig LLP
garrett.messerly@gtlaw.com

Ivy A. Wang — Greenberg Traurig LLP
ivy.wang@gtlaw.com

Joseph M. Dietrich — Greenberg Traurig LLP
joe.dietrich@gtlaw.com

Shauna E. Imanaka — Greenberg Traurig LLP

4

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF JOINDER IN DEFENDANTS EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON

imanakas@gtlaw.com

Kyle R. Maland — Lewis Brisbois Bisgaard & Smith LLP
kyle.maland@lewisbrisbois.com

/s/ Robert Z. DeMarco
Employee of Chesnoff & Schonfeld

DEFENDANT MICHAEL BJORKMAN'S NOTICE OF JOINDER IN DEFENDANTS EXP
REALTY, LLC, EXP WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN
LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON