UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANYA ROBERTS,

　　　　Plaintiff,

　　v.

EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE, GLENN SANFORD, and DOES 1-10,

　　　　Defendants.

CASE NO. 2:23-cv-10492-AB-AGR

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BRENT GOVE

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant Brent Gove are DISMISSED WITH PREJUDICE.

This dismissal applies only to Defendant Brent Gove.  The Plaintiff's claims against the remaining defendants are unaffected.

IT IS SO ORDERED.

Dated: March 23, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1

[~~Proposed~~] Order of Dismissal