Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANYA ROBERTS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE, GLENN SANFORD, and DOES 1-10,**<br><br>    **Defendants.**<br>_____ | **CASE NO. 2:23-cv-10492-AB-AGR**<br><br>**PLAINTIFF'S EX PARTE APPLICATION STRIKING DEFENDANTS ATTEMPT TO FILE A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES** |

PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANTS GLENN SANFORD,  EXP REALTY, LLC, AND EXP WORLD HOLDINGS, INC. FROM FILING A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES

## I.    INTRODUCTION

On March 6, 2026, Defendants Glenn Sanford, eXp Realty, LLC, and eXp World Holdings Inc. filed for leave to file additional pages regarding their Motions for Summary Judgment. *See*, Dkt. 139. Without permission, on March 13, 2026, Defendants Glenn Sanford, eXp Realty, LLC, and eXp World Holdings Inc. filed their Motions for Summary Judgment, including Points and Authorities, for each; all of which exceeded twenty five (25) pages. *See*, Dkt. 153, Dkt. 151, Dkt. 162 respectively. On March 13, 2026, the Court denied Defendants' Motion for Leave to file additional pages. *See*, Dkt. 173.

On March 18, 2026, Defendants eXp Realty, LLC and Glenn Sanford filed an Application to file documents under seal. See, Dkt. 176. That application has *no* reference to the fact that there was a "redrafted" Points & Authorities of Glenn Sanford and eXp Realty, LLC that were attached as 176-3 and 176-4. *See*, Dkt. 176. Defendant eXp World Holdings, Inc. then filed an Amended Application to file under seal requesting the ability to file newly drafted points and authorities that conformed to the page limit requirements as opposed to a deletion of the pages from the March 13, 2026 version which were over the limit. *See*, Dkt. 178. This is an entirely edited brief.

On March 25, 2026 the Court ordered that Defendants were permitted to file certain text messages of the Plaintiff under seal which included an Order to file the Points & Authorities. *See*, Dkt. 189 (mooting the original application of March 13, 2026, Dkt. 157). For the first time today, March 25, 2026, Plaintiff's counsel was served with both the unredacted and redacted versions of eXp Realty's Points and

PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANTS GLENN SANFORD,  EXP REALTY, LLC, AND EXP WORLD HOLDINGS, INC. FROM FILING A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES

Authorities of Glenn Sanford and eXp Realty, LLC. *See*, Declaration of Jennifer A. Lenze filed concurrently herewith at paragraph 2.

Plaintiff's Oppositions to the originally filed Motions are due March 27th, 2026 (along with four (4) other motions). Plaintiff's respectfully request an Order striking Defendants attempt to file a revised points and authorities and striking any pages over the twenty five (25) pages of Defendants' March 13, 2026 filings.

## II.    ARGUMENT

### A. The Instant Situation Is Appropriate For *Ex Parte* Relief.

Plaintiff moves this Court *ex parte* for relief from Defendant's filing of new Points and Authorities at the 11th hour. To move for *ex parte* relief, the moving party must establish: (1) that their cause of action will be irreparably prejudiced if the underlying motion is heard according to regular noticed procedures; and (2) that they are without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect. *Id.* at 492-93.

Here, *ex parte* relief is justified based on the filing of Plaintiff's Oppositions to the Defendants' Motions for Summary Judgment by Friday, March 27, 2026. Plaintiff will be prejudiced by not knowing which of Defendants' multiple Points & Authorities to address in their opposition (and further prejudiced from having to respond in twenty-five (25) pages to arguments that exceed the requisite page limit). Further, Plaintiffs are without fault in creating the issue present in this Motion for relief. The Court's Order regarding the denial of excess page limits was made on March 13, 2026 and it wasn't until March 18, 2026 that the Defendant's made an Application to file the Motion for Summary Judgment Documents under seal without candor in the filing by Defendants Sanford and eXp Realty, LLC that

PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANTS GLENN SANFORD, EXP REALTY, LLC, AND EXP WORLD HOLDINGS, INC. FROM FILING A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES

it was a different Points & Authorities and in eXp World Holdings, Inc. that it was a newly created document as opposed to a deletion of the pages over the twenty-five (25) page limit.

**B. The Operative Points & Authorities Should Remain Those Filed on March 13, 2026 with the Pages Exceeding the Twenty-Five Page Limit Stricken.**

Local Rule 79-5.3 *Service of Documents Filed Under Seal* does not exempt the filer from the service requirements imposed by federal statutes, rules or regulations or by the Local Rules of this Court. Local Rules-Central District of California 79-5.3. Local Rule 11-6.1 *Points and Authorities-Trial Briefs-Length* requires a 25-page limit. Local Rules-Central District of California 11-6.1.A court may strike a brief that violates the length requirement set by the Local Rules or strike the offending portion exceeding the length requirement. *See, e.g.*, *Elec. Frontier Found.*, 2012 WL 112359, at *1; *King Cnty. v. Rasmussen*, 143 F. Supp. 2d 1225, 1227 (W.D. Wash. 2001).

Plaintiff has Oppositions due in response to Defendants' Motions for Summary Judgment on Friday, March 27, 2026 (along with the accompanying four other Motions). Defendants did not have permission to file briefs in excess of the Local Rules on March 13, 2026 yet, took the risk to do so. Defendants should not get the benefit of redrafting and recreating arguments to conform to what they were required to do under the rules originally. Likewise, Plaintiff should not be prejudiced by having to respond to arguments that exceed twenty-five (25) pages in twenty-five (25) pages or speculate as to which points and authorities to respond to in their Opposition. Further, permitting the filing of a "new" Motion would

PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANTS GLENN SANFORD, EXP REALTY, LLC, AND EXP WORLD HOLDINGS, INC. FROM FILING A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES

obviate the notice requirement. The onus should not be on the Plaintiff to go line by line to see what is new and what has changed.

### III.  CONCLUSION

Given the delay in the filing and service of these documents, Plaintiff respectfully requests a clarifying Order that Defendants are not entitled to file newly drafted Points and Authorities that were filed with their Applications to Seal Dkts, 176 and 178 and that any pages in excess of the twenty-five (25) pages in their March 13, 2026 Points and Authorities be stricken.

By: /s/ Jennifer A. Lenze

Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff

5

PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANTS GLENN SANFORD,  EXP REALTY, LLC, AND EXP WORLD HOLDINGS, INC. FROM FILING A "REVISED" POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STIKE THE PAGES EXCEEDING TWENTY FIVE PAGES IN THEIR ORIGINAL POINTS AND AUTHORITIES