# FILED UNDER SEAL

## EXHIBIT "D"

## Exhibit 29 from Debbie Penny's Deposition

## July 29, 2025

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FABIOLA ACEVEDO, JANE DOE 1, )
JANE DOE 2, JANE DOE 3, and ) Case No.
JOHN DOE 1, ) 2:23-CV-01304-AB-AGR
Plaintiffs, )
vs. )
EXP REALTY, LLC, EXP WORLD )
HOLDINGS, INC., MICHAEL L. )
BJORKMAN; DAVID S. GOLDEN; )
GLENN SANFORD; BRENT GOVE; and )
DOES 1-10, )
Defendants. )
------------------------------)

VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

DEBBIE PENNY

TUESDAY, JULY 29, 2025

10:17 A.M.

REPORTED BY:
SUSAN NELSON, C.S.R. No. 3202
JOB NO. 7511422
PAGES: 259-494

EXHIBIT

29

MR. SCHONFELD: This is Richard. I do 16:41:38
not -- do not -- need a transcript. Thank you. I am 16:41:39
signing off. 16:41:42
MR. LEVINE: And a dirty, Ms. Reporter, 16:41:43
thank you, or a rough, whichever term you prefer, as 16:41:45
well as a video that is synced. 16:41:49
THE REPORTER: Thank you. 16:41:52
MS. LENZE: And Plaintiffs get one 16:41:54
automatically I think from our order, but just if you 16:41:55
need it for record -- 16:41:58
THE REPORTER: Thank you. 16:42:00
MS. LENZE: -- here's our order. Thank you. 16:42:00
MR. PALLARES: Yes, and -- 16:42:03
MR. LEVINE: Have a nice drive back, Bill. 16:42:05
I'm going to sign off. Thank you. 16:42:05
MR. PALLARES: Okay. Thank you. We're 16:42:07
done. We'll get -- we'll get a copy of the 16:42:08
transcript as well. 16:42:10
THE REPORTER: Thank you. 16:42:11
THE VIDEOGRAPHER: And, Mr. Pallares, did 16:42:13
you want the video? 16:42:14
MR. PALLARES: Sure. 16:42:14
THE VIDEOGRAPHER: Synced? Synced with the 16:42:15
transcript? 16:42:17
MR. PALLARES: Yes. 16:42:17



THE VIDEOGRAPHER: And, Ms. Lenze, are you 16:42:18
holding off on the video? 16:42:21
MS. LENZE: Yes, we'll hold off on the video 16:42:22
order. Thank you so much. 16:42:24
THE VIDEOGRAPHER: Okay. I'll take us off 16:42:25
the record. We're going off the record. The time is 16:42:26
4:42 p.m., and this concludes today's testimony given 16:42:28
by Debbie Penny. The total number of media used was 16:42:33
four and will be retained by Veritext. 16:42:36
(Whereupon, at 4:42 p.m., the 16:42:36
virtual videoconference videotaped 16:42:36
deposition of DEBBIE PENNY was 16:42:36
adjourned.)



STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) ss.

I, DEBBIE PENNY, hereby declare under the penalties of perjury of the laws of the United States that the foregoing is true and correct.

Executed this __________ day of ____________________, 2025, at ____________________________, California.

________________________
DEBBIE PENNY



STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) ss.

I, SUSAN NELSON, C.S.R. 3202, in and for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth; that said virtual videoconference videotaped deposition was taken down by me stenographically at the time and place therein named to the best of my ability, and thereafter transcribed via computer-aided transcription under my direction, and the same is a true, correct and complete transcript of said proceedings;

Before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not interested in the event of the action.

Wi y of August, 2025.

Susan Nelson, C.S.R. No. 3202
Certified Shorthand Reporter
State of California