# EXHIBIT "F"

## Exhibit 21 from the Deposition of Debbie Penny

## May 29, 2025

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FABIOLA ACEVEDO, JANE DOE 1, JANE )
DOE 2, JANE DOE 3, AND JOHN DOE 1, )
)
PLAINTIFFS, )
) CASE NO.
) 2:23-CV-01304
VS. ) AB-AGR
)
EXP REALTY, LLC, EXP WORLD )
HOLDINGS, INC., MICHAEL L. )
BJORKMAN; DAVIS S. GOLDEN; GLENN )
SANFORD; BRENT GOVE; AND DOES 1-10, )
) VOLUME I
DEFENDANTS. )
)
------------------------------------

VIDEOTAPED DEPOSITION OF DEBBIE PENNY
THURSDAY, MAY 29, 2025

FILE NO. 7392997
REPORTED BY: MONICA T. CORLEY, CSR NO. 8803

**Date:** Wed, 13 Jun 2018 11:31:40 AM -0700
**Subject:** [Chat #42869]
**From:** Mike Bjorkman <+16612128075>
**To:** \"+16613735595 [Tami Sims (owner)]\"" </>; "heartmy4@yahoo.com [heartmy4@yahoo.com (owner)]";

---

Julie and I got caught from Debbie penny too

EXHIBIT 21
WIT: Penny
DATE: 5-29-25
Monica T. Corley, CSR #8803

STATE OF CALIFORNIA )
COUNTY OF RIVERSIDE ) ss.

I, MONICA T. CORLEY, RMR, CRR, CSR No. 8803, in and for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and the same is a true, correct and complete transcript of said proceedings;

That if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript {XX} was { } was not required.

I further certify that I am not interested in the event of the action.

Witness my hand this June 11, 2025.

Certified Shorthand Reporter
for the State of California



WILLIAM E. PALLARES
WILLIAM.PALLARES@LEWISBRISBOIS.COM

June 11, 2025

RE: Acevedo, Fabiola v. EXP Realty, LLC
5/29/2025, Debbie Penny, (#7392997).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

_XX_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.



__ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.



Acevedo, Fabiola v. EXP Realty, LLC
Debbie Penny (#7392997)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________

________________________________ _______________
(Debbie Penny) Date