UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   2:23-cv-10492-AB-AGR | Date:   April 27, 2026 |
|---|---|

| Title:   *Anya Roberts v. eXp Realty, LLC, et al.* |
|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] ORDER STRIKING MOTION TO WITHDRAW [DKT. NO. 251] AND ORDERING PLAINTIFF TO FILE A NOTICE OF WITHDRAWAL**

On April 17, 2026, the Court ordered the parties to ensure accuracy of all filings submitted to this Court and that continued submission of inaccurate or mistaken filings may result in the Court striking the filing. Dkt. No. 238.

On April 23, 2026, the Court communicated to Plaintiff's pro hac vice counsel of their continuous inaccurate/mistaken filings and instructed to file a Notice of Withdrawal for the mistakenly filed documents. In response, Plaintiff filed a Motion to Withdraw (Dkt. No. 251), against the Court's instructions.

Due to Plaintiff's pro hac vice counsel's continuous negligence to follow federal rules of civil procedures, local rules, and instructions of the Court, the Motion to Withdraw on Dkt. No. 251 is STRICKEN.   Plaintiff is ordered to file a Notice of Withdrawal.

Plaintiff's counsel is to note, further violations will result in sanctions for

pro hac vice counsel **and local counsel**.

IT IS SO ORDERED.