WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
MACK H. REED, (*Pro Hac Vice* Pending)
E-Mail: Mack.Reed@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

IVY WANG, SB# 224899
Email: ivy.wang@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park E, Ste 1900
Los Angeles, CA 90067-2121
Phone: 310-586-7700
Fax: 310-586-7800

DANIEL WADLEY, (*Admitted Pro Hac Vice*)
Email: wadleyd@gtlaw.com
**GREENBERG TRAURIG, LLP**
222 S Main St.
Salt Lake City, UT 84101
Phone: 801-478-6900
Fax: 801-994-9041

Attorneys for Defendants,
eXp REALTY, LLC, eXp WORLD
HOLDINGS, INC., and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE, EMILY KEENAN, GLENN SANFORD, MICHAEL SHERRARD, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-CV-10492-AB-AGR<br><br>**DECLARATION OF WILLIAM E. PALLARES IN SUPPORT OF eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON**<br><br>Trial Date: August 31, 2026 |

## DECLARATION OF WILLIAM E. PALLARES

I, William E. Pallares, declare and states as follows:

1) I am an attorney at law duly licensed to practice before all courts in the State of California. I am a partner with the law firm of Lewis Brisbois Bisgaard & Smith LLP, counsel of record for eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford in the above-captioned lawsuit.

2) I have personal knowledge of the following facts, and if called to testify as a witness I would do so consistently herewith.

3) Attached as Exhibit 1 is a true and correct copy of excerpts from the February 4, 2026 deposition of Lawrence Jacbobson.

4) Attached as Exhibit 2 is a true and correct copy of excerpts from the November 14, 2025 deposition of Anya Roberts.

5) Attached as Exhibit 3 is a true and correct copy of excerpts from the December 12, 2025 deposition of Holly Madden.

6) Attached as Exhibit 4 is a true and correct copy of excerpts from the November 18, 2025 deposition of Anya Roberts.

7) Attached as Exhibit 5 is a true and correct copy of Plaintiff's January 9, 2026 Expert Disclosures.

8) Attached as Exhibit 6 is a true and correct copy of the January 8, 2026 Expert Report of Lawrence H. Jacobson.

9) Attached as Exhibit 7 is a true and correct copy of excerpts from the May 29, 2025 deposition of Debbie Penny in the lawsuit styled *Acevedo, et al. v. eXp Realty, LLC, et al.*, Case No. 2:23-cv-01304-AB-AGR (the "Acevedo Lawsuit").

10) Attached as Exhibit 8 is a true and correct copy of excerpts from the May 29, 2025 deposition of Debbie Penny in the Acevedo Lawsuit.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 27th day of April, 2026, at Los Angeles, California.

By: /s/ William E. Pallares
William E. Pallares

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2026, I electronically filed the foregoing DECLARATION OF WILLIAM E. PALLARES IN SUPPORT OF eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., AND GLENN SANFORD'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF LAWRENCE JACOBSON with the Clerk of the Court using the CM/ECF system.

/s/ *Debbie Wilhelm*

Debbie Wilhelm

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4

Case No. 2:23-CV-10492-AB-AGR

PALLARES DECLARATION ISO MOTION IN LIMINE