CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ. (SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ. (admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant Michael Bjorkman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS, | ) |
| | ) Case No. 2:23-cv-10492-AB-AGR |
| | ) |
| Plaintiff, | ) **DEFENDANT MICHAEL** |
| v. | ) **BJORKMAN'S OBJECTION** |
| | ) **TO PLAINTIFF'S EVIDENCE** |
| eXp REALTY, LLC, | ) **IN SUPPORT OF PLAINTIFF'S** |
| eXp WORLD HOLDINGS, INC., | ) **OPPOSITION TO MOTION** |
| MICHAEL L. BJORKMAN, | ) **FOR SUMMARY JUDGMENT** |
| DAVID S. GOLDEN, BRENT GOVE, | ) |
| EMILY KEENAN, GLENN SANFORD, | ) |
| MICHAEL SHERRARD, and DOES 1-10 | ) Date: June 26, 2026 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Courtroom: 7B |
| _____ | ) Judge: Hon. André Birotte Jr. |

Defendant Michael L. Bjorkman hereby submits the following objections to the evidence proffered by Plaintiff in opposition to Mr. Bjorkman's Motion for Summary Judgment.

1

DEFENDANT MICHAEL BJORKMAN'S OBJECTION TO PLAINTIFF'S EVIDENCE IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

Mr. Bjorkman respectfully requests this Honorable Court to sustain the objections as follows:

## OBJECTIONS TO EXPERT REPORTS OF DR. CHITRA RAGHAVAN AND DR. MARC LeBEAU

Material Objected To:

The expert reports of Dr. Chitra Raghavan and Dr. Marc LeBeau in their entirety - Exhibit W (Raghavan) and Exhibit P (LeBeau).

Objections:

The expert reports of Dr. Raghavan and Dr. LeBeau are not competent summary judgment evidence to the extent they are unsworn and unverified and are offered in lieu of admissible testimony. At the summary judgment stage, a party must present evidence in a form that would be admissible at trial. *See* Fed. R. Civ. P. 56(c).

Unsworn expert reports are not competent summary judgment evidence in this form. *See* Fed. R. Evid. 702; Fed. R. Civ. P. 56; *In re Live Concert Antitrust Litigation*, 863 F.Supp.2d 966, 997 (C.D. Cal. 2012) (citing *Claar v. Burlington N. R.R.*, 29 F.3d 499 (9th Cir. 1994)).

DEFENDANT MICHAEL BJORKMAN'S OBJECTION TO PLAINTIFF'S EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

Furthermore, "it is well established that unsworn expert reports are inadmissible and cannot be used to create a triable issue of fact for purposes of summary judgment." *See, e.g., Liebling v. Novartis Pharmaceuticals Corporation*, Case No. CV 11-10263 MMM (MRWx), 2014 WL 12576619, at *1 (C.D. Cal. Mar. 24, 2014) (collecting cases).

"The court performs the same role at the summary judgment phase as at trial; an expert's report is not a talisman against summary judgment." *Raskin v. Wyatt Co.*, 125 F.3d 55, 66-67 (2d Cir. 1997) (explaining the admissibility requirements of Rule 702 apply to a motion for summary judgment) (citing *Viterbo v. Dow Chem. Co.*, 826 F.2d 420, 422 (5th Cir. 1987).

Dated this 1st day of May, 2026

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Robert Z. DeMarco
RICHARD A. SCHONFELD, ESQ.
(SBN 202182)
ROBERT Z. DEMARCO, ESQ.
(admitted *pro hac vice*)
Attorneys for Defendant Michael Bjorkman

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 1st day of May 2026, I served a true and correct copy of the foregoing, electronically via email to the following:

Andrea Hirsch
andrea@cohenhirsch.com

Jennifer Lenze
jlenze@lenzelawyers.com

Brooke Cohen
brooke@cohenhirsch.com

William Pallares
William.Pallares@lewisbrisbois.com

Peter Levine
peter@peterlawfirm.com

David A. Poull
dpoull@cannonnelms.com

George Morris
gmorris@psalaw.net

Hannah Cannom
hcannom@wscllp.com

///

4
DEFENDANT MICHAEL BJORKMAN'S OBJECTION TO PLAINTIFF'S EVIDENCE IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
BJORKMAN'S MOTION FOR SUMMARY JUDGMENT

Amanda Sperow
Amanda.Sperow@lewisbrisbois.com

Mack Reed
Mack.Reed@lewisbrisbois.com

Debbie Wilhelm
Debbie.Wilhelm@lewisbrisbois.com

Lee West
lwest@cohenhirsch.com

Roberto Segovia
roberto@peterlawfirm.com

Ivy Wang
Ivy.Wang@gtlaw.com


/s/ Robert Z. DeMarco
Employee of Chesnoff & Schonfeld

5