CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ.
SBN 202182
Email: rschonfeld@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorney for Defendant
Michael Bjorkman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANYA ROBERTS,

Plaintiff,

v.

EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, BRENT GOVE; EMILY KEENAN, GLENN SANFORD; MICHAEL SHERRARD, and DOES 1-10,

Defendants.

Case No. 2:23-cv-10492-AB-AGR

**DEFENDANT MICHAEL BJORKMAN'S WITNESS LIST**

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Bjorkman c/o Richard A. Schonfeld, Esq. Chesnoff & Schonfeld 520 South Fourth Street | Defendant. Will testify regarding the facts and circumstances alleged in the First Amended Complaint, including his interactions, communications, and travel with Plaintiff, the | 3.0 | 3.0 | [To be filled in during trial] |

[1] These time estimates are just for Defendant Bjorkman's examinations and Plaintiff's cross. Other defendants may have additional time.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Las Vegas, NV 89101<br>(702) 384-5563 | events alleged to have occurred, his relationship with the remaining Defendants, and his defenses.<br>Unique in that he is the only witness with personal knowledge of his own conduct and of the entirety of his communications with Plaintiff. | | | |
| Anya Roberts*<br>c/o Jennifer A. Lenze, Esq.<br>999 Corporate Drive, Suite 100<br>Ladera Ranch, CA 92694<br>(310) 322-8800 | Plaintiff. Will testify regarding the facts and circumstances alleged in the First Amended Complaint, her communications with Defendant Bjorkman and the other Defendants, her voluntary conduct, and her claimed damages.<br>Unique as the claimant. May be called adversely to the extent she is not fully examined on these subjects in Plaintiff's case-in-chief. | 2.0 | 1.5 | [To be filled in during trial] |
| David S. Golden*<br>c/o Peter K. Levine, Esq.<br>5455 Wilshire Blvd., Suite 1250<br>Los Angeles, CA 90036<br>(323) 934-1234 | Co-Defendant. Will testify regarding the facts and circumstances alleged in the First Amended Complaint, including his own interactions and communications with Plaintiff.<br>Unique in that he has personal knowledge of the conduct alleged against him, which is separate and distinct from the conduct alleged | 1.0 | 1.0 | [To be filled in during trial] |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | against Defendant Bjorkman. | | | |
| Brent Gove* c/o Sean P.J. Coyle, Esq. One Montgomery Street, Suite 3000 San Francisco, CA 94104 (415) 391-4800 | Will testify regarding the facts and circumstances alleged in the First Amended Complaint. Unique in that he has personal knowledge of his own conduct and of the events and communications in which he participated. | 0.5 | 0.5 | [To be filled in during trial] |
| eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford* (corporate representative / person most knowledgeable) c/o William E. Pallares, Esq. 633 West 5th Street, Suite 4000 Los Angeles, CA 90071 | Co-Defendants. Will testify regarding the facts and circumstances alleged in the First Amended Complaint, including the corporate structure of the eXp entities, the independent-contractor status of agents, and the absence of any agency, employment, or venture relationship with Defendant Bjorkman. Unique in that these witnesses have personal and corporate knowledge of the eXp entities' policies, records, and relationships. | 0.5 | 0.5 | [To be filled in during trial] |
| Daryl Wizinsky* Contact information provided to all parties by Rule 26 disclosure | Percipient witness. Will testify regarding his observations of and interactions with Megan Farrell-Nelson and Defendant Bjorkman in Las Vegas during the relevant time frame of the allegations set forth in the | 0.5 | 0.5 | [To be filled in during trial] |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | First Amended Complaint. Unique in that he was present for and personally observed the interactions at issue. | | | |
| Scott Marlow* Contact information provided to all parties by Rule 26 disclosure | Percipient witness. Will testify regarding his observations of and interactions with Megan Farrell-Nelson and Defendant Bjorkman in Las Vegas during the relevant time frame of the allegations set forth in the First Amended Complaint. Unique in that he personally observed interactions that no other listed witness observed. | 0.5 | 0.5 | [To be filled in during trial] |
| Alexandra C. Tunks* Contact information provided to all parties by Rule 26 disclosure | Percipient witness. Will testify regarding her observations of and interactions with Megan Farrell-Nelson and Defendant Bjorkman in Las Vegas during the relevant time frame of the allegations set forth in the First Amended Complaint, and regarding the video recordings produced in this matter. Unique in that she was present for and personally observed the interactions depicted and described. | 1.0 | 0.5 | [To be filled in during trial] |
| Mark Green* Contact information provided to all | Percipient witness. Will testify regarding his observations of Tami Sims on or about April | 0.5 | 0.5 | [To be filled in during trial] |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
| --- | --- | --- | --- | --- |
| parties by Rule 26 disclosure | 11, 2019 through April 13, 2019, as related to the allegations in the First Amended Complaint. Unique in that he personally observed Tami Sims' appearance, demeanor, and conduct during the relevant period. | | | |
| Christina Green (aka Christina Gray)* Contact information provided to all parties by Rule 26 disclosure | Percipient witness. Will testify regarding her observations of Tami Sims on or about April 11, 2019 through April 13, 2019, as related to the allegations in the First Amended Complaint. Unique in that she personally observed Tami Sims' appearance, demeanor, and conduct during the relevant period. | 0.5 | 0.5 | [To be filled in during trial] |
| Jason Holdinski* Contact information provided to all parties by Rule 26 disclosure | Percipient witness. Will testify regarding his observations of Fabiola Acevedo and Michael Bjorkman during the period of July 20 through July 22, 2018, as related to the allegations in the First Amended Complaint. Unique in that he personally observed the interactions during that period. | 0.5 | 0.5 | [To be filled in during trial] |
| Custodian of Records* Joya Communications, | Records custodian. Will testify regarding the authenticity, creation, storage, and retrieval of | 0.5 | 0.25 | [To be filled in during trial] |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours)[1] | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Inc.<br>2443 Fillmore St<br>San Francisco, CA 94115 | messages sent and received through the Marco Polo application and the records produced in response to subpoena. Unique in that no other witness can lay the business-records foundation for these materials. Will be called only if authenticity and foundation are not stipulated. | | | |
| Daniel E. Buffington, PharmD, MBA<br>Clinical Pharmacology Services, Inc.<br>6285 E. Fowler Avenue<br>Tampa, FL 33617<br>(813) 983-1500 | Retained rebuttal expert in clinical pharmacology and toxicology. Will testify consistent with his rebuttal report dated January 24, 2026, and his disclosure under Fed. R. Civ. P. 26(a)(2)(B), including the methodological deficiencies in the opinions of Marc A. LeBeau; the absence of objective toxicological evidence (no biological specimen testing); the misapplication of drug-facilitated sexual assault literature; the unreliability of the Widmark calculations; the pharmacokinetics of the substances at issue; and alternative explanations for Plaintiff's reported symptoms.<br>Unique in that he is the only expert offered by Defendant Bjorkman on | 1.5 | 1.5 | [To be filled in during trial] |

| **Witness's Name*, Phone Number, Address** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (hours)[1]** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| | clinical pharmacology and toxicology and the only witness who will address the reliability of the opposing expert's methodology. | | | |

*Indicates that witness will be called only if the need arises.

Defendant Michael Bjorkman further reserves the right to call any witness identified by any other party to this action, including any expert witness disclosed or designated by any other party, and to call any witness necessary for purposes of impeachment or rebuttal.

Defendant's reservation of the right to call witnesses identified by other parties is not a stipulation to the admissibility, relevance, or non-cumulative nature of any such testimony. Defendant reserves all objections to any witness identified herein or by any other party, including objections under the Federal Rules of Evidence and any challenge under Rule 702 and *Daubert*, and reserves the right to move to exclude or limit such testimony.

///

Defendant Michael Bjorkman further reserves the right to supplement or amend this Witness List as trial proceeds, and based upon the Court's rulings on the pending motions for summary judgment, motion(s) for severance, and motions in limine, as well as any other order of the Court affecting the parties, claims, or evidence to be presented at trial.

DATED this 24th day of July, 2026.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant
Michael Bjorkman

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record registered for electronic service.

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.