Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
Wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC;
AGNT, Inc. f/k/a eXp World Holdings, Inc.;
and Glenn Sanford

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>        Plaintiff,<br><br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>        Defendants. | CASE NO.  2:23-cv-10492-AB-CTS<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**DECLARATION OF IVY A. WANG IN SUPPORT OF eXp DEFENDANTS' MOTION *IN LIMINE* NO. 14 TO EXCLUDE ANY CREDIBILITY TESTIMONY**<br><br>**Hearing Date: August 14, 2026**<br>**Time: 11:00 AM**<br><br>Action Filed:  December 14, 2023<br>FAC Filed: June 13, 2024<br><br>Trial Date: August 31, 2026 |

I, Ivy A. Wang, declare as follows:

1.      I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before this Court.  I am a shareholder at Greenberg Traurig, LLP, counsel for Defendants eXp Realty, LLC ("eXp Realty"), eXp World Holdings, Inc. ("World Holdings")[1], and Glenn Sanford (collectively, "eXp Defendants").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of the eXp Defendants Motion *in Limine* No. 14 to Exclude Any Credibility Testimony

2.      Attached as **Exhibit 1** hereto is a true and correct excerpt of the transcript from the June 20, 2025 deposition of James Bramble.

3.      Attached as **Exhibit 2** hereto is a true and correct excerpt of the transcript from the August 20, 2025, deposition of Cory Haggard.

4.      Attached as **Exhibit 3** hereto is a true and correct excerpt of the transcript from the January 6, 2025, deposition of Stacy Onnen.

5.      Attached as **Exhibit 4** hereto is a true and correct excerpt of the transcript from the October 24, 2025, deposition of Jason Gesing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of July 2026 in Irvine, California.


*/s/ Ivy A. Wang*
Ivy A. Wang

---

[1] Currently known as AGNT, Inc.