PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230
EMAIL: peter@peterlawfirm.com

Attorney for Defendant David S. Golden

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>              Plaintiffs,<br><br>      vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; et. al., GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>              Defendants. | **CASE NO. 2:23-CV-10492-AB-CTS**<br><br>[*Hon. André Birotte Jr., Ctrm 7B*]<br><br>**DEFENDANT DAVID S. GOLDEN'S NOTICE OF JOINDER IN THE eXp DEFENDANTS' MOTIONS IN LIMINE NOS. 1–12; 14-18 AND THE TWO (2) DAUBERT MOTIONS;**<br>**[Dkt. Nos. 320, 321, 323, 324, 325, 330, 338, 345, 348, 349, 350, 372–379]**<br><br>**Hearing Date: August 14, 2026**<br>**Time: 11:00 AM**<br><br>Action Filed: December 14, 2023<br>FAC Filed: June 13, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant David S. Golden ("Mr. Golden") hereby joins in the following motions in limine and Daubert motions filed by Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively, the "eXp Defendants") on July 24, 2026, and set for hearing at the Final Pretrial Conference on August 14, 2026, at 11:00 a.m.:

DEFENDANT DAVID S. GOLDEN'S NOTICE OF JOINDER IN THE eXp DEFENDANTS' MOTIONS IN LIMINE NOS. 1–12; 14-18 AND TWO (2) DAUBERT MOTIONS

1

- **Daubert Motion (Dkt. 320):** to exclude the expert testimony of William Keep;
- **Daubert Motion (Dkt. 325):** to exclude the expert testimony of Lawrence Jacobson;
- **Motion in Limine No. 1 (Dkt. 376):** to exclude that David Golden or Michael Bjorkman secretly drugged Plaintiff;
- **Motion in Limine No. 2 (Dkt. 378):** to exclude evidence that David Golden or Michael Bjorkman drugged and sexually assaulted Ms. Lundy and Ms. Farrell-Nelson;
- **Motion in Limine No. 3 (Dkt. 377):** to exclude evidence that David Golden or Michael Bjorkman drugged and sexually assaulted Ms. Acevedo, Ms. Sims, T.H. and A.R.;
- **Motion in Limine No. 4 (Dkt. 338):** to exclude all evidence of Mr. Bjorkman's criminal investigation;
- **Motion in Limine No. 5 (Dkt. 323):** to exclude evidence of investigations;
- **Motion in Limine No. 6 (Dkt. 330):** to exclude reference to eXp as a "pyramid scheme";
- **Motion in Limine No. 7 (Dkt. 374):** to preclude certain testimony of Dr. Chitra Raghavan;
- **Motion in Limine No. 8 (Dkt. 350):** to preclude certain opinions of Dr. Marc A. LeBeau;
- **Motion in Limine No. 9 (Dkt. 348):** to exclude evidence of settlement;
- **Motion in Limine No. 10 (Dkt. 345):** to exclude evidence of separate lawsuits;
- **Motion in Limine No. 11 (Dkt. 373):** to bifurcate the trial into separate liability and damages phases;
- **Motion in Limine No. 12 (Dkt. 321):** to exclude evidence of Mr. Sanford's financial wealth;
- **Motion in Limine No. 14 (Dkt. 379):** to exclude any credibility testimony;

DEFENDANT DAVID S. GOLDEN'S NOTICE OF JOINDER IN THE eXp DEFENDANTS' MOTIONS IN LIMINE NOS. 1–12; 14-18 AND TWO (2) DAUBERT MOTIONS

2

- **Motion in Limine No. 15 (Dkt. 375):** to sever in event of denial of eXp Defendants' Motions in Limine Nos. 1, 2, or 3;
- **Motion in Limine No. 16 (Dkt. 372):** to exclude testimony of Debbie Penny;
- **Motion in Limine No. 17 (Dkt. 324):** to exclude evidence of spoliation and/or deletion of workplace chats;
- **Motion in Limine No. 18 (Dkt. 349):** to exclude reference to standard operating procedures (SOPs).

Mr. Golden joins in the relief requested and the specified legal arguments only, and expressly does not adopt any factual recitation, characterization, or concession outlined in the above motions or their supporting papers.  Mr. Golden respectfully requests that the Court grant the relief sought in each motion in favor of Mr. Golden to the same extent as in favor of the eXp Defendants, as applicable.  This joinder presents no new points or authorities.

This joinder is based upon this Notice, the moving and supporting papers filed by the eXp Defendants, any reply papers, all pleadings and records on file in this action, and such further evidence and argument as the Court may permit at the hearing.

Dated:  July 28, 2026

/s/ Peter K. Levine
Peter K. Levine, Esq.
Attorney for Defendant Golden

\new\2007-golden-roberts\trial\limine\joinder to exp mils\golden joinder re exp mils and daubert motions (version 2).docx

DEFENDANT DAVID S. GOLDEN'S NOTICE OF JOINDER IN THE eXp DEFENDANTS' MOTIONS IN LIMINE NOS. 1–12; 14-18 AND TWO (2) DAUBERT MOTIONS

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on July 28, 2026.


s/Roberto Segovia
Roberto Segovia