Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC;
AGNT, Inc. f/k/a eXp World Holdings, Inc.;
and Glenn Sanford

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS,<br><br>        Plaintiff,<br><br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; GLENN SANFORD; and DOES 1–10,<br><br>        Defendants. | CASE NO.  2:23-cv-10492-AB-CTS<br><br>Hon. André Birotte Jr., Ctrm 7B<br><br>**eXp DEFENDANTS' PROPOSED QUESTIONS FOR INCLUSION IN THE COURT'S VOIR DIRE QUESTIONNAIRE**<br><br>Action Filed:  December 14, 2023<br>FAC Filed: June 13, 2024<br><br>Trial Date: August 31, 2026 |

Defendants eXp World Holdings, Inc. ("World Holdings")[1], eXp Realty, LLC ("eXp Realty"), and Glenn Sanford (collectively, the "eXp Defendants") hereby submit the following proposed questions for inclusion in the Court's voir dire questionnaire.

1. Have you or a close family member ever sued someone or has been sued? If so, what was the nature of the lawsuit? What was the outcome?

2. The law requires a plaintiff to prove the fault of a defendant before she is entitled to recover any money damages. Do you have any difficulty accepting that concept?

3. Have you ever worked for a real estate brokerage? Which one? What was your position? What did you like and dislike about that job?

4. Have you ever worked for eXp Realty LLC?  What was your position? What did you like and dislike about that job?

5. Have you ever worked with an eXp Realty agent?  How was your experience?

6. Does anyone know of any reason he or she may be prejudiced against eXp Realty, its parent company eXp World Holdings, or eXp Realty founder Glenn Sanford because of the nature of the case, because eXp Realty is a real estate brokerage, or for any other reason?

7. Have you ever been drugged by someone without your knowledge?  What happened? What did you do about it?

8. Have you ever been sexually assaulted? What happened? What did you do about it?

9. Has a co-worker, friend or family member ever been sexually assaulted? What happened?

10. Has a co-worker, friend or family member ever been drugged without their knowledge? What happened?

11. Have you ever held a position in which you supervise employees? Please describe that position, and the greatest challenges you faced in managing people.

---

[1] Currently known as AGNT, Inc.

Case No. 2:23-cv-10492-AB-CTS

eXp DEFENDANTS' PROPOSED QUESTIONS FOR INCLUSION IN THE COURT'S VOIR DIRE QUESTIONNAIRE

12. Have you ever held a position in which you vet the background of new employees? Please describe that position, and the greatest challenges you face in vetting new employees.

13. If an employee does something that he knows his employer prohibits, should that employer nevertheless be held responsible for that employee's actions? Why or why not?

14. Does anyone believe an employer is responsible for their employees' personal behavior outside of work?

15. Does anyone believe an employer is responsible for their employees' personal behavior in their dating relationships?

16. Does anyone believe an employer is responsible for what happens when two employees date?

17. You will hear that some of the individual defendants may have consumed large amounts of alcohol.  Will that affect your ability to remain impartial in this case?

18. You will hear that some of the individual defendants may have consumed recreational drugs or illegal substances.  Will that affect your ability to remain impartial in this case?

19. You will hear that some of the individual defendants may have cheated on their spouses. Will that affect your ability to remain impartial in this case?

20. You will hear that some of the individual defendants may have sought more than one sexual partner.  Will that affect your ability to remain impartial in this case?

21. Do you believe it is possible for people to be mistaken about whether they have been drugged?

22. Do you believe it is possible for people to form false memories based on what they have read and heard?

23. In a case where a female employee is suing her former male co-workers and employer, claiming that she was drugged and sexually assaulted, is there anyone who would give the benefit of the doubt to the female employee, even if only slightly?

24. In a case where a woman is suing her former boyfriend, claiming that she was drugged and sexually assaulted, is there anyone who would give the benefit of the doubt to the woman, even if only slightly?

25. In a case where a female employee is accusing her former male co-workers of sex trafficking her, and her employer of knowingly benefiting from sex trafficking, is there anyone who would give the benefit of the doubt to female employee, even if only slightly?

26. Is there anyone who is unable to remain impartial in a case where sexual assault is alleged?

27. Is there anyone who is unable to remain impartial in a case where human trafficking or sex trafficking is alleged?

28. Does the size of a company affect whether you are more likely to find it liable for money damages?

29. Does the wealth of a defendant affect whether you are more likely to find him liable for money damages?

Dated: July 31, 2026                    GREENBERG TRAURIG, LLP


                                        By /s/ *Ivy A. Wang*
                                        Ivy A. Wang
                                        Daniel J. Wadley
                                        Attorneys for Defendants eXp Realty, LLC;
                                        AGNT, Inc. f/k/a eXp World Holdings, Inc.; and
                                        Glenn Sanford