Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA ROBERTS, | **CASE NO. 2:23-cv-10492-AB-CTS** |
| Plaintiff, | **AMENDED JOINT STATEMENT OF THE CASE** |
| v. | |
| EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN, GLENN SANFORD, and DOES 1-10, | **TRIAL DATE:** August 31, 2026<br>**PTC:** August 14, 2026, 11:00 a.m.<br>**Ctrm:** 7B<br>**Judge:** Honorable André Birotte, Jr. |
| Defendants. | |

**AMENDED JOINT STATEMENT OF THE CASE**

**TO THE HONORABLE COURT, the Plaintiff, Defendants eXp Realty, LLC, eXp World Holdings, Inc., Glenn Sanford, and Michel Bjorkman Jointly Submit the following Statement of the Case to be read to the Jury, this is followed by Defendant Golden's individually submitted Statement of the Case:**

## PLAINTIFF AND EXP DEFENDANTS' AND BJORKMAN'S VERSIONS

Plaintiff, Anya Roberts, brings this lawsuit against Defendants David Golden, Michael Bjorkman, eXp Realty, LLC. eXp World Holdings, Inc. and Glenn Sanford.  Ms. Roberts alleges that in early 2020,  Mr. Golden and Mr. Bjorkman allegedly drugged and sexually assaulted her. At the time of the alleged incidents, Ms. Roberts, Mr. Golden and Mr. Bjorkman were real estate agents affiliated with eXp Realty which is a real estate brokerage.  Ms. Roberts further alleges that eXp Realty and its parent company eXp World Holdings and founder Glenn Sanford knowingly benefited from the alleged conduct of Mr. Bjorkman and Mr. Golden.  Based on these allegations,  Ms. Roberts has sued defendants for violation of the federal Trafficking Victims Protection Reauthorization Act "TVPRA" under 18 U.S.C. § 1591 for  alleged liability against Mr. Bjorkman and Mr. Golden and under 18 U.S.C. §1595(a) for alleged liability  against eXp Realty,

**AMENDED JOINT STATEMENT OF THE CASE**

eXp World Holdings and Glenn Sanford*.

The Defendants deny the allegations made by Ms. Roberts in support of her TVPRA claims.

Ms. Roberts also has sued Mr. Bjorkman and Mr. Golden for state law claims for sexual battery, civil battery and intentional infliction of emotional distress.  Ms. Roberts also has a state law claim against eXp Realty, LLC for negligent hiring, supervision and retention of Mr. Bjorkman and Mr. Golden.

Defendants deny the allegations in support of Ms. Roberts' state law claims.

The allegations and defenses concerning each Defendant must be considered separately based on the evidence admitted as to that Defendant.

Ms. Roberts seeks compensatory damages in the form of emotional distress as well as punitive damages.  Defendants deny that she suffered damages.

**\*[and vicarious liability for the actions of Mr. Golden and Mr. Bjorkman under 18 U.S.C. §1591 for direct perpetrator liability against eXp Realty, eXp World Holdings and Glenn Sanford.]**

**RESERVATION:** The parties submit this joint statement of the case without waiver of any pending motion, objection, or defense. This statement is not evidence; no party, by joining in it, admits any allegation or contention of any other party. Each party reserves the right to seek revision of this statement in light

**AMENDED JOINT STATEMENT OF THE CASE**

of the Court's rulings on the pending motions for summary judgment, to sever, and in limine, and to be heard on the final wording before the statement is read to the venire.

## DEFENDANT GOLDEN'S VERSION:

This is a civil lawsuit brought by Anya Roberts against eXp Realty, LLC., eXp World Holdings, Inc., Michael Bjorkman, David Golden and Glenn Sanford.

Ms. Roberts alleges that in early 2020, Mr. Bjorkman and Mr. Golden subjected her to sexual misconduct at real estate events.  She further alleges that eXp Realty, eXp World Holdings, and Glenn Sanford are liable for these acts.

At the time of these alleged incidents, Mr. Bjorkman and Mr. Golden were independent contractor real estate agents affiliated with eXp Realty, which is a real estate brokerage.

The defendants deny all allegations of wrongdoing.

Mr. Golden specifically contends that his relationship with Ms. Roberts was a private, consensual romantic matter.

The defendants deny that any unlawful venture existed, deny that they are responsible for the alleged conduct of the individual agents, and deny that Ms. Roberts is entitled to any damages.

4

**AMENDED JOINT STATEMENT OF THE CASE**

DATED: August 11, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

By: /s/ Ivy Wang

Ivy Wang, Esq.
Daniel Wadley ,Esq.
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone (310)586-7740
Facsimile (310)586-7800
Ivy.wang@gtlaw.com
wadleyd@gtlaw.com

William Pallares, Esq.
**LEWIS BRISBOIS**
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone (213)580-6339
Facsimile (213)250-7900
William.pallares@lewisbrisbois.com

**Attorneys for Defendants eXp World Holdings,
Inc., eXp Realty, LLC and Glenn Sanford**

5

**AMENDED JOINT STATEMENT OF THE CASE**

By: /s/ _____ Peter Levine _____

Peter Levine, Esq.
**PETER K. LEVINE, APLC**
5455 Wilshire Blvd., Suite 1250
Los Angeles, California 90036
Telephone (323)934-1234
Facsimile (323)934-1230
peter@peterlawfirm.com

**Attorney for Defendant David Golden**

By: /s/ ____ Robert Demarco _____

Richard Schonfeld, Esq.
Robert Demarco, Esq.
**CHESNOFF & SCHONFELD**
520 South Fourth St.
Las Vegas, Nevada 89101
Telephone (702)384-5563
Facsimile (702)598-1425
rdemarco@cslawoffice.net
rschonfeld@cslawoffice.net

**Attorneys for Defendant Michael Bjorkman**

6

**AMENDED JOINT STATEMENT OF THE CASE**