Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN, GLENN SANFORD, and DOES 1-10,<br><br>Defendants. | **CASE NO. 2:23-cv-10492-AB-CTS**<br><br>**JOINT REPORT REGARDING SEALING PURSUANT TO DKT. 471**<br><br>**TRIAL DATE:** October 19, 2026<br>**PTC:** September 18, 2026<br>**Ctrm:** 7B<br>**Judge:** Honorable André Birotte, Jr. |

TO THE HONORABLE COURT, the Plaintiff, Defendants eXp Realty, LLC, eXp World Holdings, Inc., Glenn Sanford, David Golden and Michel Bjorkman jointly submit the following report regarding sealing pursuant to Dkt. 471 and plan to file Declarations in Support of the Documents Remaining Sealed as referenced below:

| Dkt. No. | Date Filed | Filing Party | Designating Party (whose confidentiality) | Underlying Motion / Filing | Public Redacted Versions on Docket | Party Filing Declaration in Support of Document Remaining Sealed |
|---|---|---|---|---|---|---|
| **368** | 07/24/2026 | The eXp Defendants | Plaintiff Anya Roberts | eXp Defs' Motion in Limine No. 7 — to preclude certain opinions/testimony of Plaintiff's retained expert Dr. Chitra Raghavan | Dkt. 368-2 (Ex. 1 — Raghavan Expert Decl., 87 pp.)<br>Dkt. 368-3 (Ex. 2 — Raghavan depo excerpts, 24 pp.)<br>Dkt. 368-4 (Ex. 3 — Raghavan testing report, 14 pp.)<br>Dkt. 368-5 (Ex. 4 — MIL No. 7, 13 pp.) | YES |
| **405** | 07/31/2026 | The eXp Defendants | Plaintiff Anya Roberts | eXp Defs' Opposition to Plaintiff's Motion in Limine No. 1 | Dkt. 405-1 (Ex. A — 4 pp.)<br>Dkt. 405-2 — COVER-STAMPED "EXHIBIT C" (12 pp.)<br>No redacted Ex. B located in the materials provided | YES-A<br>YES-B<br>YES-C |

| | | | | | | |
|---|---|---|---|---|---|---|
| **411** | 07/31/2026 | The eXp Defendants | Plaintiff Anya Roberts | eXp Defs' Opposition to Plaintiff's Motion in Limine No. 3 | Dkt. 411-1 (Ex. A — 27 pp.) Dkt. 411-2 (Ex. B — 5 pp.) Dkt. 411-3 ([Proposed] Order — 2 pp.) Complete set present | YES - A YES IN PART - B |
| **416** | 07/31/2026 | The eXp Defendants | Plaintiff Anya Roberts | eXp Defs' Opposition to Plaintiff's Motion in Limine No. 2 | Dkt. 416-1 (Ex. A — 4 pp.) Dkt. 416-2 (Ex. B — 27 pp.) Dkt. 416-3 (Ex. C — 9 pp.) Complete set present | YES-A YES-B YES-C |
| **437** | 07/31/2026 | The eXp Defendants | Plaintiff Anya Roberts | eXp Defs' Opposition to Plaintiff's Motion in Limine No. 4 | Dkt. 437-2 (Ex. A — 27 pp.) Dkt. 437-3 (Ex. B — 5 pp.) Complete set present | YES - A YES IN PART- B |
| **452** | 08/03/2026 | Plaintiff Anya Roberts | eXp Defendants | Exhibit L to the Declaration of Jennifer A. Lenze (Dkt. 230) ISO Plaintiff's Opposition to the eXp Defendants' Motion for Summary Judgment | NONE — application states the transcript was designated confidential in its entirety and cannot suitably be redacted by agreement, so no public redacted version was filed | YES |

DATED: August 21, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

By: /s/ Ivy Wang

Ivy Wang, Esq.
Daniel Wadley ,Esq.
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone (310)586-7740
Facsimile (310)586-7800
Ivy.wang@gtlaw.com
wadleyd@gtlaw.com

William Pallares, Esq.
**LEWIS BRISBOIS**
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone (213)580-6339
Facsimile (213)250-7900
William.pallares@lewisbrisbois.com

**Attorneys for Defendants eXp World Holdings, Inc., eXp Realty, LLC and Glenn Sanford**

By: /s/ ___Peter Levine________
Peter Levine, Esq.
**PETER K. LEVINE, APLC**
5455 Wilshire Blvd., Suite 1250
Los Angeles, California 90036
Telephone (323)934-1234
Facsimile (323)934-1230
peter@peterlawfirm.com

**Attorney for Defendant David Golden**

By: /s/____Richard Schonfeld_____

Richard Schonfeld, Esq.
Robert Demarco, Esq.
**CHESNOFF & SCHONFELD**
520 South Fourth St.
Las Vegas, Nevada 89101
Telephone (702)384-5563
Facsimile (702)598-1425
rdemarco@cslawoffice.net
rschonfeld@cslawoffice.net

**Attorneys for Defendant Michael Bjorkman**