Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
Wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**eXp DEFENDANTS' EX PARTE APPLICATION TO REPLACE DOCUMENT FILED AS DKT NOS. 368-2 AND 374-2**<br><br>Trial: October 19, 2026<br><br>Action Filed: December 14, 2023<br>FAC Filed: June 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants eXp Realty, LLC and Glenn Sanford (collectively "eXp Defendants")[1] hereby apply, ex parte, pursuant to Local Rule 7-19, for an order granting leave to remove Document Nos. 368-2 and 374-2, Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration, from eXp Defendants' Application to file eXp Defendants Motion in Limine No. 7 to Preclude Certain Opinions and Testimony of Plaintiff's Retained Expert, Dr. Chitra Raghavan, Ph.D and Supportive Documents Under Seal [Dkt. 368] and Notice of Motion and Motion in Limine No. 7 to Exclude/Preclude Certain Opinions and Testimony of Plaintiffs Retained Expert, Dr. Chitra Raghavan, Ph.D and Supportive Documents [Dkt. 374], and to replace them with the Redacted Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration.

This application is made on the grounds that on August 25, 2026, the Court granted, in part, eXp Defendants' Application for Leave to File Under Seal their Motion in Limine No. 7 & Accompanying Exhibits, and allowed certain portions of Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration to be sealed.

On July 14, 2026, counsel for the eXp Defendants filed Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration with fewer redactions than proposed by Plaintiff's Sealed Declaration in Support of Application to file eXp Defendants Motion in Limine No. 7 to Preclude Certain Opinions and Testimony of Plaintiffs Retained Expert, Dr. Chitra Raghavan, Ph.D and Supportive Documents Under Seal [Dkt. 476]. (Declaration of Ivy A. Wang ("Wang Decl.") ¶2). Plaintiff's counsel informed eXp Defendants' counsel of this difference, and eXp Defendants' Counsel immediately sought to advise the Deputy Clerk via email. (Wang Decl. at ¶3.) It is counsel's understanding that in order to substitute Document Nos. 368-2 and 374-2 with redacted versions consistent with those proposed by Plaintiff, counsel is required to make this application to the Court. (Wang Decl. at ¶4.) The eXp Defendants present the Redacted Dr. Chitra

[1] The Court granted AGNT, Inc., f/k/a eXp World Holdings, Inc.'s motion for summary judgment in its entirety and it is no longer a party to this Action.

Raghavan's January 9, 2026 Expert Report/Declaration that complies with the Court's August 25, 2026 Order [Dkt. 485] to be substituted for the report/declaration as Dkt. Nos. 368-2 and 374-2. (*See* Exhibit 1 attached to the Wang Decl. at ¶5.)

eXp Defendants seek ex parte relief pursuant to this Application. On September 3, 2026, counsel for the eXp Defendants advised Plaintiff's counsel of their intent to file this application. As of the filing of this application, counsel for the eXp Defendants has received no objection. (Wang Decl. at ¶6.)

Dated: September 4, 2026 GREENBERG TRAURIG, LLP

By */s/ Ivy A. Wang*
Ivy. A. Wang
Daniel J. Wadley

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford