Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
Wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**DECLARATION OF IVY A. WANG IN SUPPORT eXp DEFENDANTS' EX PARTE APPLICATION TO REPLACE DOCUMENT FILED AS DKT NOS. 368-2 AND 374-2**<br><br>Trial: October 19, 2026<br><br>Action Filed: December 14, 2023<br>FAC Filed: June 13, 2024 |

# DECLARATION OF IVY A. WANG

I, Ivy A. Wang, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before this Court. I am a shareholder at Greenberg Traurig, LLP, counsel for Defendants eXp Realty, LLC ("eXp Realty"), eXp World Holdings, Inc. ("World Holdings")[1], and Glenn Sanford (collectively, "eXp Defendants"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the eXp Defendants' Ex Parte Application.

2. On July 14, 2026, the eXp Defendants filed Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration with fewer redactions than proposed by Plaintiff's Sealed Declaration in Support of Application to file eXp Defendants Motion in Limine No. 7 to Preclude Certain Opinions and Testimony of Plaintiffs Retained Expert, Dr. Chitra Raghavan, Ph.D and Supportive Documents Under Seal [Dkt. 476].

3. Plaintiff's counsel informed me of this difference, and I immediately sought to advise the Deputy Clerk via email. (Wang Decl. at ¶3.)

4. It is my understanding that in order to substitute Document Nos. 368-2 and 374-2 with redacted versions consistent with those proposed by Plaintiff, the eXp Defendants are required to make this application to the Court.

5. Attached hereto as **Exhibit 1** is true and correct copy of the Redacted Dr. Chitra Raghavan's January 9, 2026 Expert Report/Declaration that complies with the Court's August 25, 2026 Order (Dkt. 485) to be substituted for the report/declaration as Dkt. Nos. 368-2 and 374-2.

6. On September 3, 2026, I emailed Plaintiff's counsel advising them of this ex parte application. As of the filing of this application, no party has responded that they object.

---

[1] Currently known as AGNT, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 4th day of September, 2026, at Orange County, California.

*/s/ Ivy A. Wang*

Ivy A. Wang