**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO WITHDRAW AND REPLACE DOC. NO. 368-2 AND 374-2**<br><br>Trial: October 19, 2026<br><br>Action Filed: December 14, 2023<br>FAC Filed: June 13, 2024 |

# [PROPOSED] ORDER

Having reviewed the eXp Defendants Ex Parte Application to for Leave to Withdraw and replace Document Nos. 368-2 and 374-2, the Court finds good cause to GRANT the modification request and hereby declares that Document Nos. 368-2 and 374-2 shall be removed from the record and replaced with the document attached to the Declaration of Ivy A. Wang as **Exhibit 1**.

IT IS SO ORDERED.

Dated:

_______________________________________
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE