Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
Wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>[Hon. André Birotte Jr., Ctrm 7B]<br><br>**eXp DEFENDANTS AND DEFENDANT BJORKMAN'S JOINT *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S STATEMENT REGARDING SEPTEMBER 23, 2026 STATUS CONFERENCE AND REQUEST FOR CLARIFICATION OF SEVERANCE ORDER**<br><br>Trial: October 19, 2026<br><br>Action Filed: December 14, 2023<br>FAC Filed: June 13, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rules 7-19 *et al.*, Defendants eXp Realty, LLC, Glenn Sanford[1] (the "eXp Defendants"), and Michael Bjorkman apply *ex parte* for an order to strike "Plaintiff's Statement Regarding September 23, 2026 Status Conference and Request for Clarification of Severance Order (Dkt. 472)" (Dkt. 498), or, in the alternative, for an order for a briefing schedule in accordance with Local Rule 6-1, 7-9, and 7-10 to allow Defendants full opportunity to respond to Plaintiff's arguments.

Pursuant to C.D. Cal. Local Rule 7-19, counsel for eXp Defendants gave notice of this application. On September 17, 2026, eXp Defendants gave notice to Plaintiff via email by and through her counsel of record Jennifer A. Lenze at 999 Corporate Drive, Suite 100, Ladera Ranch, CA 92694, (310) 322-8800, jlenze@lenzelawyers.com; and Brooke F. Cohen and Andrea S. Hirsch at 5256 Peachtree Road, Suite 195-E, Atlanta, GA 30341, (678) 268-4683, brooke@cohenhirsch.com, andrea@cohenhirsch.com.

As of the time of the filing, Plaintiff's counsel had not responded to eXp Defendants' counsel as to whether they opposed this application. Declaration of Ivy A. Wang ("Wang Decl.) ¶ 2.

Dated: September 17, 2026 GREENBERG TRAURIG, LLP

By: */s/ Ivy A. Wang*
Ivy. A. Wang
Daniel J. Wadley

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

[1] The Court granted AGNT, Inc., f/k/a eXp World Holdings, Inc.'s motion for summary judgment in its entirety and it is no longer a party to this Action.

Dated: September 17, 2026

CHESNOFF & SCHONFELD

By */s/ Richard A. Schonfeld*
Richard A. Schonfeld
(CA Bar No. 202182)

Attorney for Defendant Michael Bjorkman

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants eXp Realty, LLC, Glenn Sanford, and Michael Bjorkman ("eXp and Bjorkman Defendants") bring this joint *ex parte* application for an order to strike "Plaintiff's Statement Regarding September 23, 2026 Status Conference and Request for Clarification of Severance Order (Dkt. 472)" filed on September 16, 2026 ("Plaintiff's Request") (Dkt. 498), or, in the alternative, for an order for a briefing schedule in accordance with Local Rule 6-1 to allow all defendants full opportunity to respond to Plaintiff's arguments. The eXp and Bjorkman Defendants make this application on the grounds that Plaintiff has brought a thinly disguised, untimely motion for reconsideration; Plaintiff did not comply with Local Rule 6-1 for bringing a noticed motion for reconsideration; and that a motion for reconsideration of the Order, issued on August 20, 2026, is in any event untimely under Local Rule 7-18. Local Rule 7-18 ("any motion for reconsideration must be filed no later than 14 days after entry of the Order that is the subject of the motion or application").

Despite protests to the contrary that she is not moving for reconsideration, Plaintiff spends almost four out of six substantive pages advocating for an unworkable, bifurcated trial that would contravene this Court's order severing eXp Realty and Mr. Sanford's trial from the trial of Messrs. Bjorkman and Golden, and would undercut this Court's effort to avoid reversible, evidentiary prejudice that would invariably result by forcing all the defendants to participate in one trial, no matter how it was structured. *See* Plaintiff's Request at 3-6.

This Court's order on severance was unambiguous. It very clearly ruled that "[Defendant Golden and] Defendant Bjorkman's trial should be severed from the eXp Corporate Defendants," (Dkt. 472 at 38), in response to Mr. Bjorkman's motion to *sever*—not *bifurcate*—his trial from eXp Realty LLC, World Holdings Inc., and Mr. Sanford. (Dkt. 472.) As such, no further clarification is necessary from this Court as to whether the trials are severed or bifurcated. To the extent that Plaintiff wished to have this Court revisit its severance order in favor of bifurcation, Plaintiff had 14 days under Local Rule 7-18 to file a motion to reconsider the Order issued on August 20, 2026. Plaintiff failed to do so.

If this Court is inclined to reconsider its Order in favor of bifurcation as advocated for in Plaintiff's Request, despite her unjustified delay, then the eXp and Bjorkman Defendants apply in the alternative for an order setting a briefing schedule in accordance with Local Rule 6-1, 7-9, and 7-10 to allow the eXp and Bjorkman Defendants sufficient opportunity to oppose Plaintiff's Request, including her request for a bifurcated trial that would completely undercut this Court's effort to avoid reversible evidentiary prejudice to the severed defendants.

Dated: September 17, 2026 GREENBERG TRAURIG, LLP

By: */s/ Ivy A. Wang*
Ivy. A. Wang
Daniel J. Wadley

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

Dated: September 17, 2026 CHESNOFF & SCHONFELD

By: */s/ Richard A. Schonfeld*
Richard A. Schonfeld, Esq. (CA Bar No. 202182)

Attorney for Defendant Michael Bjorkman

# PROOF OF SERVICE

*Anya Roberts v. Exp Realty, LLC et. al.*
USDC CENTRAL CASE NO.: 2:23-CV-10492-AB-CTS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, 19th Floor, Los Angeles, CA 90067, suzanne.jimenez@gtlaw.com.

On September 17, 2026, I served the following documents:

**eXp DEFENDANTS AND DEFENDANT BJORKMAN'S JOINT *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S STATEMENT REGARDING SEPTEMBER 23, 2026 STATUS CONFERENCE AND REQUEST FOR CLARIFICATION OF SEVERANCE ORDER**

On the interested parties, addressed on the following service list.

☒ **[BY E-MAIL]** By transmitting via e-mail the document(s) listed above to the addresses set forth below on this date. This method of service was made pursuant to the agreement of counsel.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2026 at Los Angeles, California.

*/s/ Suzanne I. Jimenez*
Suzanne I. Jimenez

**SERVICE LIST**
*Anya Roberts v. Exp Realty, LLC et. al.*
USDC CENTRAL CASE NO.: 2:23-CV-10492- AB-CTS

| | |
|---|---|
| Andrea S. Hirsch<br>Brooke F. Cohen<br>COHEN HIRSCH, LP<br>5256 Peachtree Road, Suite 195-E<br>Atlanta, Georgia 30341<br>Email:andrea@cohenhirsch.com<br>brooke@cohenhirsch.com<br><br>Jennifer A. Lenze<br>LENZE LAWYERS, PLC<br>999 Corporate Drive, Suite 100<br>Ladera Ranch, California 92694<br>Email: jlenze@lenzelawyers.com | Attorneys for Plaintiff<br>Anya Roberts |
| Richard A. Schonfeld<br>Robert Z. DeMarco<br>CHESNOFF AND SCHONFELD<br>520 South 4th Street<br>Las Vegas, Nevada 89101-6593<br>Email: rschonfeld@cslawoffice.net | Attorneys for Defendant<br>Michael L. Bjorkman |
| Peter K. Levine<br>PETER K. LEVINE LAW OFFICES<br>5455 Wilshire Boulevard Suite 1250<br>Los Angeles, California 90036<br>Email: peter@peterlawfirm.com | Attorneys for Defendant<br>David S. Golden |