UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-10492-AB-CTS | Date: | September 23, 2026 |

| | |
|---|---|
| Title: | *Anya Roberts v. eXp Realty, LLC, et al.* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| | |
|---|---|
| Evelyn Chun | Valerie Salva |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrea S. Hirsch | Daniel J. Wadley (pro hac) |
| Brooke F. Cohen (pro hac) | Ivy A. Wang |
| Jennifer A. Lenze | William Edward Pallares |
| | Richard A. Schonfeld |
| | Peter K. Levine |

**Proceedings:** **STATUS CONFERENCE RE: TRIAL**

The matter is called and counsel state their appearances.

Defendants Golden and Bjorkman were severed and will have separate trials. The trial for Defendants Golden and Bjorkman is set for October 19, 2026 at 8:30 a.m. and trial for eXp Realty Defendants is set for November 16, 2026 at 8:30 a.m.

For Defendant Golden and Bjorkman's trial, the Court, having conferred with counsel, allots 10 hours of trial time to each side, each trial, excluding openings and closings. For eXp Realty Defendants' trial, the Court allots 15 hours of trial time to each side. Opening statements must not exceed 15 minutes per side and party, and closing

_____ : 48

arguments must not exceed 20 minutes per side. Plaintiff will have 10 minutes for closing rebuttal.

Plaintiff will be allowed 3 peremptory challenges and Defendants will be allowed 4 peremptory challenges, for each trial.

The Court requests the parties to submit pretrial documents on or before October 12, 2026.

Defendants' application (Dkt. 499) to strike Plaintiff's statement regarding this hearing (Dkt. 498) is DENIED.