NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANYA ROBERTS,

Plaintiff,

v.

eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,

Defendants.

CASE NO. 2:23-cv-10492-AB-CTS

[Hon. André Birotte Jr., Ctrm 7B]

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STRIKE DOCS NO. 368-2 AND 374-2**

Trial: October 19, 2026

Action Filed: December 14, 2023
FAC Filed: June 13, 2024

**[PROPOSED] ORDER**

Having reviewed the eXp Defendants Ex Parte Application for Leave to Withdraw and replace Document Nos. 368-2 and 374-2, the Court finds good cause to GRANT the modification request and hereby declares that Document Nos. 368-2 and 374-2 shall be STRICKEN from the record and replaced with the document attached to the Declaration of Ivy A. Wang as **Exhibit 1**.

IT IS SO ORDERED.

Dated: September 30, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE