UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANYA ROBERTS,

Plaintiffs,

v.

eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; EMILY KEENAN; GLENN SANFORD; MICHAEL SHERRARD; and DOES 1–10,

Defendants.

Case No. 2:23-cv-10492-AB-CTS

**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO WITHDRAW SPECIFIED CLAIMS**

Having reviewed Plaintiff's Ex Parte Application, the accompanying memorandum, the declaration and exhibits, the opposition papers from the Defendants, and the record, the Court finds good cause for expedited consideration. The Court grants the limited amendment described below.

The Court GRANTS Plaintiff's request to withdraw the following claims **with prejudice**:

- Counts I and II, pleaded as violations of 18 U.S.C. § 1591 against Defendant Golden and Defendant Bjorkman, respectively, and pursued as civil claims

through § 1595(a). No claim or theory under 18 U.S.C. §§ 1591, 1594, or 1595 remains pending against either defendant personally, whether denominated perpetrator, participation, beneficiary, attempt, or conspiracy. These are the trafficking claims identified as Claims 1 and 2 in Dkt. No. 463.

- Count IV for sexual battery, to the extent this count seeks recovery from Defendant Golden or Defendant Bjorkman for conduct in Puerto Vallarta, Mexico, or Las Vegas, Nevada.
- Count V for civil battery, to the extent this count seeks recovery from Defendant Golden or Defendant Bjorkman for conduct in Puerto Vallarta, Mexico, or Las Vegas, Nevada.
- Count VI for intentional infliction of emotional distress, to the extent this count seeks recovery from Defendant Golden or Defendant Bjorkman for conduct in Puerto Vallarta, Mexico, or Las Vegas, Nevada.

The specified claims are hereby DISMISSED **with prejudice**. The Court makes no findings or determinations concerning the merits of said claims.

The Court will address the admissibility of evidence concerning events in Puerto Vallarta, Mexico and Las Vegas, Nevada, at trial. The October 12, 2026 pretrial submission deadline, October 19, 2026, Trial 1 date, and November 16, 2026, Trial 2 date remain in effect.

**IT IS SO ORDERED.**

Dated: October 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE