Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS, | CASE NO. 2:23-cv-10492-AB-CTS |
| Plaintiff, | **PLAINTIFF'S AMENDED WITNESS LIST — TRIAL 1 (DEFENDANTS DAVID S. GOLDEN AND MICHAEL L. BJORKMAN)** |
| v. | |
| EXP REALTY, LLC; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; and DOES 1–10, | TRIAL DATE: October 19, 2026<br>Ctrm: 7B<br>Judge: Honorable André Birotte, Jr. |
| Defendants. | |

Witness designation: * = may call if the need arises; unstarred witnesses are expected to testify. Dates of testimony remain to be determined.

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Anya Roberts; c/o Counsel for Plaintiff | Plaintiff. Will testify regarding the events in Daytona Beach/Flagler Beach in March 2020 underlying the battery, sexual battery, and intentional-infliction-of-emotional-distress claims, together with the preceding Puerto Vallarta and Las Vegas trips for the purposes identified in Plaintiff's October 2, 2026 notice, to the extent permitted by the Court, including the representations made to her about GHB, the GHB she was given, the relationship, sexual contact, her condition and memory loss, and her communications with Defendants; and regarding her emotional-distress damages. | 1.25 | 1.5 | |
| Dr. Chitra Raghavan; c/o Counsel for Plaintiff | Plaintiff's forensic psychologist expert regarding her case-specific clinical evaluation and diagnosis of Plaintiff and Plaintiff's emotional-distress damages; within the scope of the Court's August 14, 2026 ruling, general principles regarding drug-facilitated sexual assault and victim response; and in rebuttal of the opinions of Defendants' expert witnesses. | 1.25 | 1.0 | |
| Christiana (Christy) Lundy; c/o Counsel for Plaintiff | Other Acts (Rule 404(b)) against Bjorkman and Golden, within the limited scope of the Court's August 14, 2026 ruling; see MIL Nos. 3 and 4. | .25 | .5 | |

| **Witness's Name, Phone Number, Address** | **Summary of Testimony/Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| David Golden; c/o Counsel for David Golden | Defendant; called adversely. Will testify regarding the events in Daytona Beach/Flagler Beach in March 2020 underlying the battery, sexual battery, and intentional-infliction-of-emotional-distress claims, together with the preceding Puerto Vallarta and Las Vegas trips for the purposes identified in Plaintiff's October 2, 2026 notice, to the extent permitted by the Court, including his acquisition and administration of GHB, the sexual contact, and his statements and text messages; and regarding his misrepresentations concerning GHB, his promises of career advancement, and the other fraudulent, coercive, and manipulative conduct bearing on punitive damages (malice, oppression, or fraud). | 1.0 | 1.5 | |
| Emily Keenan*; c/o Sandy Passman | Former Defendant and percipient witness; Defendant Golden's girlfriend during the relevant period; present in Puerto Vallarta in February 2020; her text communications with Defendant Golden concerning Plaintiff, and her subsequent communications with Defendant Bjorkman concerning Defendant Golden's phone data. | .5 | .5 | |
| Holly Madden; c/o Counsel for Plaintiff | Percipient witness and Plaintiff's business partner; present during the March 2020 Daytona Beach/Flagler Beach trip, the Las Vegas trips, and the Puerto Vallarta trip; testimony regarding those trips as they relate to Plaintiff; Plaintiff's condition during the trip to Daytona and the following morning and Plaintiff's contemporaneous statements to her; her communications with Defendant Golden on March 13, 2020; witness to Plaintiff's change in behavior after the trip; Plaintiff's condition prior to meeting Defendants Golden and Bjorkman. | 1.25 | 1.0 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Det. Jason LaFreniere*; c/o Las Vegas Metropolitan Police Department | LVMPD detective; authentication of LVMPD records, including the investigative file and digital-forensic records, only if live testimony becomes necessary for authentication. | .1 | .1 | |
| Dr. Marc LeBeau; c/o Counsel for Plaintiff | Plaintiff's expert witness regarding toxicology (GHB, alcohol, Adderall pharmacology and its effects on a person, including behavior, consciousness and memory), within the scope of the Court's August 14, 2026 ruling, regarding the March 2020 Daytona Beach/Flagler Beach events, together with the preceding Puerto Vallarta and Las Vegas trips for the purposes identified in Plaintiff's October 2, 2026 notice, to the extent permitted by the Court; and in rebuttal of the opinions of Defendants' expert witnesses, including Defendants' toxicology expert (Buffington). | 1.25 | .75 | |
| Megan Farrell-Nelson; c/o Counsel for Plaintiff | Percipient fact witness to the March 2020 Daytona Beach/Flagler Beach trip and Puerto Vallarta event: hosted the event Defendants attended; present in the hotel room; Plaintiff's condition during the trip and at her home on the last day, when Defendants left Plaintiff there. | .5 | .5 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Bjorkman; c/o Counsel for Defendant Bjorkman | Defendant; called adversely. Will testify regarding the events in Daytona Beach/Flagler Beach in March 2020, together with the preceding Puerto Vallarta trip for the purposes identified in Plaintiff's October 2, 2026 notice, to the extent permitted by the Court, including his knowledge of the GHB delivered for the trip and his role in its administration, his statements concerning Plaintiff's condition and conduct during the period she cannot remember, his conduct the following morning, and his communications with Golden; and regarding the fraudulent, coercive, and manipulative conduct bearing on punitive damages (malice, oppression, or fraud). | .5 | 1.0 | |
| Samantha Hudson* (KLDiscovery); c/o Counsel for Plaintiff | Forensic examiner; authentication of the limited forensic subject permitted by the Court's applicable evidentiary rulings, only if live testimony becomes necessary. | .1 | .1 | |
| Sean Dunn*; c/o Counsel for Plaintiff | Certifying declarant and Plaintiff's ESI custodian; authentication of records, only if live testimony becomes necessary. | .1 | .1 | |
| Tamar House; c/o Counsel for Plaintiff | Propensity (Rule 415) and Other Acts (Rule 404(b)) against Bjorkman; see MIL Nos. 1 and 3 and the Court's August 14, 2026 rulings. | .5 | .5 | |

Submitted this 12th day of October, 2026.

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court's CM/ECF system. I further certify that all counsel of record are registered CM/ECF users and will be served through the Court's CM/ECF system.

Dated: October 12, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze