Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**PLAINTIFF'S AMENDED WITNESS LIST — TRIAL 2 (DEFENDANTS EXP REALTY, LLC AND GLENN SANFORD)**<br><br>TRIAL DATE: November 16, 2026<br>Ctrm: 7B<br>Judge: Honorable André Birotte, Jr. |

Witness designation: * = may call if the need arises; unstarred witnesses are expected to testify. Dates of testimony remain to be determined.

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Anya Roberts; c/o Counsel for Plaintiff | Plaintiff. Will testify regarding the events in Puerto Vallarta, Las Vegas, and Daytona Beach/Flagler Beach in February and March 2020, including recruiting inducements and promises of career advancement, recruiting assistance, and revenue-share opportunities made to her as an existing eXp agent, the representations made to her about GHB, the GHB she was given, the sexual contact, her condition and memory loss, and her communications with Golden and Bjorkman; and regarding her emotional-distress damages. | 1.5 | 1.5 | |
| Ashley Golladay; c/o Counsel for Plaintiff | Fact testimony concerning revenue-share earnings and downline information, including Plaintiff's downline, within her personal knowledge and supported by identified records; distinguished from corporate testimony concerning program rules and administration. | .25 | .25 | |
| Brandon Williams, previously designated Rule 30(b)(6) witness for eXp Realty, LLC on Revenue Share; c/o Counsel for eXp | Previously designated corporate deposition testimony concerning the mechanics, qualification requirements, and operation of eXp Realty's revenue-share program, within his designated topics; distinguished from Bramble's testimony concerning corporate administration and decisions. | .25 | .25 | |
| Brent Gove*; c/o Counsel for Brent Gove | Former Defendant; percipient fact witness who was present during Plaintiff's second trip to Las Vegas; Alpha Agent influence over the investigation and termination of Bjorkman and Golden; Alpha Agent in Golden's and Bjorkman's upline. | .25 | .25 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Chitra Raghavan; c/o Counsel for Plaintiff | Plaintiff's forensic psychologist expert regarding her case-specific clinical evaluation and diagnosis of Plaintiff and Plaintiff's emotional-distress damages; within the scope of the Court's August 14, 2026 ruling, general principles regarding drug-facilitated sexual assault and victim response; and in rebuttal of the opinions of Defendants' expert witnesses. | 1.0 | .75 | |
| Christiana (Christy) Lundy; c/o Counsel for Plaintiff | Other-act (non-propensity) testimony within the limited scope of the Court's August 14, 2026 ruling, as applied to Trial 2; subject to the Court's determination of admissibility in Trial 2. | .25 | .25 | |
| Cory Haggard, individually and previously designated under Rule 30(b)(6); c/o Counsel for eXp | VP of Agent Compliance. Personal involvement in investigations, complaint handling, and Compliance Committee oversight concerning Bjorkman and Golden. Previously designated corporate deposition testimony for eXp Realty, LLC and eXp World Holdings, Inc. concerning policies, procedures, and complaint handling, within the respective designated topics. Personal knowledge and corporate deposition testimony will be separately identified. | .75 | .5 | |
| Courtney Keating; c/o Counsel for eXp | Former Chief Marketing Officer of eXp World Holdings, Inc. and member of eXp Realty, LLC's Agent Compliance Committee. Testimony concerning eXp Realty's complaint-handling decisions and Sanford's authority, communications, and influence over the Committee's response to complaints concerning Bjorkman; corporate roles and reporting relationships insofar as they explain that involvement. | .5 | .25 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| David Conord*; c/o Counsel for eXp | Former President of Growth at eXp Realty, LLC. Testimony related to recruiting; revenue share as financial incentive; corporate discretion over benefits and exceptions; compliance committee authority; exceptions to eXp's policies and procedures. | .25 | .25 | |
| David Golden; c/o Counsel for David Golden | Percipient witness. Will testify regarding the events in Puerto Vallarta, Las Vegas, and Daytona Beach/Flagler Beach in February and March 2020, including his recruiting inducements and promises of career advancement, recruiting assistance, and revenue-share opportunities to Plaintiff as an existing eXp agent, his acquisition and administration of GHB, the sexual contact, and his statements and text messages; his misrepresentations concerning GHB and the other fraudulent, coercive, and manipulative conduct bearing on the § 1591 predicate and on punitive damages; and eXp Realty, LLC's investigation and handling of the complaints against him. | .75 | .5 | |
| Debbie Penny; c/o Counsel for eXp | California state broker for eXp Realty, LLC, whose testimony will relate to knowledge of prior rape allegations against Bjorkman prior to his hire at eXp Realty, LLC. | .25 | .25 | |
| Emily Keenan*; c/o Sandy Passman | Former Defendant and percipient witness; Golden's girlfriend during the relevant period; present in Puerto Vallarta in February 2020; her text communications with Golden concerning Plaintiff, and her subsequent communications with Bjorkman concerning Golden's phone data. | .5 | .25 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Felicia Gentry; c/o Counsel for Felicia Gentry Clark Hill, PLC | Former eXp World Holdings, Inc. Board Member whose testimony relates to the knowledge of sexual misconduct complaints and handling of sexual misconduct matters by Defendant Sanford and his response to the complaints; independent investigation. | .25 | .25 | |
| Glenn Sanford; c/o Counsel for eXp | Defendant; called adversely. Will testify regarding his authority over the revenue-share and recruiting program; the reports and communications concerning Golden and Bjorkman that reached him; his revenue-share and vesting interventions and protection of qualifying agents; his role in the response to the reports and in the independent investigation; and the conduct bearing on punitive damages. | 1.0 | .75 | |
| Holly Madden; c/o Counsel for Plaintiff | Percipient witness and Plaintiff's business partner; present during the March 2020 Daytona Beach/Flagler Beach trip, the Las Vegas trips, and the Puerto Vallarta trip; testimony regarding those trips as they relate to Plaintiff; Plaintiff's condition during the trip to Daytona and the following morning and Plaintiff's contemporaneous statements to her; her communications with Golden on March 13, 2020; witness to Plaintiff's change in behavior after the trip; Plaintiff's condition prior to meeting Golden and Bjorkman; and her complaints to eXp leadership and their upline sponsor. | .5 | .5 | |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| James Bramble, individually and previously designated under Rule 30(b)(6) on Revenue Share; c/o Counsel for eXp | General Counsel and head of the agent compliance department; percipient fact witness to communications and the handling of sexual-misconduct allegations concerning Bjorkman and Golden, including matters bearing on eXp Realty's and Sanford's knowledge and response. Previously designated corporate deposition testimony concerning revenue-share policies, administration, and corporate decisions, within his designated topics. Corporate roles at World Holdings are relevant insofar as they explain eXp Realty's or Sanford's involvement. Personal knowledge and corporate deposition testimony will be separately identified. | .5 | .25 | |
| Jason Gesing; c/o Counsel for eXp | Former member of eXp World Holdings, Inc.'s Board of Directors, CEO of eXp Realty, LLC, and member of the Agent Compliance Committee who directly received the identity of Bjorkman and Golden in September 2020 related to the Las Vegas incident; eXp Realty, LLC's knowledge and handling of drugging and assault allegations against Bjorkman and Golden. | .25 | .25 | |
| Det. Jason LaFreniere; c/o Las Vegas Metropolitan Police Department | LVMPD detective; authentication of LVMPD records, including the investigative file and digital-forensic records, only if live testimony becomes necessary for authentication. | .1 | .1 | |
| Julie O'Dell*; c/o Attorney Ken Elliott | Actions of Defendants following the September 2020 reporting of sexual misconduct. Any post-March 2020 reporting and response will be identified by date and distinguished from evidence of pre-incident knowledge. | .25 | .25 | |

| **Witness's Name, Phone Number, Address** | **Summary of Testimony/Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| Dr. Marc LeBeau; c/o Counsel for Plaintiff | Plaintiff's toxicology expert regarding GHB pharmacology and its effects on consciousness and memory, within his disclosed opinions and the scope permitted by the Court's August 14, 2026 ruling. Scientific testimony relevant to Plaintiff's condition and the alleged administration of GHB; no legal opinion whether a statutory violation occurred; and in rebuttal of the opinions of Defendants' expert witnesses. | .75 | .5 | |
| Megan Farrell-Nelson; c/o Counsel for Plaintiff | Percipient fact witness to the March 2020 Daytona Beach/Flagler Beach trip (the underlying § 1591 violation), and notice witness: her November 2020 written complaint to eXp Realty, LLC identifying Plaintiff as a potential victim, and eXp Realty, LLC's response. Any post-March 2020 reporting and response will be identified by date and distinguished from evidence of pre-incident knowledge. | .5 | .5 | |
| Michael Bjorkman; c/o Counsel for Bjorkman | Percipient witness. Will testify regarding the events in Daytona Beach/Flagler Beach in March 2020 and the preceding Puerto Vallarta and Las Vegas trips, including his knowledge of the GHB delivered for the trip and his role in its administration, his statements concerning Plaintiff's condition and conduct during the period she cannot remember, his conduct the following morning, and his communications with Golden; the fraudulent, coercive, and manipulative conduct bearing on the § 1591 predicate and on punitive damages; and eXp Realty, LLC's investigation and handling of the complaints against him. | .5 | .5 | |

| **Witness's Name, Phone Number, Address** | **Summary of Testimony/Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| Noelle Nielsen c/o Counsel for Plaintiff | Notice witness: her October 2020 report to eXp Realty, LLC and her statements to eXp personnel concerning Bjorkman and Golden; eXp Realty, LLC's response. Any post-March 2020 reporting and response will be identified by date and distinguished from evidence of pre-incident knowledge. | .25 | .25 | |
| Samantha Hudson* (KLDiscovery); c/o Counsel for Plaintiff | Forensic examiner; authentication of the limited forensic subject permitted by the Court's applicable evidentiary rulings, only if live testimony becomes necessary. | .1 | .1 | |
| Sean Dunn*; c/o Counsel for Plaintiff | Certifying declarant and Plaintiff's ESI custodian; authentication of records, only if live testimony becomes necessary. | .1 | .1 | |
| Stacey Onnen; c/o Counsel for eXp | Former President of Brokerage Operations at eXp Realty, LLC, who was personally involved with the handling of sexual misconduct allegations at eXp Realty, LLC. | .25 | .25 | |
| Tamar House; c/o Counsel for Plaintiff | Rule 415 and other-act testimony within the scope of the Court's August 14, 2026 rulings, as applied to Trial 2; subject to the Court's determination of admissibility in Trial 2. | .5 | .5 | |
| Tami Sims c/o Counsel for Plaintiff | Notice witness: her October 6, 2020 report to eXp Realty, LLC concerning Bjorkman, and eXp Realty, LLC's response. Any post-March 2020 reporting and response will be identified by date and distinguished from evidence of pre-incident knowledge. | .25 | .25 | |
| Dr. William Keep; c/o Counsel for Plaintiff | Plaintiff's expert concerning multi-level marketing, including eXp's revenue-share structure, recruitment incentives, and financial relationships, limited to his disclosed opinions and the scope permitted by the Court. | .75 | .5 | |

Submitted this 12th day of October, 2026.

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court's CM/ECF system. I further certify that all counsel of record are registered CM/ECF users and will be served through the Court's CM/ECF system.

Dated: October 12, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze