Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN, GLENN SANFORD, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**PROPOSED JOINT STATEMENT OF THE CASE — TRIAL 1 (DEFENDANTS DAVID S. GOLDEN AND MICHAEL L. BJORKMAN)**<br><br>TRIAL DATE: October 19, 2026<br>Ctrm: 7B<br>Judge: Honorable André Birotte, Jr. |

TO THE HONORABLE COURT, the parties respectfully submit competing versions of the Proposed Joint Statement of the Case to be read to the jury, together with Plaintiff's objections to Defendant Golden's version, as follows:

**PLAINTIFF AND DEFENDANT BJORKMAN'S VERSION:**

Plaintiff, Anya Roberts, brings this lawsuit against Defendants David Golden and Michael Bjorkman. Ms. Roberts alleges that in March of 2020, in Daytona Beach, Florida, Mr. Golden and Mr. Bjorkman drugged and sexually assaulted her. At the time of the alleged incidents, Ms. Roberts, Mr. Golden

and Mr. Bjorkman were real estate agents affiliated with eXp Realty which is a real estate brokerage. Based on these allegations, Ms. Roberts has sued Mr. Bjorkman and Mr. Golden for sexual battery, civil battery and intentional infliction of emotional distress. Defendants deny these allegations.

You should decide the case as to each Defendant separately.

Ms. Roberts seeks compensatory damages in the form of emotional distress as well as punitive damages. Defendants deny that she is entitled to damages.

**DEFENDANT GOLDEN'S VERSION**

This is a civil lawsuit brought by Anya Roberts against David Golden and Michael Bjorkman seeking money damages.

Ms. Roberts alleges that in March 2020, in Daytona Beach, Florida, Mr. Golden and Mr. Bjorkman sexually assaulted her. She sues for sexual battery, civil battery, and intentional infliction of emotional distress.

Mr. Golden and Ms. Roberts were in a private, consensual adult relationship. As part of their relationship Mr. Golden and Ms. Roberts voluntarily took recreational drugs and alcohol together.

Mr. Golden denies all allegations of wrongdoing and denies that Ms. Roberts is entitled to any damages. Mr. Bjorkman also denies the allegations.

The allegations and defenses concerning both Mr. Golden and Mr. Bjorkman must be considered separately based on the evidence admitted against them.

**PLAINTIFF'S OBJECTIONS TO DEFENDANT GOLDEN'S VERSION:**

Plaintiff objects to Defendant Golden's version and requests that the Court read the version submitted by Plaintiff and Defendant Bjorkman. First,

Mr. Golden's version states his contentions as established fact in the Court's voice ("were in a private, consensual adult relationship"; "voluntarily took recreational drugs and alcohol together") rather than as his contentions; a statement of the case read to the jury by the Court must be neutral. Second, the "recreational drugs" sentence places Plaintiff's alleged prior alcohol and drug use—the subject of Plaintiff's Motion in Limine No. 5 and the Court's August 14, 2026 ruling on it—before the jury in the Court's own voice, before any evidence on the subject has been offered or admitted at trial. Third, it misstates Plaintiff's allegations by omitting that she alleges she was drugged; any statement read to the jury should state that Ms. Roberts alleges that Mr. Golden and Mr. Bjorkman drugged and sexually assaulted her. Fourth, the direction that the allegations and defenses be "considered separately based on the evidence admitted against them" is a limiting instruction rather than a description of the case, and it departs from Ninth Circuit Model Civil Jury Instruction 1.8 ("You should decide the case as to each defendant separately."), which Plaintiff proposes in its place in both versions.

DATED: October 12, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff

By: /s/ _Peter Levine__________

Peter Levine, Esq.
PETER K. LEVINE, APLC
5455 Wilshire Blvd., Suite 1250
Los Angeles, California 90036
Telephone (323) 934-1234
Facsimile (323) 934-1230
peter@peterlawfirm.com
Attorney for Defendant David Golden

By: /s/ Robert Demarco

Richard Schonfeld, Esq.
CHESNOFF & SCHONFELD
520 South Fourth St.
Las Vegas, Nevada 89101
Telephone (702) 384-5563
Facsimile (702) 598-1425
rschonfeld@cslawoffice.net
Attorney for Defendant Michael Bjorkman