PETER K. LEVINE, ESQ. SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant David S. Golden

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANYA ROBERTS,

Plaintiffs,

vs.

EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; et. al., GLENN SANFORD; BRENT GOVE; And DOES 10,

Defendants.

**CASE NO. 2:23-CV-10492-AB-CTS**

**DEFENDANT GOLDEN'S FIRST AMENDED WITNESS LIST AS TO SEVERED TRIAL. (TRIAL 1)**

**TRIAL DATE:** **October 19, 2026**
**Ctrm.:** **7B**
**JUDGE:** **Honorable André Birotte Jr.**

Defendant David S. Golden hereby submits the following amended list of witnesses he may call at the severed trial of this action:

| Witness's Name | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimon y |
|---|---|---|---|---|
| **Bjorkman, Michael L.*** | Co-defendant; percipient witness to the March 2020 Florida events. Will deny touching Plaintiff and testify to the circumstances of the alleged bathroom incident. | 1 | 1 | |

| Witness's Name | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Buffington, Daniel E., Pharm.D. (Expert witness)** | Defense pharmacology/toxicology expert. Will testify to the effects of the substances at issue (alcohol, stimulants, GHB), the absence of toxicology evidence, and in rebuttal of Dr. LeBeau's drug-facilitated-assault opinions. | 1.5 | 1 | |
| **Cohen, Marc A., M.D.* (Rule 35 examiner)** | Defense Rule 35 psychiatric examiner; the only examiner to have personally evaluated Plaintiff for the defense. Will testify to his examination and opinions on Plaintiff's claimed emotional-distress injuries. | 1 | 0.75 | |
| **Custodian of Records, Joya Communications, Inc.*** | Records custodian. Will testify to the authenticity, creation, storage, and retrieval of messages sent and received through the Marco Polo application and the records produced in response to subpoena. Will be called only if authenticity and foundation are not stipulated. | 0.5 | 0.25 | |
| **Farrell-Nelson, Megan*** | Host of the March 2020 Daytona/Flagler Beach recruiting event. Will testify to her observations of Plaintiff at that event. | 0.75 | 0.5 | |
| **Golden, David S. (Defendant)** | Defendant; percipient witness to the entire course of the parties' relationship. Will testify to his communications with Plaintiff; the February–March 2020 Puerto Vallarta, Las Vegas, and Daytona/Flagler Beach events; the consensual nature of the relationship; the parties' text messages; and the sponsor-change discussions. | 4 | 3 | |
| **Golden, Leon*** | Father of Defendant Golden. | 0.2 | 0.2 | |
| **Golden, Raquel (aka Raquel Horwitz)*** | Mother of Defendant Golden; eXp agent under her own Independent Contractor Agreement. | 0.2 | 0.2 | |
| **Gove, Brent (Former Defendant)** | Former Defendant. Percipient witness with personal knowledge of his own conduct and of the events and communications in which he participated. | 0.5 | 0.5 | |
| **Green, Christina (aka Christina Gray) *** | Percipient witness. Will testify regarding her observations of Tami Sims on or about April 11, 2019 through April 13, 2019, as related to the allegations in the First Amended Complaint.<br>Unique in that she personally observed Tami Sims' appearance, demeanor, and conduct during the relevant period. | 0.5 | 0.5 | |

| Witness's Name | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Green, Mark*** | Percipient witness. Will testify regarding his observations of Tami Sims on or about April 11, 2019 through April 13, 2019, as related to the allegations in the First Amended Complaint.<br>Unique in that he personally observed Tami Sims' appearance, demeanor, and conduct during the relevant period. | 0.5 | 0.5 | |
| **Heisz, Deborah* (eXp corporate representative)** | Will testify to eXp's policies and procedures. | 0.75 | 0.5 | |
| **Keenan, Emily*** | Former co-defendant (dismissed from this case in May 2025); percipient witness to the Puerto Vallarta events and Plaintiff's conduct. Will testify to her communications and continued friendly contact with Plaintiff after the alleged events. | 1 | 0.75 | |
| **Loftus, Elizabeth, Ph.D. (Expert witness)** | Defense memory expert. Will testify to the reliability of memory, the science of false and reconstructed memory, and the effect of post-event information on Plaintiff's claimed "flash" recollections first reported after the *Acevedo* filing. | 1.5 | 1.5 | |
| **Madden, Holly** | Plaintiff's business partner; non-party percipient witness present during key events. | 1.5 | 1 | |
| **Marlow, Scott*** | Percipient witness in Las Vegas during the relevant time frame of the allegations, if necessary. | 0.5 | 0.5 | |
| **Nelson, Brady** | If necessary, Mr. Nelson will testify to impeach Ms. Megan Farrell-Nelson. He is also a percipient witness to events at Daytona Beach, Florida. | .5 | .5 | |
| **Norman, Matthew, M.D. (Expert witness)** | Defense forensic-psychiatry expert, if necessary. | 1.5 | 1 | |
| **Roberts, Anya (Plaintiff; adverse witness)** | Plaintiff; will be examined as an adverse party on her allegations; her voluntary consumption of alcohol and other substances; her contemporaneous text messages with Defendant Golden; the absence of any toxicology, forensic examination, or police report; and her continued contact with Defendants after the alleged events. | 3 | 2 | |

| Witness's Name | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimon y |
|---|---|---|---|---|
| **Sanford, Glenn* (Defendant)** | Founder and CEO of eXp. Will testify to eXp's corporate structure, the independent-contractor status of its agents If need arises. | 0.75 | 0.5 | |
| **Tunks, Alexandra C.*** | Percipient witness if necessary to her observations of and interactions with Megan Farrell-Nelson and Defendants in Las Vegas during the relevant time frame of the allegations. | 1 | 0.5 | |
| **Wizinsky, Daryl*** | Percipient witness if necessary to his observations of and interactions with Megan Farrell-Nelson and Defendants in Las Vegas during the relevant time frame of the allegations. | 0.5 | 0.5 | |

* Indicates that witness will be called only if the need arises.

Golden reserves the right to call any witness identified, disclosed, or called by any other party to this action, including any expert witness disclosed or designated by any other party, and to call any witness necessary for purposes of impeachment or rebuttal.

Golden's reservation of the right to call witnesses identified by other parties is not a stipulation to the admissibility, relevance, or non-cumulative nature of any such testimony. Golden reserves all objections to any witness identified herein or by any other party, including objections under the Federal Rules of Evidence and any challenge under Rule 702 and *Daubert*, and reserves the right to move to exclude or limit such testimony.

Golden further reserves the right to supplement or amend this Witness List as trial proceeds, and based upon the Court's rulings on the pending motions for summary judgment, motion(s) for severance, and motions in limine, as well as any other order of the Court affecting the parties, claims, or evidence to be presented at trial.

Without limiting the foregoing, and to the extent not already identified or designated above, Defendant David Golden further reserves the right to call the following witnesses, including in rebuttal, as previously disclosed by the other parties to this action: Deborah K. Heisz; Branko Jovanovic, Ph.D.; Dr. Kimberly B. Mehlman-Orozco, Ph.D.; Mathew Norman, M.D., and Lori Namazi.

Dated: October 12, 2026

/s/ Peter K. Levine
Peter K. Levine, Esq.
Attorney for Defendant Golden

\2007\trial\witnesses\golden\2026 oct. 12\first amended final list 101.docx

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via electronic mail on this 12th day of October 2026.

/s/ Roberto Segovia
Roberto Segovia