Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**PROPOSED JOINT STATEMENT OF THE CASE — TRIAL 2 (DEFENDANTS EXP REALTY, LLC AND GLENN SANFORD)**<br><br>TRIAL DATE: November 16, 2026<br>Ctrm: 7B<br>Judge: Honorable André Birotte, Jr. |

TO THE HONORABLE COURT, Plaintiff Anya Roberts and Defendants eXp Realty, LLC and Glenn Sanford jointly submit the following Statement of the Case to be read to the Jury in the trial of Plaintiff's claims against Defendants eXp Realty, LLC and Glenn Sanford, as ordered by the Court (Dkt. 472 at 37–38; Dkt. 503):

**PLAINTIFF'S AND EXP DEFENDANTS' VERSION:**

Plaintiff, Anya Roberts, brings this lawsuit against Defendants eXp Realty, LLC and Glenn Sanford. Ms. Roberts alleges that in February and March of 2020 two real estate agents, David Golden and Michael Bjorkman, drugged and sexually assaulted her. At the time of the alleged incidents, Ms. Roberts, Mr. Golden and Mr. Bjorkman were real estate agents affiliated with eXp Realty which is a real estate brokerage. Ms. Roberts alleges that eXp Realty and Glenn Sanford knowingly benefited, financially or by receiving something of value, from participating in a venture that they knew or should have known was engaging in sex trafficking. Based on these allegations, Ms. Roberts has sued eXp Realty and Mr. Sanford for violation of the federal Trafficking Victims Protection Reauthorization Act "TVPRA" under 18 U.S.C. § 1595(a). [Ms. Roberts also contends that eXp Realty is vicariously liable for her alleged sex trafficking by Mr. Golden and Mr. Bjorkman.][1] The Defendants deny the allegations made by Ms. Roberts in support of her TVPRA claims.

[Mr. Golden and Mr. Bjorkman are not defendants in this trial. You should not speculate about why Mr. Golden and Mr. Bjorkman are not parties to this trial, and you should not draw any inference for or against any party from that fact. Because Ms. Roberts' claims against eXp Realty and Mr. Sanford depend in part on what Mr. Golden and Mr. Bjorkman did, you will be asked to decide certain questions about their conduct. The question for you in this trial is whether eXp Realty and Mr. Sanford are liable to Ms. Roberts under the standards the Court will explain to you.][2]

---

[1] The bracketed statement is conditional pending the court's rulings related to vicarious liability.

[2] The parties disagree whether this language is necessary for the joint statement of the case.

Ms. Roberts also has a state law claim against only eXp Realty, LLC for negligent hiring, supervision and retention of Mr. Bjorkman and Mr. Golden. eXp Realty denies the allegations in support of Ms. Roberts' state law claim.

Ms. Roberts seeks compensatory damages in the form of emotional distress as well as punitive damages. Defendants deny that she suffered damages.

DATED: October 12, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

By: /s/ Ivy Wang
Ivy Wang, Esq.
Daniel Wadley, Esq.
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone (310) 586-7740
Facsimile (310) 586-7800
Ivy.wang@gtlaw.com
wadleyd@gtlaw.com

William Pallares, Esq.
**LEWIS BRISBOIS**
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone (213) 580-6339
Facsimile (213) 250-7900
William.pallares@lewisbrisbois.com
Attorneys for Defendants eXp Realty, LLC and Glenn Sanford