Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019
PHV Admitted
Andrea Hirsch, Esq., GA Bar No. 666557
PHV Admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; AND GLENN SANFORD; and DOES 1–10 inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**NOTICE OF PARTIAL SETTLEMENT (AS TO eXp DEFENDANTS ONLY)**<br><br>FAC Filed: June 13, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendant eXp Realty LLC have reached a confidential settlement in principle which will fully and finally resolve all claims asserted by Plaintiff against Defendant eXp Realty LLC, Defendant Glenn Sanford, and AGNT, Inc. (formerly known as eXp World Holdings, Inc.) (collectively, the "eXp Defendants") only.

This Notice concerns the eXp Defendants only. The action remains pending as to all other Defendants, and Plaintiff intends to proceed with the litigation against the non-settling Defendants.

The parties request that the Court retain jurisdiction for purposes of enforcing the settlement.

The parties anticipate filing the appropriate dismissal papers as to the eXp Defendants pursuant to Fed. R. Civ. P. 41 within 15 days, or as otherwise ordered by the Court, upon the parties finalizing their settlement agreement.

Dated: October 18, 2026

By: /s/ Jennifer A. Lenze

Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff