Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**AMENDED JOINT EXHIBIT LIST TRIAL 1 (DEFENDANTS GOLDEN AND BJORKMAN)**<br><br>Trial Date: October 19, 2026<br>Time: 8:30 a.m.<br>Ctrm: 7B<br>Judge: Hon. André Birotte Jr. |

Pursuant to the Court's Minute Order of September 23, 2026 [Dkt. 503], the parties to Trial 1 (Golden and Bjorkman) submit the following exhibit list for Trial 1. The list is derived from the Joint Exhibit List filed July 24, 2026 [Dkt. 351] and conformed to the separate-trial structure ordered in Dkts. 472 and 503. Existing exhibit numbers from Dkt. 351 are retained. Bjorkman's exhibits 574-615 are incorporated without renumbering; additional deposition and expert exhibits are numbered 617 and 619-630; and Golden's additional exhibits remain numbered 675-722.

**DEFENDANT BJORKMAN'S RESERVATIONS REGARDING EXHIBITS 574-630**

**General Reservation.** Defendant Michael Bjorkman identifies Exhibits 574-630 out of an abundance of caution and to preserve their potential use for impeachment, rebuttal, rehabilitation, refreshing recollection, completeness under Federal Rule of Evidence 106, responding to evidence or testimony offered by Plaintiff or Defendant Golden, or if Plaintiff opens the door to the subject matter. Inclusion does not represent that Bjorkman presently intends to offer each exhibit during his case-in-chief, does not concede admissibility, relevance, authenticity, or foundation, and does not waive any objection to the same or related evidence offered by another party. Bjorkman further reserves their use if the Court revisits any motion-in-limine ruling entered without prejudice or permits testimony concerning the individuals, events, or subject matter reflected in the exhibits.

**Other-Acts Materials.** Exhibits 574-578, 584-585, 589-590, 593-594, 597, 600, 602, 607, 609-611, and 613 are not presently designated for affirmative use as evidence of other acts. They are retained solely to preserve Bjorkman's ability to cross-examine, impeach, or rebut a witness; respond to Plaintiff's other-acts evidence; provide necessary context or completeness; or address evidence admitted if the Court revisits its without-prejudice rulings on Plaintiff's Motions in Limine.

**Megan Farrell-Nelson Materials.** Exhibits 591, 598-599, 604-605, and 608 are retained conditionally because Plaintiff has identified Megan Farrell-Nelson as a potential witness. Bjorkman reserves their use for cross-examination, impeachment, rebuttal, completeness, refreshing recollection, and responding to testimony concerning Plaintiff's condition, Puerto Vallarta, Daytona Beach, or related events. Their inclusion does not constitute an affirmative effort to introduce other-acts evidence.

**Puerto Vallarta and Las Vegas Evidence.** Although the Court dismissed with prejudice the claims seeking recovery from Bjorkman for conduct in Puerto Vallarta or Las Vegas, the Court expressly reserved the admissibility of evidence concerning those events for determination at trial. Bjorkman therefore lists potentially related exhibits to preserve their use for relevant non-liability purposes, including context, credibility, impeachment, rebuttal, causation, damages, state of mind, consent, and completeness, subject to the Court's trial rulings.

**Specially Limited Exhibits.** Exhibit 615 remains listed for identification and preservation only and will not be used absent Court authorization and compliance with all applicable production and disclosure orders.

**DEFENDANT BJORKMAN'S CROSS-DESIGNATION OF ROBERTS-GOLDEN COMMUNICATIONS**

Cross-Designation and Purposes. In addition to Exhibits 574-630, Defendant Michael Bjorkman cross-designates Exhibits 675-680 and 682-683 and reserves the right to use any admissible portion of those Roberts-Golden communications. The cross-designation preserves use to establish relationship and communications context; chronology; Golden's knowledge, presence, actions, or communications; Roberts's statements or state of mind when independently relevant; consent and context relating to the incident at issue; credibility; bias; impeachment; rebuttal; refreshing recollection; completeness; causation; damages; and responding to testimony or evidence offered by Plaintiff or Golden. It is not an adoption of Golden's defenses, factual characterizations, or legal theories; is not a concession that every portion is admissible; and is not a designation for character or propensity purposes.

Cross-Designation of Golden's Remaining Exhibits. Without conceding admissibility, relevance, authenticity, foundation, or proper use, Defendant Michael Bjorkman cross-designates and reserves the right to offer, use, publish, or rely upon any exhibit identified by Defendant David S. Golden on the Joint Exhibit List, except Exhibit 681. This reservation includes use during cross-examination, impeachment, rehabilitation, rebuttal, refreshing recollection, and pursuant to the rule of completeness, and to respond to testimony, evidence, or argument offered by Plaintiff or Golden. It does not represent that Bjorkman presently intends to offer every Golden exhibit, does not adopt Golden's factual characterizations, defenses, or legal theories, does not concede that any exhibit or portion is admissible, and does not waive Bjorkman's objections if the same material is offered by another party. Exhibits 675-680 and 682-683 remain Bjorkman's specifically identified priority cross-designations; Exhibit 681 is excluded from Bjorkman's cross-designation.

Rule 412 and Claim-Scope Reservation. To the extent any particular passage is claimed to disclose or imply sexual behavior, this cross-designation is also made in an abundance of caution, and Bjorkman reserves all grounds and procedures for admission permitted by Rule 412 and the Court's orders. The cross-designation does not revive any dismissed trafficking or other claim, and it does not seek affirmative other-acts or propensity use under Rules 404(b) or 415. It preserves defensive use if Plaintiff offers other-acts evidence, expands the subjects placed at issue, or otherwise opens the door. All use remains subject to foundation, authentication, hearsay, Rules 106 and 403, confidentiality and protective-order requirements, the Court's motion-in-limine rulings, and all subsequent trial orders.

Reservation Regarding Supplemental Exhibits. Bjorkman further reserves the right to seek leave to supplement or amend this exhibit list as permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Court's orders, and rulings made before or during trial. This reservation includes exhibits required for impeachment, rebuttal, rehabilitation, refreshing recollection, or completeness; exhibits made relevant by testimony, evidence, argument, or evidentiary rulings at trial; newly produced or newly disclosed material; demonstrative or summary exhibits permitted by the Court; and exhibits identified or offered by another party. This reservation does not assert an unrestricted or unilateral right to introduce undisclosed evidence. Bjorkman will provide opposing counsel reasonable advance notice, show any previously unmarked exhibit to opposing counsel before the court session in which it is first mentioned, and seek the Court's authorization where required.

Deposition and Expert Materials. The remaining deposition-transcript exhibits—Exhibit 617 and Exhibits 619-626—are listed to preserve potential substantive use under Federal Rule of Civil Procedure 32 and the Federal Rules of Evidence, as well as use for impeachment, refreshing recollection, or responding to inconsistent trial testimony; Bjorkman will comply with the Court's procedures concerning deposition designations and lodging of transcripts. Exhibits 627-630 and the specifically cross-designated Buffington materials at Exhibits 716-718 are preserved. Bjorkman also cross-designates Exhibits 719-722 and all properly disclosed documents and materials identified, cited, reviewed, considered, or relied upon by any expert disclosed, including reports, rebuttal reports, curricula vitae, testimony lists, fee schedules, examination recordings, underlying data, exhibits, and demonstratives, to the extent identified on a party's exhibit list or otherwise permitted by the Court.

***Defendant Golden's Joinder and Evidentiary Reservation.*** *Defendant David S. Golden joins Defendant Michael L. Bjorkman's general preliminary evidentiary reservations in this Joint Exhibit List to the extent they apply to shared defense positions and are consistent with Golden's independent defenses and the Court's orders. Golden does not adopt statements describing Bjorkman's individual decisions about whether or how to use particular exhibits, including Bjorkman's exclusion of Exhibit 681 from his cross-designation or his decision not to adopt Golden's defenses. Golden independently identifies Exhibits 675–722, including Exhibit 681, and reserves the right to seek admission or otherwise use admissible portions for proper purposes, subject to applicable objections, protective orders, and the Court's rulings. Identification or cross-designation alone is neither an offer of an exhibit into evidence nor a stipulation to its admissibility, authentication, or foundation.*

**Rule 412 sexual-history.** Golden and Bjorkman reserve the right to move under Rule 412(c) (with a good-cause showing on timing) and to object to plaintiff's use of predisposition/other-conduct evidence, and, conversely, to offer the plaintiff's own communications as party admissions for non-412 purposes.

**Supplementation for impeachment and rebuttal.** Golden and Bjorkman reserve the right to use any document, listed or not, for impeachment or rebuttal, to counter-designate deposition testimony, and to supplement in response to the Court's rulings.

**Rule 106 completeness.** Golden and Bjorkman reserve the right to require introduction of the remainder of any text thread, transcript, or recording the plaintiff offers in part.

**<u>Cross-Designation of Bjorkman and Plaintiff Exhibits</u>**: Golden cross-designates and reserves the right to offer or use admissible portions in his case-in-chief where independently admissible, and for cross-examination, impeachment, rebuttal, completeness (Rule 106), and to respond to evidence or argument by Plaintiff or Bjorkman. Not an adoption of Plaintiff's or Bjorkman's factual characterizations, defenses, or theories; no concession of admissibility; Golden's objections preserved.

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 3* | Calendar Entry #593 — ROBERTS_0000015 - 02/24/2020 | FRE 402, 403, 901 | | |
| 4* | Flight to Orlando — ROBERTS_0000016 - 02/24/2020 | FRE 402, 403, 901 | | |
| 5* | Calendar Entry #595 — ROBERTS_0000017 - 02/21/2020 | FRE 402, 403, 901 | | |
| 6* | Flight to Las Vegas — ROBERTS_0000018 - 02/22/2020 | FRE 402, 403, 901 | | |
| 7* | Calendar Entry #600 — ROBERTS_0000019 - 02/18/2020 | FRE 402, 403, 901 | | |
| 8 | Short Recruiting Chat: Anya and Shaun (Golden intro) — ROBERTS_0000020 - 02/18/2020 | FRE 402, 403, 802, 901 | | |
| 9* | Calendar Entry #607 — ROBERTS_0000021 - 02/13/2020 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 10 | Voicemail from Elizabeth — ROBERTS_0000028 - 04/15/2024 | FRE 402, 403, 802, 901 | | |
| 12 | texts w/ Gove re birthdays, thank you for your help, etc. — ROBERTS_0000065 - ROBERTS_0000073 | FRE 402, 403, 802, 901 | | |
| 13 | text w/Golden — ROBERTS_0000074 | FRE 402, 403, 802, 901 | | |
| 16 | pic of room w/conference attendees — ROBERTS_0000080 | FRE 402, 403, 901 | | |
| 17 | pic of 2020 Conference: overhead display of Winning Bomb-Bomb Script — ROBERTS_0000081 | FRE 402, 403, 901 | | |
| 19 | pic of a Golden in front of a calendar — ROBERTS_0000084 | FRE 402, 403, 901 | | |
| 20 | pic of books "own you life" and go pro - 7 steps to network marketing profession" — ROBERTS_0000085 | FRE 402, 403, 901 | | |
| 21 | pic of conference attendees — ROBERTS_0000089 | FRE 402, 403, 901 | | |
| 22 | text w/Gove — ROBERTS_0000091 | FRE 402, 403, 802, 901 | | |
| 23 | Picture of Flagler recruiting event — ROBERTS_0000098 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 24* | text w/Frank Schrader — ROBERTS_0000103 | FRE 402, 403, 802, 901 | | |
| 26* | text w/Gove — ROBERTS_0000110 | FRE 402, 403, 802, 901 | | |
| 27 | pic of a bar with two empty glasses on counter — ROBERTS_0000118 | FRE 402, 403, 901 | | |
| 28* | text w/Gove — ROBERTS_0000121 - 03/02/2020 | FRE 402, 403, 802, 901 | | |
| 32 | pic of vision board — ROBERTS_0000140 | FRE 402, 403, 901 | | |
| 34 | text w/Gove — ROBERTS_0000147 - 02/27/2020 | FRE 402, 403, 802, 901 | | |
| 35* | pic of pool entertainment — ROBERTS_0000148 | FRE 402, 403, 901 | | |
| 36* | pic of Anya and Holly Madden — ROBERTS_0000149 | FRE 402, 403, 901 | | |
| 37* | pic of Brent Gove's eXp revenue — ROBERTS_0000150 | FRE 402, 403, 901 | | |
| 38* | pic of car Mapsco to Foothill Freeway — ROBERTS_0000157 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 39 | pic of inside restaurant — ROBERTS_0000159 | FRE 402, 403, 901 | | |
| 42* | pic of overhead "8 Step Invitation Script" — ROBERTS_0000170 | FRE 402, 403, 901 | | |
| 44 | text w/Gove — ROBERTS_0000173 - 02/27/2020 | FRE 402, 403, 802, 901 | | |
| 46* | pic of Orbitz travel itinerary for Anya and Holly Madden — ROBERTS_0000181 | FRE 402, 403, 901 | | |
| 47 | text w/Elizabeth (therapist) — ROBERTS_0000184 | FRE 402, 403, 802, 901 | | |
| 52 | pic of boat w/colleagues — ROBERTS_0000189 | FRE 402, 403, 901 | | |
| 53* | text- Bjorkman Re: Megan — ROBERTS_0000191 | FRE 402, 403, 802, 901 | | |
| 54* | text- Bjorkman Re: Megan— ROBERTS_0000192 | FRE 402, 403, 802, 901 | | |
| 55 | text w/Gove — ROBERTS_0000193 - 02/24/2020 | FRE 402, 403, 802, 901 | | |
| 117 | 7/31/2019 — Text Messages between Golden, Nguyen, Bjorkman regarding GHB — DOC-0005071013 - 07/31/2019 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 119* | 8/30/2020 — Text Messages between Golden, Bjorkman, Conley regarding Las Vegas incident — DOC-0005071731 - 08/30/2020 | FRE 402, 403, 802, 901 | | |
| 120 | 9/18/2018 — Text Messages between Golden and Nguyen regarding GHB detection — DOC-0005071921 - 09/18/2018 | FRE 402, 403, 802, 901 | | |
| 121 | 9/24/2018 — Text Messages between Golden and Nguyen regarding GHB dosage — DOC-0005071926 - 09/24/2018 | FRE 402, 403, 802, 901 | | |
| 122 | 10/10/2018 — Text Messages between Golden and Nguyen — DOC-0005071944 | FRE 402, 403, 802, 901 | | |
| 132 | 9/17/2020 — Text Messages between Golden and Bjorkman — DOC-0005071766 - 09/17/2020 | FRE 402, 403, 802, 901 | | |
| 133* | 9/18/2020 — Text Messages between Golden and Bjorkman — DOC-0005071768 - 09/18/2020 | FRE 402, 403, 802, 901 | | |
| 135 | 7/12/2021 — Written statement by Bjorkman — 2EXP_000312 - 2EXP_000315 - Bjorkman, Michael (1) - Exhibit 10 - 07/12/2021 | FRE 402, 403, 802, 901 | | |
| 138 | 9/19/2020 — Text messages from Golden to Bjorkman — Chat# 204725 - Bjorkman, Michael (1) - Exhibit 7 - 09/19/2020 | FRE 402, 403, 802, 901 | | |
| 146* | Photo of Photo Aimee Freeman Bjorkman 2 — Bjorkman0005053019 - Bjorkman, Michael (2) - Exhibit 13 | FRE 402, 403, 901 | | |
| 147 | 3/10/2020 — Text messages from Bjorkman to Golden and Roberts — Chat# 30973 - 30975 - Bjorkman, Michael (2) - Exhibit 13A - 03/10/2020 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 148 | 8/29/2020 — Text messages from Conley, Golden, and others to Golden, Zagorsky, — Chat# 84683, 19371 - 19376, 19378 - 19383, 19371 - 19376, 19378 - 19383, 84683 - Bjorkman, Michael (2) - Exhibit 14 - 08/29/2020 | FRE 402, 403, 802, 901 | | |
| 149 | 4/14/2021 — Bjorkman Keenan I think we — MB0165 - Bjorkman, Michael (2) - Exhibit 18 - 04/14/2021 | FRE 402, 403 | | |
| 246 | 5/18/2019 — Text messages from Golden to Bjorkman — Chat#: 201132, 204779, 204782 - Golden, David (1) - Exhibit 12 - 05/18/2019 | FRE 402, 403, 802, 901 | | |
| 247 | 9/22/2019 — Text messages from Bjorkman to Golden — Chat#: 202444-202459 - Golden, David (1) - Exhibit 13 - 09/22/2019 | FRE 402, 403, 802, 901 | | |
| 248 | 9/15/2020 — Text messages from Charmaine Morrison to Golden — Chat#: 22114-22118* - Golden, David (1) - Exhibit 14 - 09/15/2020 | FRE 402, 403, 802, 901 | | |
| 249 | 9/15/2020 — Text messages from Golden to Zagorsky — Chat#: 209512-209545, 209549-209564, 209567-209568 - Golden, David (1) - Exhibit 15 - 09/15/2020 | FRE 402, 403, 802, 901 | | |
| 255 | 9/17/2020 — Text messages from Golden to Rodriguez — Chat#: 237239-237252, 237255, 237262-237269, 237297-237314 - Golden, David (1) - Exhibit 20 - 09/17/2020 | FRE 402, 403, 802, 901 | | |
| 256 | 12/12/2019 — Text messages from Golden to Rodriguez — Chat#: 235170-2351209 - Golden, David (1) - Exhibit 21 | FRE 402, 403, 802, 901 | | |
| 257 | 9/16/2020 — Text messages from Golden to Nielsen — Chat#: 64987 - Golden, David (1) - Exhibit 22 - 09/16/2020 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 259 | 8/29/2020 — Text messages from Conley to Golden, Zagorsky, and others — Chat#: 84683, 19371-19376, 19378-19383 - Golden, David (1) - Exhibit 4 - 08/29/2020 | FRE 402, 403, 802, 901 | | |
| 262 | Photo of Photo B W butt-shaped metal — DOC-0001078724 - Golden, David (1) - Exhibit 8 | FRE 402, 403, 901 | | |
| 266 | 9/16/2020 — Text messages from Golden to Lundy — Chat#: 17422 - Golden, David (2) - Exhibit 25 - 09/16/2020 | FRE 402, 403, 802, 901 | | |
| 271 | 9/21/2020 — Text messages from Nguyen to Golden — Chat#: 16624 - Golden, David (2) - Exhibit 33 - 09/21/2020 | FRE 402, 403, 802, 901 | | |
| 272 | 9/21/2020 — Text messages from Message to Bjorkman and Golden — Chat#: 16622 - Golden, David (2) - Exhibit 34 - 09/21/2020 | FRE 402, 403, 802, 901 | | |
| 273 | 3/10/2021 — LVMPD Officer's Report Search Warrant — GOLDEN0001 - GOLDEN0011 - Golden, David (2) - Exhibit 35 - 03/10/2021 | FRE 402, 403, 901 | | |
| 277 | 8/16/2018 — Text messages from Golden to Bjorkman — Chat#: 199254 / DOC-0001361387 - Golden, David (2) - Exhibit 39 - 08/16/2018 | FRE 402, 403, 802, 901 | | |
| 278 | 9/11/2018 — Text messages from Golden to Zagorsky — Chat#: 205464 / DOC-0001371666 - Golden, David (2) - Exhibit 41 - 09/11/2018 | FRE 402, 403, 802, 901 | | |
| 281 | 2/8/2020 — Video of Roberts — DOC-0000984826 - Golden, David (4) - Exhibit 47* - 02/08/2020 | FRE 402, 403, 802, 901 | | |
| 282 | 2/8/2020 — Photo of Roberts - Golden, David (4) - Exhibit 48* - 02/08/2020 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 283 | Photo of colored photo Golden at home - Golden, David (4) - Exhibit 49 | FRE 402, 403, 901 | | |
| 284 | 2/21/2020 — Text messages from Golden to Holly — Chat#: 31911 / *DOC-0001420459-0001 - Golden, David (4) - Exhibit 50 - 02/21/2020 | FRE 402, 403, 802, 901 | | |
| 286 | 2/23/2020 — Text messages from Holly to Golden — Chat#: 31934-31938 - Golden, David (4) - Exhibit 52 - 02/23/2020 | FRE 402, 403, 802, 901 | | |
| 287 | 2/26/2020 — Roberts stated she's trying make — Roberts Slide Production-00052 - Roberts Slide Production-00053 - Golden, David (4) - Exhibit 53 - 02/26/2020 | FRE 402, 403, 802, 901 | | |
| 290 | 3/13/2020 — Text messages from Golden to Keenan — Chat# 139180-85 - Golden, David (4) - Exhibit 56 - 03/13/2020 | FRE 402, 403, 802, 901 | | |
| 292 | 3/13/2020 — Text messages from Golden to Roberts and Keenan — Chat# 139186-139188 / *Roberts Slide Production_00094 - Roberts Slide Production_00095 - Golden, David (4) - Exhibit 58 - 03/13/2020 | FRE 402, 403, 802, 901 | | |
| 293 | 3/13/2020 — Text messages from Holly to Golden — Chat#: 32002 - Golden, David (4) - Exhibit 59 - 03/13/2020 | FRE 402, 403, 802, 901 | | |
| 317 | 6/17/2025 — Video of exhibit contains only link. link - Gove, Brent (1) - Exhibit 33 - 06/17/2025 | FRE 402, 403, 901 | | |
| 381 | 11/17/2020 — Text messages from Golden to Keenan — Chat#: 143827-143834, 143824-143826 - Keenan, Emily - Exhibit 10 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 383 | 12/11/2020 — Text messages from Golden to Keenan — Chat#: 144273, 144276-144279 - Keenan, Emily - Exhibit 12 | FRE 402, 403, 802, 901 | | |
| 384 | 2/3/2020 — Text messages from Golden to Keenan — Chat#: 137652-137657 - Keenan, Emily - Exhibit 13.5 - 02/03/2020 | FRE 402, 403, 802, 901 | | |
| 385 | 2/7/2020 — Text messages from Golden to Keenan — Chat# 137724-137725, 137737 - Keenan, Emily - Exhibit 14 - 02/07/2020 | FRE 402, 403, 802, 901 | | |
| 387 | 2/9/2020 — Photo of Instant Message w/no text but — IM#: 1560 - Keenan, Emily - Exhibit 16 - 02/09/2020 | FRE 402, 403, 901 | | |
| 388 | 2/8/2020 — Text messages from Golden to Keenan — Chat# 137757-137758 - Keenan, Emily - Exhibit 17 - 02/08/2020 | FRE 402, 403, 802, 901 | | |
| 389 | 2/9/2020 — Photo of Color photograph 2 women naked - Keenan, Emily - Exhibit 18 - 02/09/2020 | FRE 402, 403, 901 | | |
| 392 | 3/18/2020 — Text messages from Golden to Keenan — Chat# 142660-142661, 143046, 139331, 139367 - Keenan, Emily - Exhibit 21 - 03/18/2020 | FRE 402, 403, 802, 901 | | |
| 393 | 12/9/2020 — Text messages from Golden to Keenan — Chat#: 145639-145648, 145665-145671, 145673-145683 - Keenan, Emily - Exhibit 22 - 12/09/2020 | FRE 402, 403, 802, 901 | | |
| 395 | Keenan's ad Sanford's Lunch Learn - Keenan, Emily - Exhibit 6 | FRE 402, 403 | | |
| 403 | 1/8/2026 — Expert report regarding Dr. LeBeau's 30-pg Expert Report - LeBeau, Marc - Ex. A - Vol. 1 - 01/08/2026 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 404 | 1/28/2026 — Dr. LeBeau's Rebuttal Dr. Buffington's - LeBeau, Marc - Ex. B - Vol. 1 - 01/28/2026 | FRE 402, 403, 901 | | |
| 405 | 1/28/2026 — Dr. LeBeau's Rebuttal Dr. Norman's - LeBeau, Marc - Ex. C - Vol. 1 - 01/28/2026 | FRE 402, 403, 901 | | |
| 406 | 8/8/2022 — Email from Cippel to Roberts, Madden, and others - Madden, Holly (2) - Exhibit 5 - 08/08/2022 | FRE 402, 403, 802, 901 | | |
| 457 | Agreement regarding Supplemental Clinical Assessments Related Notes - Raghavan, Chitra - Ex. 10 - Vol. 1 | FRE 402, 403, 802, 901 | | |
| 458 | 12/16/2025 — Personality Assessment Inventory (PAI) Clinical Interpretive Report - Raghavan, Chitra - Ex. 8 - Vol. 1 | | | |
| 459 | 12/15/2025 — Trauma Symptom Inventory-2 Score Report - Raghavan, Chitra - Ex. 9 - Vol. 1 | | | |
| 559 | Dr. Raghavan Rebuttal of Dr. Mehlman-Orozco | FRE 402, 403, 802, 901 | | |
| 560 | Marco Polos produced by Marco Polo | FRE 402, 403, 802, 901 | | |
| 561 | 10/12/2020 Audio recording of Sims and Bjorkman | FRE 402, 403, 802, 901 | | |
| 563 | Reserved | FRE 402, 403 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 572 | Video of Anya Roberts and Emily Keenan at the pool; DOC-0000984507 | FRE 402, 403, 901 | | |
| 573 | Live photo of Anya Roberts naked on bed | FRE 402, 403, 901 | | |
| 574 | 01/04/2017 - Email From Bjorkman to Fabiola Acevedo re: Tampa/Ft. Lauderdale | FRE 402, 403, 802, 901 | | |
| 575 | Fabiola Acevedo User Information | FRE 402, 403, 802, 901 | | |
| 576 | 09/12/2016 - Email between Bjorkman, Fabiola Acevedo, and Spencer Weaver – MB0075 | FRE 402, 403, 802, 901 | | |
| 577 | 01/04/2017 - Email from Fabiola Acevedo - MB0076 | FRE 402, 403, 802, 901 | | |
| 578 | 10/31/2016 - Email between Fabiola Acevedo and Bjorkman | FRE 402, 403, 802, 901 | | |
| 579 | Messages between Bjorkman and Anya Roberts – MB303 - MB308 | FRE 402, 403 | | |
| 580 | 03/10/2020 - Hard Rock Hotel Daytona Beach for Holly and Anya – ROBERTS_0000012 | | | |
| 581 | 09/19/2020 - Christiana Lundy Medical Visit Notes – PLAINTIFFS-002077 - PLAINTIFFS-002079 | FRE 402, 403, 802, 901, Third Party right to privacy | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 582 | 08/31/2020 - Facebook Messages between Christiana Lundy and Aimee Freeman PLAINTIFFS-000677 | | | |
| 583 | 09/28/2023 - Email between Christiana Lundy and Debra Kamin of the NY Times re Facebook Post – PLAINTIFFS- 000001 – PLAINTIFFS - 000002 | | | |
| 584 | 04/2019 - Messages between Bjorkman and Tami Sims PLAINTIFF – 019785, 19803, 19815, 19827, 19829, 19837, 19838, 19844, 19854, 19856, 19867, 19869, 19886, 19889, 19891, 19893, 19896, 19900, 19902, 11905, 11908, | FRE 402, 403, 802, 901 | | |
| 585 | 10/23/2019 - Messages between Tim Ray and Tami Sims PLAINTIFF - 019305 | FRE 402, 403, 802, 901 | | |
| 586 | Messages between Bjorkman and Holly Madden – MB0021 – MB0023 | FRE 402, 403 | | |
| 587 | Messages between Anya, Holly, and Bjorkman – MB0024 – MB0032 | FRE 402, 403 | | |
| 588 | Messages between Bjorkman and Anya – MB0033 – MB0034 | FRE 402, 403 | | |
| 589 | Messages between Fabiola Acevedo and Bjorkman – MB0058 – MB0067 | FRE 402, 403, 802, 901 | | |
| 590 | Messages between Fabiola Acevedo and Bjorkman MB0070 – MB0078 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 591 | Messages between Megan Farrell and Bjorkman – MB0185 – MB0191 | FRE 402, 403 | | |
| 592 | Tamar House Group Photo - MB303 | FRE 402, 403 | | |
| 593 | 02/09/2019 - Amy Freeman Photo – MB310 | FRE 402, 403, 802, 901 | | |
| 594 | 04/26/2019 - Tami Sims Photo – MB311 | FRE 402, 403, 802, 901 | | |
| 595 | Tudor Insurance Company v. Hellickson Real Estate Case Law – MB000312 – MB000319 *[Legal authority for the Court only; not offered to the jury as evidence.]* | FRE 402, 403, 802, 901 | | |
| 596 | Findings of Fact, Conclusions of Law, and Initial Order In the Matter of: License to Practice as a Managing Real Estate: Hellickson – MB000320 – MB000373 | FRE 402, 403, 802, 901 | | |
| 597 | Noelle Nielson Photos - MB0245 – MB0252 | FRE 402, 403, 802, 901 | | |
| 598 | 08/30/2020 - Megan Farrell and Bjorkman Photo – MB0245 | FRE 402, 403 | | |
| 599 | 08/26/2020 - Megan Farell Photo – MB0246 | FRE 402, 403 | | |
| 600 | Mastro's Beverly Hills Photo – MB0247 | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 601 | Messages between Anya Roberts and Bjorkman – MB0252 – MB0257 | FRE 402, 403, | | |
| 602 | Ali Romero Photo – MB272 | FRE 402, 403, 802, 901 | | |
| 603 | Tamar House Photos and Comments – MB000288 - MB00301 | FRE 402, 403 | | |
| 604 | Messages between Megan Farrell and Emily Keenan – PLAINTIFFS – 000999 – PLAINTIFFS-000233 | FRE 402, 403, 802, 901 | | |
| 605 | Messages between Megan Farrell and Bjorkman – PLAINTIFFS-000235 – PLAINTIFFS-000278 | FRE 402, 403, | | |
| 606 | Anya Roberts Trial Video (17 seconds) | Missing | | |
| 607 | Fabiola Marco Polo Video (5 minutes 11 seconds) | FRE 402, 403, 802, 901 | | |
| 608 | Megan Farrell Marco Polo Videos (two videos - 2 minutes 52 seconds) | FRE 402, 403 | | |
| 609 | Tami Sims Marco Polo Videos (4 videos – 57 minutes 51 seconds) | FRE 402, 403, 802, 901 | | |
| 610 | Fabiola Voicemail re Trip to Newport (28 seconds) | FRE 402, 403, 802, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 611 | Fabiola Voicemail (23 seconds) | FRE 402, 403, 802, 901 | | |
| 612 | Bjorkman and Tamar Video (5 minutes 10 seconds) | FRE 402, 403 | | |
| 613 | Noelle Nielsen Promo Video (41 seconds) | FRE 402, 403, 802, 901 | | |
| 614 | Roberts Hotel Room Video (37 seconds) | | | |
| 615 | Video of Tami Sims' family member - Identified, but not produced pursuant to Court Order *[Identification and preservation only; no use absent Court authorization and compliance with production and disclosure orders.]* | FRE 402, 403, 802, 901 | | |
| 617 | Deposition Transcript of Megan Farrell-Nelson | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 619 | Deposition Transcript of Dr. William Keep | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 620 | Deposition Transcript of Tamar House | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 621 | Deposition Transcript of Emily Keenan | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 622 | Deposition Transcript of Dr. Marc A. LeBeau | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 623 | Deposition Transcript of C.L. | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 624 | Deposition Transcript of Holly Madden | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 625 | Deposition Transcript of Dr. Chitra Raghavan | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 626 | Deposition Transcripts of Anya Roberts | Object to the extent any portion of the deposition is used for impeachment and should be lodged instead; counsel has not submitted page and line if intention is to use instead of a live witness | | |
| 627 | Expert Report of Elizabeth F. Loftus, Ph.D., dated January 9, 2026 | | | |
| 628 | Curriculum Vitae and Testimony List of Elizabeth F. Loftus, Ph.D. | | | |
| 629 | Expert Report of Matthew W. Norman, M.D., dated January 9, 2026 | | | |
| 630 | Curriculum Vitae and Testimony List of Matthew W. Norman, M.D. | | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 675 | Text messages between Plaintiff and Defendant Golden (produced by Plaintiff) (Confidential/Protective Order) | FRE 403, 412 | | |
| 676 | Rolling screen recording of text messages between Plaintiff and Defendant Golden (produced by Plaintiff) (Confidential/Protective Order) | FRE 403, 412 | | |
| 677 | Golden production, GOLDEN (ROBERTS) 0001–0062: Roberts Facebook posts (2011–2022, incl. eXp posts) and later Roberts–Golden text messages | FRE 403, 412 | | |
| 678 | Screenshot, Roberts–Golden text messages, 3/12/2020, 11:02 AM ("Coming home!!" … "Your package has not arrived but that doesn't mean that it won't come today … I'll keep checking") | | | |
| 679 | Screenshot, Roberts–Golden text messages, 3/12/2020, 7:32 AM (room 318; omelette order; additional night negotiated from $359 to $299) | | | |
| 680 | Screenshot, Roberts–Golden text messages, undated ("A little bird told me you are not coming tomorrow"; "my guy that was coming just canceled") | | | |
| 681 | Live photos: Roberts and Bjorkman in hotel room, Florida, 3/12/2020, 7:11 PM ET — 681-A still and 681-B video (IMG_2558); 681-C still and 681-D video (IMG_2560) [CONFIDENTIAL] | FRE 412 | | |
| 682 | Text messages, Roberts to Golden, from (321) 759-6699, undated ("I discovered the portrait mode on my phone!!!!" … "How'd you do that??") (GOLDEN 0354, photograph redacted) [CONFIDENTIAL] | FRE 403, 412 | | |
| 683 | Text messages, Roberts and Golden, incl. (321) 759-6699 messages, "Hey babe … You ghostin me?" and group text with Holly Madden, 2/25/2022 (Keenan production re RFP 1) (9 pp.; photo on p. 7 redacted) | FRE 403, 412, 109, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 684 | Text messages, Golden and Anthony Mendez, 3/5/2020–3/15/2020 (excerpt of Golden Depo. Vol. I, 6/23/2025, Ex. 7, pp. 43, 1–5) (6 pp.) | | | |
| 685 | Photographs sent by Roberts to Golden, 3/30/2020, 9:00 PM (“wrong David”) (taken 3/26/2020; IMG_2766–2770) (5 pp.) [CONFIDENTIAL – UNDER SEAL] | FRE 403, 412 | | |
| 686 | Texts, Roberts to Emily Keenan re taking a break from communicating (Roberts Depo Exs. 13-14) | FRE 403, 802 | | |
| 687 | Text, Emily Keenan to Roberts re "Can I ask something from you" (Roberts Depo Ex. 15) | FRE 403, 802 | | |
| 688 | Text to "Anya Golden" with Ruben Dario quote (Roberts Depo Ex. 18) | FRE 402, 403, 412 | | |
| 689 | Facebook post shared w/ Holly Madden, 2/16/2021, motivational quote (Roberts Depo Ex. 24) (redacted) | FRE 402 | | |
| 690 | Text messages to "Anya Golden" (Roberts Depo Ex. 33) | FRE 402, 403 | | |
| 691 | Text messages to "Anya Golden" (Roberts Depo Ex. 35) | FRE 402, 403, 412 | | |
| 692 | Texts to "Anya Golden" and Holly Madden re San Diego, March 2021 (MB0024-0032) (Roberts Depo Ex. 36) | FRE 402, 403 | | |
| 693 | Facebook Messenger to Roberts, 5/20/2020 ("Disclaimer I'm drunk and high but OK") (MB0033) (Roberts Depo Ex. 37) | FRE 402, 403 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 694 | Facebook Messenger to Holly Madden, 3/19/2021 (Roberts Depo Ex. 38) | FRE 402, 403 | | |
| 695 | Message thread, Emily Keenan to David Golden, 4/28/2020 (Roberts Depo Ex. 39) | FRE 402, 403, 802 | | |
| 696 | iPhone calendar entries; emails (ROBERTS_0000001-0000026) | | | |
| 697 | Email note ("Note #333"), 3/14/2020 (ROBERTS_0000029) | | | |
| 698 | Text messages, Roberts and “James,” 1/8/2020–3/14/2020 (ROBERTS_2_0001–0006) (6 pp.; messages after March 2020 on p. 6 redacted) | | | |
| 699 | Emily Keenan's 1 photograph from Puerto Vallarta (Keenan production re RFP 1) | | | |
| 700 | Email, Sky Las Vegas Condominium to David Golden, 2/21/2020, Front Desk Instruction for Unit 1110: “Permission To Enter – Permanent, Anya Roberts” (IMG_2265) | | | |
| 701 | Text messages, Holly Madden and David Golden, 2/25/2020 (“you’re a really positive influence … you build her up”) (IMG_2318) | | | |
| 702 | Live photo: Roberts, Golden, and Holly Madden, Las Vegas, 2/12/2020, 12:05 AM PT — 702-A still, 702-B video (IMG_2168) | | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 703 | Live photo: Roberts leaving hotel with luggage, Las Vegas, 2/13/2020, 11:20 AM PT — 703-A still, 703-B video (IMG_2180) | | | |
| 704 | Live photos: Golden, Roberts, and Holly Madden, Las Vegas, 2/13/2020, 12:53 PM PT — 704-A still and 704-B video (IMG_2182); 704-C still and 704-D video (IMG_2183) | | | |
| 705 | Photograph of car dashboard display: call from “Anya’s iPhone” with Emily Keenan, 00:23 elapsed, 2/14/2020, 12:44 PM (per photo metadata) | | | |
| 706 | Southwest Airlines itinerary, David Golden, LAS–MSP 2/25/2020, return 2/29/2020 (IMG_2184) | | | |
| 707 | Southwest Airlines itinerary, David Golden, LAS–MCO, 3/10/2020, Conf. OVAV3F (IMG_2214) | | | |
| 708 | Southwest Airlines itinerary, David Golden, MCO–FLL, 3/13/2020, Conf. NF46VA (IMG_2424) | | | |
| 709 | Southwest Airlines itinerary, David Golden, FLL–LAS, 3/16/2020, Conf. NFOLCZ (IMG_2440) | | | |
| 710 | Photograph, David Golden with Megan Farrell-Nelson, Florida, 3/12/2020, 1:11 AM (IMG_2546) | FRE 901; Objection-not produced in discovery | | |
| 711 | Photograph sent by Roberts to Golden, 2/26/2020 (IMG_2360) | FRE 402, 403, 412 | | |
| 712 | Photograph sent by Roberts to Golden, 2/29/2020 (IMG_2386) | FRE 402, 403, 412 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 713 | Photograph sent by Roberts to Golden, approx. late Feb.–early Mar. 2020 (photo taken 11/23/2019 per metadata) (IMG_2438) | Objection, image not produced in discovery; FRE 901 | | |
| 714 | Photograph (selfie) sent by Roberts to Golden, 3/5/2020 (IMG_2467) | Objection, image not produced in discovery; FRE 901 | | |
| 715 | Text messages, Emily Keenan and David Golden, 2/8/2020, Chat #137737–137743, with attachments (photo of Roberts's card; photo of Keenan and Roberts) [card number redacted] | | | |
| 716 | Expert Report of Daniel E. Buffington, PharmD, MBA, 1/9/2026 | | | |
| 717 | Rebuttal Expert Report of Daniel E. Buffington, PharmD, MBA, re Report of Marc A. LeBeau, 1/24/2026 | | | |
| 718 | Curriculum Vitae, Testimony List, and Fee Schedule of Daniel E. Buffington, PharmD, MBA | | | |
| 719 | Expert Report of Marc A. Cohen, M.D., 1/9/2026 [CONFIDENTIAL] | | | |
| 720 | Rebuttal Expert Report of Marc A. Cohen, M.D., re Report of Dr. Chitra Raghavan, 1/30/2026 [CONFIDENTIAL] | | | |
| 721 | Curriculum Vitae and Testimony List of Marc A. Cohen, M.D. | | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 722 | Audio and video of Plaintiff's exam, 11/21/2025 (produced by eXp) | | | |
| 723 | IMG 2318 | | | |
| 724 | Message between Holly Madden and David Golden, 10/12/2020 | | | |
| 900 | chat thread, 05/16/2018 | FRE 402, 403, 901 | | |
| 902 | chat thread, 5/17/2018 | FRE 402, 403, 901 | | |
| 903 | Image attached to chat thread in Exhibit 902 | FRE 402, 403, 901 | | |
| 932 | chat thread, 1/11/2020 | FRE 402, 403, 901 | | |
| 957 | chat thread, 1/14/2020 | FRE 402, 403, 901 | | |
| 1015 | chat thread, 1/23/2020 | FRE 402, 403, 901 | | |
| 1080 | chat thread, 2/4/2020 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1112 | chat thread, 2/11/2020 | FRE 402, 403, 901 | | |
| 1118 | chat thread, 2/13/2020 | FRE 402, 403, 901 | | |
| 1119 | Chat Thread between Golden and Bjorkman, 2/14/2020 | FRE 402, 403, 901 | | |
| 1126 | Chat Thread between Golden and Bjorkman, 2/15/2020 | FRE 402, 403, 901 | | |
| 1138 | chat thread, 2/21/2020 | FRE 402, 403, 901 | | |
| 1139 | Image attached to exhibit 1138 | FRE 402, 403, 901 | | |
| 1143 | chat thread, 2/28/2020 | FRE 402, 403, 901 | | |
| 1160 | chat thread, 3/3/2020 | FRE 402, 403, 901 | | |
| 1163 | chat thread, 3/3/2020 | FRE 402, 403, 901 | | |
| 1185 | chat thread, 3/9/2020 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1190 | chat thread, 3/10/2020 | FRE 402, 403, 901 | | |
| 1194 | chat thread, 3/10/2020 | FRE 402, 403, 901 | | |
| 1196 | chat thread, 3/12/2020 | FRE 402, 403, 901 | | |
| 1206 | chat thread, 3/17/2020 | FRE 402, 403, 901 | | |
| 1216 | video | FRE 402, 403, 901 | | |
| 1221 | chat thread, 3/25/2020 | FRE 402, 403, 901 | | |
| 1278 | chat thread, 8/5/2020 | FRE 402, 403, 901 | | |
| 1292 | chat thread, 8/27/2020 | FRE 402, 403, 901 | | |
| 1298 | chat thread, 8/29/2020 | FRE 402, 403, 901 | | |
| 1299 | chat thread, 8/29/2020 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1302 | chat thread, 9/17/2020 | FRE 402, 403, 901 | | |
| 1303 | chat thread, 9/18/2020 | FRE 402, 403, 901 | | |
| 1305 | chat thread, 9/19/2020 | FRE 402, 403, 901 | | |
| 1309 | chat thread, 9/21/2020 | FRE 402, 403, 901 | | |
| 1310 | chat thread, 9/21/2020 | FRE 402, 403, 901 | | |
| 1312 | chat thread, 9/22/2020 | FRE 402, 403, 901 | | |
| 1320 | chat thread, 9/24/2020 | FRE 402, 403, 901 | | |
| 1335 | chat thread, 9/27/2020 | FRE 402, 403, 901 | | |
| 2000 | Golden 73 | FRE 402, 403, 901 | | |
| 2001 | Golden 223 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 2002 | Golden 227 | FRE 402, 403, 901 | | |
| 2004 | Golden 233 | FRE 402, 403, 901 | | |
| 2006 | Golden 236 | FRE 402, 403, 901 | | |
| 2008 | Golden 296 | FRE 402, 403, 901 | | |
| 2009 | Golden 470 | FRE 402, 403, 901 | | |
| 2010 | MB056-57 | FRE 402, 403, 901 | | |
| 2011 | MB0079-81 | FRE 402, 403, 901 | | |
| 2012 | MB0082-92 | FRE 402, 403, 901 | | |
| 2013 | MB0094-0096 | FRE 402, 403, 901 | | |
| 2014 | MB0097-101 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 2019 | MB223-240 | FRE 402, 403, 901 | | |
| 2021 | IMG_7090 | FRE 402, 403, 901 | | |
| 2022 | IMG_3124 | FRE 402, 403, 901 | | |
| 2023 | IMG_1722 | FRE 402, 403, 901 | | |
| 2024 | IMG_0079 | FRE 402, 403, 901 | | |
| 2025 | Mike and Tamar video.m4v | FRE 402, 403, 901 | | |
| 2026 | MB031MB0288-300 | FRE 402, 403, 901 | | |
| 2027 | ROBERTS 203 | FRE 402, 403, 901 | | |
| 2028-2029 | FRE 902 Declarations (Sean Dun and Samantha Hudson) | FRE 402, 403, 901 | | |
| 2030-2049 | Plaintiff's Demonstratives | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 2050 | MB165 | FRE 402, 403, 901 | | |
| 2051 | Text message between Keenan and Farrell-Nelson on March 8, 2020 | FRE 402, 403, 901 | | |
| 2052 | Chat Thread (compiled color version of Exhibit 385 with attached images) | FRE 402, 403, 901 | | |
| 2053 | Dr Chitra Raghavan's Rebuttal report to Dr Marc Cohen | FRE 402, 403, 901 | | |
| 2054 | Net worth statement of Golden (Golden 0471-0473) | FRE 402, 403, 901 | | |
| 2055 | Net worth statement of Bjorkman | FRE 402, 403, 901 | | |
| 2056-2099 | Reserve 2056-2099 | FRE 402, 403, 901 | | |
| 3167 | Reformatted Exhibit 247 | FRE 402, 403, 901 | | |
| 5242 | Chat Thread | FRE 402, 403, 901 | | |
| 5244 | Plaintiffs - 000053 | FRE 402, 403, 901 | | |

| Trial Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 5245 | Plaintiffs - 000052 | FRE 402, 403, 901 | | |
| 5300 | Facebook Post by Michael Henry | FRE 402, 403, 901 | | |
| 5301 | Christy Lundy Facebook Post (9/15/2020) | FRE 402, 403, 901 | | |

Objections stated in Dkt. 351 are carried forward to the extent consistent with the Court's August 14, 2026 rulings on the motions in limine and subsequent orders. Each party reserves the right to use any exhibit identified by any other party, to offer rebuttal and impeachment exhibits not required to be listed, and to amend or supplement this list as permitted by the Court. Identification of an exhibit is not a stipulation to its admissibility and does not waive any objection to its admissibility, authenticity, relevance, foundation, completeness, or use.

Submitted this 16th day of October, 2026.

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No. 246858)
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen (TX 24007019, PHV Adm.)
Andrea S. Hirsch (GA 666557, PHV Adm.)
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

**Attorneys for Plaintiff**

By: /s/ Peter Levine
Peter Levine, Esq.
**PETER K. LEVINE, APLC**
5455 Wilshire Blvd., Suite 1250
Los Angeles, California 90036
Telephone (323) 934-1234
peter@peterlawfirm.com

**Attorney for Defendant David Golden**

By: /s/ Richard Schonfeld
Richard Schonfeld, Esq.
Robert DeMarco, Esq.
**CHESNOFF & SCHONFELD**
520 South Fourth St.
Las Vegas, Nevada 89101
Telephone (702) 384-5563
rdemarco@cslawoffice.net
rschonfeld@cslawoffice.net

**Attorneys for Defendant Michael Bjorkman**