Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019
PHV Admitted
Andrea Hirsch, Esq., GA Bar No. 666557
PHV Admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; AND GLENN SANFORD; and DOES 1–10 inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-10492-AB-CTS<br><br>**NOTICE OF SETTLEMENT AS TO DAVID S. GOLDEN AND MICHAEL L. BJORKMAN**<br><br>FAC Filed: June 13, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendants David S. Golden and Michael L. Bjorkman have reached a confidential settlement in principle which will fully and finally resolve all claims asserted by Plaintiff against Defendant David S. Golden and Defendant Michael L. Bjorkman (collectively, the "Golden/Bjorkman Defendants").

The parties request that the Court retain jurisdiction for purposes of enforcing the settlement.

The parties anticipate filing the appropriate dismissal papers as to the Golden/Bjorkman Defendants pursuant to Fed. R. Civ. P. 41 within 15 days, or as otherwise ordered by the Court, upon the parties finalizing their settlement agreement.

Dated: October 20, 2026

By: /s/ Jennifer A. Lenze

Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiff