UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-10492-AB-CTS | Date: | October 20, 2026 |
| Title: | *Anya Roberts v. eXp Realty, LLC, et al.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrea S. Hirsch<br>Brooke F. Cohen (pro hac)<br>Jennifer A. Lenze | Richard A. Schonfeld<br>Peter K. Levine |

____ Day Court Trial 2nd Day Jury Trial

__ One day trial: __ Begun (1st day); √ Held & Continued; __ Completed by jury verdict/submitted to court.

__ The Jury is impaneled and sworn.

√ Opening statements made by Plaintiff and Defendants Michael L. Bjorkman and David S. Golden

√ Witnesses called, sworn and testified. √ Exhibits Identified √ Exhibits admitted.

__ Plaintiff(s) rest. __ Defendant(s) rest.

__ Closing arguments made by __ plaintiff(s) __ defendant(s). __ Court instructs jury.

__ Bailiff(s) sworn. __ Jury retires to deliberate. __ Jury resumes deliberations.

__ Jury Verdict in favor of __ plaintiff(s) __ defendant(s) is read and filed.

__ Jury polled. __ Polling waived.

__ Filed Witness & Exhibit Lists __ Filed jury notes. __ Filed jury instructions.

__ Judgment by Court for ____ __ plaintiff(s) __ defendant(s).

__ Findings, Conclusions of Law & Judgment to be prepared by __ plaintiff(s) __ defendant(s).

__ Case submitted. __ Briefs to be filed by ____

__ Motion to dismiss by ____ is __ granted. __ denied. __ submitted.

__ Motion for mistrial by ____ is __ granted. __ denied. __ submitted.

__ Motion for Judgment/Directed Verdict by is __ granted. __ denied. __ submitted.

__ Settlement reached and placed on the record.

__ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

__ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

__ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to October 21, 2026 at 9:00 a.m. for further trial/further jury deliberation.

Also present is Plaintiff, Anya Roberts and Defendants Michael L. Bjorkman and David S. Golden.

√ Other: Rule 412 Motion was made by Defendants. Portions of the transcript to the proceeding is sealed. Counsel may obtain a copy of the transcript without further order of the court. All others must obtain a court order.

5 : 03

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk EVC

cc: