Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
Wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANYA ROBERTS,

Plaintiff,

v.

eXp REALTY, LLC; MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; AND GLENN SANFORD,

Defendants.

CASE NO. 2:23-cv-10492-AB-CTS

[Hon. André Birotte Jr., Ctrm 7B]

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS eXp REALTY, LLC, eXp WORLD HOLDINGS, INC., AND GLENN SANFORD**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendants eXp Realty, LLC and Glenn Sanford, by and through their respective counsel of record, hereby stipulate and request that the Court dismiss with prejudice all claims asserted against eXp Realty, LLC, AGNT, Inc., formerly known as eXp World Holdings, Inc., and Glenn Sanford in this action.

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: October 30, 2026 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William E. Pallares
William E. Pallares
LEWIS BRISBOIS BISGAARD & SMITH, LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

DATED: October 30, 2026 GREENBERG TRAURIG, LLP

By: /s/ Ivy A. Wang
Ivy A. Wang
Daniel J. Wadley
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

Attorneys for Defendants eXp Realty, LLC; AGNT, Inc. f/k/a eXp World Holdings, Inc.; and Glenn Sanford

DATED: October 30, 2026 GREENBERG TRAURIG, LLP

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze, Esq.
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5226 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341

Attorneys for Plaintiff Anya Roberts