**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYA ROBERTS,<br>Plaintiff,<br>v.<br>eXp REALTY, LLC; MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; AND GLENN SANFORD,<br>Defendants. | Case No. 2:23-CV-10492-AB-CTS<br>**~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendants eXp Realty, LLC, AGNT, Inc., formerly known as eXp World Holdings, Inc., and Glenn Sanford are DISMISSED WITH PREJUDICE.

This dismissal applies only to Defendants eXp Realty, LLC, AGNT, Inc., formerly known as eXp World Holdings, Inc., and Glenn Sanford.

**IT IS SO ORDERED.**

Dated: November 2, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE